**Fill in this information to identify the case:**

Debtor name Louis Investments, LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-33110-SWE

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | $ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Operating Account- Lili | Checking | | $ 3226.00 |
| 3.2. | | | $ |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | | | $ |
| 4.2. | | | $ |
| 5. **Total of Part 1** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $ 3226.00 |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. Advance fee deposit in client trust, Lerner Harris Law | $ 10000.00 |
| 7.2. | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.______________________ $______

8.2.______________________ $______

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. $ 10000.00

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

- ☐ No. Go to Part 4.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ______ face amount – ______ doubtful or uncollectible accounts = ........➔ $______

11b. Over 90 days old: 629397.87 face amount – ______ doubtful or uncollectible accounts = ........➔ $ 629,397.87

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 629397.87

**Part 4:** Investments

13. **Does the debtor own any investments?**

- ☑ No. Go to Part 5.
- ☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. ______ | ______ | $______ |
| 14.2. ______ | ______ | $______ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: % of ownership: | | |
| 15.1.______ ______% | ______ | $______ |
| 15.2.______ ______% | ______ | $______ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1.______ | ______ | $______ |
| 16.2.______ | ______ | $______ |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. $______

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |
| 20. | **Work in progress** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |
| 22. | **Other inventory or supplies** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $______

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value ______ Valuation method______ Current value______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| | ______ | $______ | ______ | $______ |
| 29. | **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | ______ | $______ | ______ | $______ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | ______ | $______ | ______ | $______ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | ______ | $______ | ______ | $______ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | ______ | $______ | ______ | $______ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $__________

34. **Is the debtor a member of an agricultural cooperative?**
- ❑ No
- ❑ Yes. Is any of the debtor's property stored at the cooperative?
  - ❑ No
  - ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ❑ No
- ❑ Yes. Book value $__________ Valuation method __________ Current value $__________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ❑ No
- ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ❑ No
- ❑ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☑ No. Go to Part 8.
- ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| __________ | $__________ | __________ | $__________ |
| 40. **Office fixtures** | | | |
| __________ | $__________ | __________ | $__________ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| __________ | $__________ | __________ | $__________ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1__________ | $__________ | __________ | $__________ |
| 42.2__________ | $__________ | __________ | $__________ |
| 42.3__________ | $__________ | __________ | $__________ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $__________

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ❑ No
- ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ❑ No
- ❑ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- [x] No. Go to Part 10.
- [ ] Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- [ ] No
- [ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [ ] No
- [ ] Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- [x] No. Go to Part 11.
- [ ] Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ Total face amount ______ – doubtful or uncollectible amount ______ = ➔ $______

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ $______
______ Tax year ______ $______
______ Tax year ______ $______

73. **Interests in insurance policies or annuities**
______ $______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Claims Against YSA Investments 1, LLC $______
**Nature of claim** Unauthorized Conveyance
**Amount requested** $______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ $______
**Nature of claim** ______
**Amount requested** $______

76. **Trusts, equitable or future interests in property**
______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ $______
______ $______

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $______

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 3226.00 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 10000.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 629397.8 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | | |
| 88. **Real property.** *Copy line 56, Part 9.* . . ➔ | | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $ 642623.87 | + 91b. | $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......... $ 632623.87

**Fill in this information to identify the case:**

Debtor name Louis Investments, LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-33110-sgj11

☐ Check if this is an amended filing

# Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name** ACRE Credit Investments II

**Describe debtor's property that is subject to a lien** See Attachment 2.1

Column A: $ 17,000,000.00 — Column B: $

**Creditor's mailing address**
670 Dekalb Avenue SE, Suite 100
Atlanta, GA

**Describe the lien** Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred** 3/10/2022

**Last 4 digits of account number** ____

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor, and its relative priority.
  As Listed

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.2 Creditor's name** American Funding

**Describe debtor's property that is subject to a lien** See Attachment 2.1

Column A: $ 1,490,431.25 — Column B: $

**Creditor's mailing address**
366 N Broadway
Jericho, NY 11753

**Describe the lien** Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred** 3/13/2026

**Last 4 digits of account number** ____

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 10,929,225,639.89

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** — Do not deduct the value of collateral.
Column B: **Value of collateral that supports this claim**

**2.3 Creditor's name:** Apollo Funding

**Describe debtor's property that is subject to a lien:** See Attachment 2.1

Column A: $ 289,064.20 — Column B: $

**Creditor's mailing address**
17 State Street, Suite 1800
New York, New York 10004

**Describe the lien:** Mortgage

**Creditor's email address, if known:** Michael@piekarski-law.com Jonathan.pryor@piekarski-law.com

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred:** 8/13/2025
**Last 4 digits of account number:**

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.4 Creditor's name:** Bancorp

**Describe debtor's property that is subject to a lien:** See Attachment 2.1

Column A: $ 12,700,000.00 — Column B: $

**Creditor's mailing address**
409 Silverside Road, Suite 105
Wilmington, DE 19809

**Describe the lien:** Mortgage

**Creditor's email address, if known:**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred:** 4/8/2022
**Last 4 digits of account number:**

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Debtor Louis Investments, LLC Case number (if known) 26-33110-sgj11

**Part 1:** Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.5 Creditor's name**
Bancorp

**Creditor's mailing address**
409 Silverside Road, Suite 105
Wilmington, DE 19809

**Creditor's email address, if known**

**Date debt was incurred** 12/17/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

$ 31,153,375.00 $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.6 Creditor's name**
Berkadia

**Creditor's mailing address**
521 Fifth Avenue, 20th Floor
New York, NY 10175

**Creditor's email address, if known**

**Date debt was incurred** 11/15/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

$ 17,718,534.18 $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor Louis Investments, LLC Case number (if known) 26-33110-sgj11

**Part 1:** Additional Page

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7 Creditor's name**

BMO

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

$ 10,996,176.00 $

**Creditor's mailing address**

P.O. Box 6201
Carol Stream, IL 60197

**Describe the lien**

Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** 4/30/2018

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.8 Creditor's name**

BMO

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

$ 24,503,824.00 $

**Creditor's mailing address**

P.O. Box 6201
Carol Stream, IL 60197

**Describe the lien**

Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** 6/6/2018

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.9 Creditor's name**

Cohen & Co.

**Creditor's mailing address**

191 N. Wacker Dr., Suite 2125
Chicago, IL 60606

**Creditor's email address, if known**

**Date debt was incurred** 2/1/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 11,977,512.87 Column B: $

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.10 Creditor's name**

Cohen & Co.

**Creditor's mailing address**

191 N. Wacker Dr., Suite 2125
Chicago, IL 60606

**Creditor's email address, if known**

**Date debt was incurred** 12/28/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 26,000,000.00 Column B: $

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Part 1: Additional Page**

| | Column A | Column B |
|---|---|---|
| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11 Creditor's name**

Community Loan

**Creditor's mailing address**

Community Loan ServicingP.O. Box 740410Cincinnati OH 45274

**Creditor's email address, if known**

**Date debt was incurred** 8/4/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 12,697,000.00
Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.12 Creditor's name**

Community Loan

**Creditor's mailing address**

Community Loan ServicingP.O. Box 740410Cincinnati OH 45274

**Creditor's email address, if known**

**Date debt was incurred** 8/4/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 6,012,342.18
Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.13 Creditor's name**

Community Loan

**Creditor's mailing address**

Community Loan ServicingP.O. Box 740410Cincinnati OH 45274

**Creditor's email address, if known**

**Date debt was incurred** 8/4/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 10,340,440.00 — Column B: $

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.14 Creditor's name**

Community Loan

**Creditor's mailing address**

Community Loan ServicingP.O. Box 740410Cincinnati OH 45274

**Creditor's email address, if known**

**Date debt was incurred** 10/13/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 16,000,000.00 — Column B: $

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15 Creditor's name**
Evolved Capital, LLC

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 2,086,148.68 Column B: $

**Creditor's mailing address**
1065 SW 8th St #1010
Miami, FL 33130

**Describe the lien**
Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred** 4/29/2026

**Last 4 digits of account number** ____

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.16 Creditor's name**
HCIPSP

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 611,250.00 Column B: $

**Creditor's mailing address**

**Describe the lien**
Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred** 12/2/2025

**Last 4 digits of account number** ____

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Part 1:** Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.17 Creditor's name**

Kayne Capital

**Creditor's mailing address**

2121 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067

**Creditor's email address, if known**

**Date debt was incurred** 6/1/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 55,447,462.30 Column B: $

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.18 Creditor's name**

Key Bank

**Creditor's mailing address**

127 Public Square
Cleveland, OH 44114

**Creditor's email address, if known**

**Date debt was incurred** 12/21/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 28,300,000.00 Column B: $

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

Column A — **Amount of claim** — Do not deduct the value of collateral.
Column B — **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.19 Creditor's name**
Legacy Bank

**Creditor's mailing address**
PO Box 68
Colwich, KS 67030

**Creditor's email address, if known**

**Date debt was incurred** 12/29/2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 13,010,704.00 — Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.20 Creditor's name**
LendBug LLC

**Creditor's mailing address**
1266 E Main St #700R
Stamford, CT 06902

**Creditor's email address, if known**

**Date debt was incurred** 8/21/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 412,225.00 — Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor Louis Investments, LLC Case number (if known) 26-33110-sgj11

**Part 1: Additional Page**

| Column A: Amount of claim (Do not deduct the value of collateral.) | Column B: Value of collateral that supports this claim |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.21 Creditor's name**
Newmark

**Creditor's mailing address**
125 Park Avenue
New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred** 4/21/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 33,800,000.00
Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.22 Creditor's name**
Newmark

**Creditor's mailing address**
125 Park Avenue
New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred** 7/14/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 17,641,000.00
Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

| Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.23 Creditor's name**
Newmark

**Creditor's mailing address**
125 Park Avenue
New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred** 9/21/2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 35,027,000.00 Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.24 Creditor's name**
Newmark

**Creditor's mailing address**
125 Park Avenue
New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred** 4/29/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 13,470,000.00 Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor Louis Investments, LLC Case number (if known) 26-33110-sgj11

## Part 1: Additional Page

Column A: **Amount of claim** — Do not deduct the value of collateral.
Column B: **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.25 Creditor's name**

Newmark Knight Frank

**Creditor's mailing address**

125 Park Avenue
New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred** 4/1/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 14,450,000.00 — Column B: $

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.26 Creditor's name**

Newmark Knight Frank

**Creditor's mailing address**

125 Park Avenue
New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred** 5/28/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 13,132,000.00 — Column B: $

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Debtor Louis Investments, LLC Case number (if known) 26-33110-sgj11

Name

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim. Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**2.27 Creditor's name**
Newmark Knight Frank

**Creditor's mailing address**
125 Park Avenue
New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred** 12/28/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 15,006,000.00 — Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.28 Creditor's name**
Newmark Knight Frank

**Creditor's mailing address**
125 Park Avenue
New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred** 12/14/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 13,565,000.00 — Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Part 1:** Additional Page

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.29 Creditor's name**
Newmark Knight Frank

**Creditor's mailing address**
125 Park Avenue
New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred** 9/27/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 24,868,000.00
Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.30 Creditor's name**
NorthMarq

**Creditor's mailing address**
P.O. Box 6201
Carol Stream, IL 60197

**Creditor's email address, if known**

**Date debt was incurred** 3/2/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 7,847,000.00
Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.31 Creditor's name**
Ocean Funding Corp

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 300,000.00
Column B: $

**Creditor's mailing address**

**Describe the lien**
Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 11/24/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.32 Creditor's name**
Palisade Advance

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 500,000.00
Column B: $

**Creditor's mailing address**
24-47 47th ST
Astoria, NY 11103

**Describe the lien**
Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 2/25/2026

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.33 Creditor's name** Saperean Capital/Kayne Capital

**Describe debtor's property that is subject to a lien** See Attachment 2.1

$ 13,558,828.00 $

**Creditor's mailing address**
One Town Center Road, Suite 300
Boca Raton, FL 33486

**Describe the lien** Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 6/1/2022

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.34 Creditor's name** SG Capital Partners

**Describe debtor's property that is subject to a lien** See Attachment 2.1

$ 15,349,577.92 $

**Creditor's mailing address**
750 Washington Boulevard, Suite 1050
Stamford, CT 06901

**Describe the lien** Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 2/4/2022

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

| | Column A Amount of claim (Do not deduct the value of collateral.) | Column B Value of collateral that supports this claim |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.35 Creditor's name**
SG Capital Partners

**Creditor's mailing address**
750 Washington Boulevard, Suite 1050
Stamford, CT 06901

**Creditor's email address, if known**

**Date debt was incurred** 12/21/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 13,061,096.91 — Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.36 Creditor's name**
SG Capital Partners

**Creditor's mailing address**
750 Washington Boulevard, Suite 1050
Stamford, CT 06901

**Creditor's email address, if known**

**Date debt was incurred** 10/18/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 19,890,694.92 — Column B: $

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor Louis Investments, LLC Case number (if known) 26-33110-sgj11

## Part 1: Additional Page

Column A: **Amount of claim** — Do not deduct the value of collateral.
Column B: **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.37 Creditor's name**
Stride Bank

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $15,250,000.00 Column B: $

**Creditor's mailing address**
324 W. Broadway Ave.
Enid, OK 73701

**Describe the lien**
Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 8/6/2021

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.38 Creditor's name**
Term Fund III MRA Seller, LLC

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $15,000,000.00 Column B: $

**Creditor's mailing address**
750 Washington Boulevard, Suite 1050
Stamford, CT 0690

**Describe the lien**
Mortgage

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 2/21/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.39 Creditor's name**

Wells Fargo

**Creditor's mailing address**

333 Market Street
San Francisco, CA 94105

**Creditor's email address, if known**

**Date debt was incurred** 9/30/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 10,200,303.00 | Column B: $

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.40 Creditor's name**

X-Caliber Funding, LLC

**Creditor's mailing address**

3 W. Main St., Suite 103
Irvington, NY 10533

**Creditor's email address, if known**

**Date debt was incurred** 10/28/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 15,000,000.00 | Column B: $

**Describe the lien**

Mortgage - Village Creek at 67th

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

| Column A | Column B |
|---|---|
| *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.41 Creditor's name**

Alert Plumbing LLC

**Creditor's mailing address**

3975 S Sheridan Rd
TULSA, OKLAHOMA 74145

**Creditor's email address, if known**

**Date debt was incurred** 3/11/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 24,619.52 — Column B: $

**Describe the lien**

Plumbing services

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.42 Creditor's name**

Alex's Construction Co LLC

**Creditor's mailing address**

9409 Lakeshore Drive
OKLAHOMA CITY, OKLAHOMA 73120

**Creditor's email address, if known**

**Date debt was incurred** 12/4/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 23,724.00 — Column B: $

**Describe the lien**

Asphalt/ Parking Lot Repairs

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Part 1:** Additional Page

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.43 Creditor's name**
All About Cleaning LLC

**Creditor's mailing address**
PO Box 13873
MAUMELLE, ARKANSAS 72113

**Creditor's email address, if known**

**Date debt was incurred** 12/6/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 5,844.06 Column B: $

**Describe the lien**
Cleaning services

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.44 Creditor's name**
Blackhawk Security LLC

**Creditor's mailing address**
500 N MERIDIAN AVE STE 406
OKLAHOMA CITY, OKLAHOMA 73107-5755

**Creditor's email address, if known**

**Date debt was incurred** 9/1/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 41,900.00 Column B: $

**Describe the lien**
Security services

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.
Column B — **Value of collateral that supports this claim**

**2.45 Creditor's name**
Brothers M Construction

**Creditor's mailing address**
65 N 121ST EAST AVE
TULSA, OKLAHOMA 74116-3839

**Creditor's email address, if known**

**Date debt was incurred** 11/14/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 130,090.00
Column B: $

**Describe the lien**
Construction services

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.46 Creditor's name**
Comfort Systems

**Creditor's mailing address**
6200 SCOUT TRL
DES MOINES, IOWA 50321-1602

**Creditor's email address, if known**

**Date debt was incurred** 6/10/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 60,099.84
Column B: $

**Describe the lien**
HVAC services

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.47 Creditor's name**

Eagle 1 AutoGlass, LLC

**Creditor's mailing address**

813 NW 27TH ST
MOORE, OKLAHOMA 73160-1055

**Creditor's email address, if known**

**Date debt was incurred** 8/12/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

$ 201,958.34 $

**Describe the lien**

Glass services

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.48 Creditor's name**

Empire Protection Services

**Creditor's mailing address**

14083 S STATE HIGHWAY 51 # 134
COWETA, OKLAHOMA 74429-7100

**Creditor's email address, if known**

**Date debt was incurred** 4/19/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

$ 53,675.00 $

**Describe the lien**

Security services

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

| | Column A Amount of claim | Column B Value of collateral that supports this claim |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | Do not deduct the value of collateral. | |

**2.49 Creditor's name**
Firewatcher's of Tulsa

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 51,549.52
Column B: $

**Creditor's mailing address**
10026 S Mingo Rd #313
TULSA, OKLAHOMA 74133

**Describe the lien**
Fire watch services

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 8/10/2024

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.50 Creditor's name**
HD Supply

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 439,053.66
Column B: $

**Creditor's mailing address**
Remittance
SAN DIEGO, CALIFORNIA 92150

**Describe the lien**
Maintenance supplies

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 4/11/2023

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.51 Creditor's name**

MBR Construction Electric Inc

**Creditor's mailing address**

6001 SE 156TH ST
OKLAHOMA CITY, OKLAHOMA 73165-7204

**Creditor's email address, if known**

**Date debt was incurred** 3/31/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $14,031.22 Column B: $

**Describe the lien**

Electrical services

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.52 Creditor's name**

NIX LUMBER INC

**Creditor's mailing address**

5117 NW 10TH ST
OKLAHOMA CITY, OKLAHOMA 73127-5707

**Creditor's email address, if known**

**Date debt was incurred** 3/4/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $26,642.44 Column B: $

**Describe the lien**

Building materials

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim — Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**2.53 Creditor's name**
Patriot Sewer & Drain Services, Inc.

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 17,000.00 — Column B: $

**Creditor's mailing address**
PO BOX 2615
STILLWATER, OKLAHOMA 74076-2615

**Describe the lien**
Sewer and drain services

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 6/5/2025
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.54 Creditor's name**
Property Doctor Services, LLC

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 810,816.68 — Column B: $

**Creditor's mailing address**
PO BOX 184
HOUSTON, TEXAS 77001-0184

**Describe the lien**
Property maintenance services

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 3/15/2024
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.55 Creditor's name**
Sherwin Williams Company

**Creditor's mailing address**
1 SHERWIN WAY
CLEVELAND, OHIO 44113

**Creditor's email address, if known**

**Date debt was incurred** 7/1/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 115,136.54
Column B: $

**Describe the lien**
Paint and supplies

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.56 Creditor's name**
Toval Ventures

**Creditor's mailing address**
4396 PINE TREE DR
MIAMI BEACH, FLORIDA 33140-3114

**Creditor's email address, if known**

**Date debt was incurred** 10/3/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 3,431,791.20
Column B: $

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Part 1: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A Amount of claim (Do not deduct the value of collateral.) | Column B Value of collateral that supports this claim |
|---|---|---|
| **2.57** Creditor's name: Westlake Ace | $ 446,572.11 | $ |
| **2.58** Creditor's name: Yeldell Electric LLC | $ 1,655.00 | $ |

**2.57 Creditor's name**

Westlake Ace

**Creditor's mailing address**

PO BOX 219370
KANSAS CITY, MISSOURI 64121-9370

**Creditor's email address, if known**

**Date debt was incurred** 3/11/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

**Describe the lien**

Hardware and maintenance supplies

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.58 Creditor's name**

Yeldell Electric LLC

**Creditor's mailing address**

1138 S 110th E Ave
TULSA, OKLAHOMA 74128

**Creditor's email address, if known**

**Date debt was incurred** 7/19/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

**Describe the lien**

Electrical services

**Is the creditor an insider or related party?**

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.59 Creditor's name**

12 Oak Lending, LLC

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 1,470,000,000.00 Column B: $

**Creditor's mailing address**

12237 Rain Hollow Dr
Maryland Heights, MO 63043-2112

**Describe the lien**

Inside Lender

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

- ☐ No
- ☑ Yes

**Date debt was incurred** 6/25/2026

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.60 Creditor's name**

Auerbach Opportunity Fund IV, LP and AuerPref III, LLC

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

Column A: $ 15,484,000.00 Column B: $

**Creditor's mailing address**

6000 Fairview Road, 12th Floor
Charlotte, NC 28210

**Describe the lien**

Inside Lender

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

- ☐ No
- ☑ Yes

**Date debt was incurred** 5/20/2026

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** — Do not deduct the value of collateral.
Column B: **Value of collateral that supports this claim**

**2.61 Creditor's name**
Formentera Capital Group

**Creditor's mailing address**
333 W Commercial Street, Suite 324
East Rochester, NY 14445

**Creditor's email address, if known**

**Date debt was incurred** 02/06/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ ______ Column B: $ ______

**Describe the lien**
Lender

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**2.62 Creditor's name**
Ibex Advance Group LLC D/b/a Ibex Advance Group (IAG)

**Creditor's mailing address**
500 West Putnam Avenue
Greenwich, CT 06830

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 2,797,425.00 Column B: $ ______

**Describe the lien**
Additional Funding

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

## Part 1: Additional Page

Column A **Amount of claim** Do not deduct the value of collateral.
Column B **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.63 Creditor's name**
Illini Holdings, LLC

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

$ 1,470,000,000.00 $______

**Creditor's mailing address**
12237 Rain Hollow Dr
Maryland Heights, MO 63043-2112

**Describe the lien**
Inside Lender

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 06/25/2026
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.64 Creditor's name**
Oak Street Capital, LLC

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

$ 1,470,000,000.00 $______

**Creditor's mailing address**
12237 Rain Hollow Dr
Maryland Heights, MO 63043-2112

**Describe the lien**
Inside Lender

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Date debt was incurred** 06/25/2026
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.65 Creditor's name**
John Alex Upperman

**Creditor's mailing address**
12237 Rain Hollow Dr
Maryland Heights, MO 63043-2112

**Creditor's email address, if known**

**Date debt was incurred** 6/25/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 1,470,000,000.00 Column B: $

**Describe the lien**
Inside Lender

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.66 Creditor's name**
Kenneth Auerbach

**Creditor's mailing address**
6000 Fairview Road, 12th Floor
Charlotte, NC 28210

**Creditor's email address, if known**

**Date debt was incurred** 8/23/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 875,000.00 Column B: $

**Describe the lien**
Inside Lender

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.67 Creditor's name**
The Douglas and Nina Healy Family Trust

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 160,000.00
Column B: $

**Creditor's mailing address**

**Describe the lien**
Inside Lender

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Date debt was incurred** 12/2/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.68 Creditor's name**
Thrive Real Estate, LLC

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 1,470,000,000.00
Column B: $

**Creditor's mailing address**
12237 Rain Hollow Dr
Maryland Heights, MO 63043-2112

**Describe the lien**
Inside Lender

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Date debt was incurred** 6/25/2026

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.69 Creditor's name**
TU Properties, LLC

**Creditor's mailing address**
12237 Rain Hollow Dr
Maryland Heights, MO 63043-2112

**Creditor's email address, if known**

**Date debt was incurred** 06/25/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 1,470,000,000.00 | Column B: $

**Describe the lien**
Lender

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.70 Creditor's name**
Wildwood Assets, LLC

**Creditor's mailing address**
12237 Rain Hollow Dr
Maryland Heights, MO 63043-2112

**Creditor's email address, if known**

**Date debt was incurred** 06/25/2026

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines See 2.1

**Describe debtor's property that is subject to a lien**
See Attachment 2.1

Column A: $ 1,470,000,000.00 | Column B: $

**Describe the lien**
Inside Lender

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.71 Creditor's name**

YSA INVESTMENTS, LLC

**Describe debtor's property that is subject to a lien**

See Attachment 2.1

$ 8,415,000.00 $

**Creditor's mailing address**

848 Brickell Ave, STE PH5
Miami, FL 33131

**Describe the lien**

Inside Lender

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Date debt was incurred** 10/31/2025

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines See 2.1

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**2.72 Creditor's name**

**Describe debtor's property that is subject to a lien**

$ $

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor Louis Investments, LLC Case number (if known) 26-33110-sgj11
Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.73 Creditor's name** ______

**Describe debtor's property that is subject to a lien** ______ $______ $______

**Creditor's mailing address** ______

**Describe the lien** ______

**Creditor's email address, if known** ______

**Is the creditor an insider or related party?**
- ❑ No
- ❑ Yes

**Date debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
- ❑ No
- ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ❑ No
- ❑ Yes. Have you already specified the relative priority?
  - ❑ No. Specify each creditor, including this creditor, and its relative priority. ______
  - ❑ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**2. Creditor's name** ______

**Describe debtor's property that is subject to a lien** ______ $______ $______

**Creditor's mailing address** ______

**Describe the lien** ______

**Creditor's email address, if known** ______

**Is the creditor an insider or related party?**
- ❑ No
- ❑ Yes

**Date debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
- ❑ No
- ❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ❑ No
- ❑ Yes. Have you already specified the relative priority?
  - ❑ No. Specify each creditor, including this creditor, and its relative priority. ______
  - ❑ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

Debtor Louis Investments, LLC Case number (if known) 26-33110-sgj11
Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| See Attachment 2.1. | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Attachment 2.1**

Debtor: Louis Investments, LLC
Case No. 26-33110-sgj11
IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)

| Line No. / Priority | Creditor Name | Description of the Lien | Description of Debtor's Property Subject to Lien | ATTORNEY(S) TO NOTIFY |
|---|---|---|---|---|
| 1 | ACRE Credit Investments II (727 LOFTS BEST LIVING, LLC) | Mortgage | 727 E Main Pl, Jenks, OK 74037 | |
| 2 | American Funding | Mortgage | 2400 NW 30th St, Oklahoma City, OK 73112; 8111 E 60th St Tulsa, OK 74145; 9201 Kanis Rd, Little Rock, AR 72205; 5160 S Yale Ave Tulsa, Oklahoma, 74135; 11321 E 23rd St Unit 1 Tulsa, OK 74129; 1815 N Boomer Road, Stillwater, OK 74075; 2001 E Skelly Dr Tulsa, OK 74105; 4200 N Meridian Ave, Oklahoma City, OK 73112; | **Michael Vincent Scarpati, Esq**<br>Scarpati Law<br>190 Bowery, 2nd Floor<br>New York City, NY 10012 |
| 3 | Apollo Funding | Mortgage | 204 S Riverfront Dr, Jenks, OK 74037<br>2186 S 99th E Ave, Tulsa, OK, 74129<br>9601 East 21st Place, Tulsa, OK 74129<br>5530 Colony Way, Bartlesville, OK 74006<br>125 W Interstate 240 Service Rd, Oklahoma City, OK 73139<br>6900 London Way Oklahoma City, OK 73132<br>9201 Kanis Rd, Little Rock, AR 72205<br>5160 S Yale Ave Tulsa, Oklahoma, 74135<br>11321 E 23rd St Unit 1 Tulsa, OK 74129<br>2001 E Skelly Dr Tulsa, OK 74105<br>7525 Knight Lake Dr Oklahoma City, OK 73132<br>2200 N Classen Blvd Oklahoma City, OK 73106<br>7803 S Wheeling Ave Tulsa, OK 74136<br>8800 Drexel Ave, Oklahoma City, OK 73159<br>3834 N Oak Grove Dr. Midwest City, OK 73110<br>15501 N Pennsylvania Ave Edmond, OK 73013<br>6630 S Zunis Ave Tulsa, OK 74136<br>500 W Main St. Oklahoma City, OK 73102<br>727 E Main Pl Jenks, OK 74037<br>3041 NW 41st St Oklahoma City, OK 73112<br>7142 S 92nd East Ave Tulsa, OK 74133<br>7801 NE 10th St, Midwest City, OK 73110<br>7204 NW 36th St, Bethany, OK 73008<br>4330 S Barnes Ave Oklahoma City, OK 73119<br>5770 NW 16th St Oklahoma City, OK 73127<br>8111 E 60th St Tulsa, OK 74145<br>8641 E 61st St, Tulsa, OK 74133<br>517 E Douglas Ave, Wichita, KS 67202<br>4200 N Meridian Ave, Oklahoma City, OK 73112<br>2400 NW 30th St, Oklahoma City, OK 73112<br>215 NE 28th St, Oklahoma City, OK 73105<br>1815 N Boomer Road, Stillwater, OK 74075 | **Michael Johnson, Esq. Jonathan M. K. Pryor, Esq.**<br>Piekarski Law PLLC<br>17 State Street, Suite 1800<br>New York, New York 10004 |
| 4 | Bancorp (MUNTAGE BEST LIVING, LLC ) | Mortgage | 3041 NW 41st St, Oklahoma City, OK 73112 | |
| 5 | Bancorp (RIVERPARK BEST LIVING, LLC) | Mortgage | 7803 S Wheeling Ave, Tulsa, OK 74136 | |
| 6 | Berkadia (JENKS BEST LIVING LLC) | Mortgage | 204 S Riverfront Dr, Jenks, OK 74037 | |
| 7 | BMO (LAKESIDE BEST LIVING LLC) | Mortgage | 9601 E 21st Pl, Tulsa, OK 74129 | |
| 8 | BMO (SHORELINE’S BEST LIVING, LLC) | Mortgage | 9601 E 21st Pl, Tulsa, OK 74129 | |
| 9 | Cohen & Co. (A-V Village Creek Owner LLC) | Mortgage | 6630 S Zunis Ave, Tulsa, OK 74136 | |
| 10 | Cohen & Co. (LOFTS AT NORTH PENN BEST LIVING LLC) | Mortgage | 15501 N Pennsylvania Ave, Edmond, OK 73013 | |

| | | | | |
|---|---|---|---|---|
| **11** | Community Loan (BRYAN HILL TIC 1,LLC, BRYAN HILL TIC 2,LLC, BRYAN HILL TIC 3,LLC, AND BRYAN HILL'S BEST LIVING,LLC) | Mortgage | 7204 NW 36th St, Bethany, OK 73008 | |
| **12** | Community Loan (SPRINGDALE VILLAGE TIC 1, LLC, SPRINGDALE VILLAGE TIC 2, LLC, SPRINGDALE VILLAGE TIC 3, LLC, AND SPRINGDALE VILLAGE'S BEST LIVING, LLC, ) | Mortgage | 4330 S Barnes Ave, Oklahoma City, OK 73119 | |
| **13** | Community Loan (SUMMER OAKS TIC 1, LLC, SUMMER OAKS TIC 2, LLC, SUMMER OAKS TIC 3, LLC, AND SUMMER OAKS BAST LIVING, LLC, ) | Mortgage | 5744 NW 16th St, Oklahoma City, OK 73127 | |
| **14** | Community Loan (TUSCANY VILLAGE BEST LIVING, LLC) | Mortgage | 6900 London Way, Oklahoma City, OK 73132 | |
| **15** | Evolved Capital, LLC | Mortgage | 7525 Knight Lake Dr Oklahoma City, OK 73132; 8641 E 61st St, Tulsa, OK 74133 ; 3834 N Oak Grove Dr. Midwest City, OK 73110; 125 W Interstate 240 Service Rd, Oklahoma City, OK 73139 | **Curtis D Clements**<br>SL Law Group, P.A.<br>P.O. Box 271<br>BENTONVILLE, AR 72712 |
| **16** | HCIPSP | Mortgage | all payment and performance duties, liabilities, and obligations of Borrower under the Note; and (ii) all reasonable costs incurred by Lender to obtain, preserve, and enforce this Agreement and security interest, collect the Obligations, and maintain, preserve, collect, and enforce the Collateral, including taxes, assessments, insurance premiums, attorneys' fees and legal expenses, and expenses of sale | |
| **17** | Kayne Capital (WOODLAND OAKS BEST LIVING, LLC, WOODLAND OAKS INVESTORS, LLC) | Mortgage | 7142 S 92nd E Ave, Tulsa, OK 74133 | |
| **18** | Key Bank (DREXEL FLATS ACQUISITION LLC, DREXEL FLATS ACQUISITION TIC LLC) | Mortgage | 8800 Drexel Ave, Oklahoma City, OK 73159 | |
| **19** | Legacy Bank (EATON PLACE TIC 1, LLC, EATON PLACE BEST LIVING, LLC) | Mortgage | 8111 E 60th St, Tulsa, OK 74145 | |
| **20** | LendBug LLC | Mortgage | 2001 E Skelly Dr Tulsa, OK 74105; 8111 E 60th St Tulsa, OK 74145; 15501 N Pennsylvania Ave Edmond, OK 73013; 4200 N Meridian Ave, Oklahoma City, OK 73112; 215 NE 28th St, Oklahoma City, OK 73105; 4330 S Barnes Ave Oklahoma City, OK 73119; 11321 E 23rd St Unit 1 Tulsa, OK 74129; 2400 NW 30th St, Oklahoma City, OK 73112; 1815 N Boomer Road, Stillwater, OK 74075; 9201 Kanis Rd, Little Rock, AR 72205; 5160 S Yale Ave Tulsa, Oklahoma, 74135; | |
| **21** | Newmark (B & J WOODSCAPE/OKLAHOMA CITY LLC) | Mortgage | 4401 NW 39th St, Oklahoma City, OK 73112 | |
| **22** | Newmark (COPPERFIELD APARTMENTS LIMITED PARTNERSHIP) | Mortgage | 2400 NW 30th St, Oklahoma City, OK 73112 | |
| **23** | Newmark (ONE ETON SQUARE, LLC, ONE ETON TIC 1, LLC, ) | Mortgage | 8111 E 60th St, Tulsa, OK 74145 | |
| **24** | Newmark (REMINGTON RANCH'S BEST LIVING, LLC) | Mortgage | 1815 N Boomer Rd, Stillwater, OK 74075 | |
| **25** | Newmark Knight Frank (A-V Classen Owner LLC) | Mortgage | 2200 N. Classen Blvd. OKC, OK 73106 | |
| **26** | Newmark Knight Frank (BARCELONA BEST LIVING, LLC) | Mortgage | 5160 S Yale Ave, Tulsa, OK 74135 | |
| **27** | Newmark Knight Frank (BARTLESVILLE BEST LIVING, LLC) | Mortgage | 5530 Colony Way, Bartlesville, OK 74006 | |
| **28** | Newmark Knight Frank (CANOPY BEST LIVING, LLC, NAE CANOPY APARTMENTS LLC, NORTHBORO QN, LLC) | Mortgage | 5200 Oak St, Oklahoma City, OK 73112 | |
| **29** | Newmark Knight Frank (VILLAS AT MIDTOWN BEST LIVING, LLC) | Mortgage | 2001 E Skelly Dr, Tulsa, OK 74105 | |
| **30** | NorthMarq (SEMINOLE RIDGE BEST LIVING, LLC) | Mortgage | 125 W I-240 Service Road, Oklahoma City, OK 73139 | |
| **31** | Ocean Funding Corp | Mortgage | 424 MAPLE STREET NORTH LITTLE ROCK, AR 72114 | |
| **32** | Palisade Advance | Mortgage | all accounts, including without limitation, all deposit accounts, accountsreceivable, and other receivables, as those terms are defined by Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by any Merchant; and (b) all proceeds, as that term is defined by Article 9 of the UCC. | |
| **33** | Saperean Capital/Kayne Capital (FAIRFAX BEST LIVING, LLC, FAIRFAX INVESTORS, LLC) | Mortgage | 7801 NE 10th St, Midwest City, OK 73110 | |
| **34** | SG Capital Partners (MONTGOMERY BEST LIVING, LLC) | Mortgage | 500 W Main St, Oklahoma City, OK 73102 | |

| | | | | |
|---|---|---|---|---|
| **35** | SG Capital Partners (RIDGE BEST LIVING, LLC) | Mortgage | 3834 N Oak Grove Dr Midwest City, OK 73110 | |
| **36** | SG Capital Partners (WOODLAND MANOR'S BEST LIVING, LLC and WOODLAND MANOR TIC 1, LLC) | Mortgage | 8641 E 61st St, Tulsa, OK 74133 | |
| **37** | Stride Bank (A-V 23 EAST OWNER LLC) | Mortgage | 11327 E 23rd St, Tulsa, OK 74129 | |
| **38** | Term Fund III MRA Seller, LLC | Mortgage | 2200 N Classen Blvd Oklahoma City, OK 73106; 500 W Main St. Oklahoma City, OK 73102; 3834 N Oak Grove Dr. Midwest City, OK 73110; 8641 E 61st St, Tulsa, OK 74133 | **Mark A. Craige, William H. Hoch, Tim J. Gallegly, & Zach M. Lucio**<br>Crowe & Dunlevy<br>325 N Robinson, Ste 100 Oklahoma City, OK 73102 |
| **39** | Wells Fargo (AUERBACH-VESTA LLC, PUTNAM GREEN TIC INTEREST, LLC) | Mortgage | 7525 Knight Lake Dr, Oklahoma City, OK 73132 | |
| **40** | X-Caliber Funding, LLC | Mortgage - Village Creek at 67th | 6630 S. Zunis Ave. Tulsa OK 74136 | |
| **41** | Alert Plumbing LLC | Plumbing services | 11327 E 23rd St, Tulsa, OK 74129, 5160 S Yale Ave, Tulsa, OK 74135, 9601 E 21st Pl, Tulsa, OK 74129, 8111 E 60th St, Tulsa, OK 74145, 7803 S Wheeling Ave, Tulsa, OK 74136, 8641 E 61st St, Tulsa, OK 74133 | |
| **42** | Alex's Construction Co LLC | Asphalt/ Parking Lot Repairs | 4401 NW 39th St, Oklahoma City, OK 73112 | |
| **43** | All About Cleaning LLC | Cleaning services | 5200 Oak St, Oklahoma City, OK 73112 | |
| **44** | Blackhawk Security LLC | Security services | 2400 NW 30th St, Oklahoma City, OK 73112, 7204 NW 36th St, Bethany, OK 73008, 2200 N. Classen Blvd. OKC, OK 73106, 8800 Drexel Ave, Oklahoma City, OK 73159, 7525 Knight Lake Dr, Oklahoma City, OK 73132, 4330 S Barnes Ave, Oklahoma City, OK 73119, 5744 NW 16th St, Oklahoma City, OK 73127, 3041 NW 41st St, Oklahoma City, OK 73112, 15501 N Pennsylvania Ave, Edmond, OK 73013 | |
| **45** | Brothers M Construction | Construction services | 11327 E 23rd St, Tulsa, OK 74129<br>727 E Main Pl, Jenks, OK 74037<br>5160 S Yale Ave, Tulsa, OK 74135<br>8111 E 60th St, Tulsa, OK 74145<br>9601 E 21st Pl, Tulsa, OK 74129<br>8111 E 60th St, Tulsa, OK 74145<br>1815 N Boomer Rd, Stillwater, OK 74075<br>7803 S Wheeling Ave, Tulsa, OK 74136<br>9601 E 21st Pl, Tulsa, OK 74129<br>6630 S Zunis Ave, Tulsa, OK 74136<br>2001 E Skelly Dr, Tulsa, OK 74105<br>8641 E 61st St, Tulsa, OK 74133<br>7142 S 92nd E Ave, Tulsa, OK 74133 | |
| **46** | Comfort Systems | HVAC services | 8111 E 60th St, Tulsa, OK 74145 | |
| **47** | Eagle 1 AutoGlass, LLC | Glass services | 2400 NW 30th St, Oklahoma City, OK 73112, 7204 NW 36th St, Bethany, OK 73008, 2200 N. Classen Blvd. OKC, OK 73106, 8800 Drexel Ave, Oklahoma City, OK 73159, 7525 Knight Lake Dr, Oklahoma City, OK 73132, 4330 S Barnes Ave, Oklahoma City, OK 73119, 5744 NW 16th St, Oklahoma City, OK 73127, 3041 NW 41st St, Oklahoma City, OK 73112, 15501 N Pennsylvania Ave, Edmond, OK 73013 | |
| **48** | Empire Protection Services | Security services | 11327 E 23rd St, Tulsa, OK 74129, 727 E Main Pl, Jenks, OK 74037, 5160 S Yale Ave, Tulsa, OK 74135, 9601 E 21st Pl, Tulsa, OK 74129, 8111 E 60th St, Tulsa, OK 74145, 7803 S Wheeling Ave, Tulsa, OK 74136, 204 S Riverfront Dr, Jenks, OK 74037, 6630 S Zunis Ave, Tulsa, OK 74136 | |
| **49** | Firewatcher's of Tulsa | Fire watch services | 8641 E 61st St, Tulsa, OK 74133, 727 E Main Pl. Jenks, OK | |

| | | | | |
|---|---|---|---|---|
| **50** | HD Supply | Maintenance supplies | 11327 E 23rd St, Tulsa, OK 74129<br>727 E Main Pl, Jenks, OK 74037<br>5160 S Yale Ave, Tulsa, OK 74135<br>7204 NW 36th St, Bethany, OK 73008<br>2400 NW 30th St, Oklahoma City, OK 73112<br>8800 Drexel Ave, Oklahoma City, OK 73159<br>8111 E 60th St, Tulsa, OK 74145<br>7801 NE 10th St, Midwest City, OK 73110<br>9601 E 21st Pl, Tulsa, OK 74129<br>5530 Colony Way, Bartlesville, OK 74006<br>15501 N Pennsylvania Ave, Edmond, OK 73013<br>3041 NW 41st St, Oklahoma City, OK 73112<br>8111 E 60th St, Tulsa, OK 74145<br>7525 Knight Lake Dr, Oklahoma City, OK 73132<br>1815 N Boomer Rd, Stillwater, OK 74075<br>7803 S Wheeling Ave, Tulsa, OK 74136<br>125 W I-240 Service Road, Oklahoma City, OK 73139<br>9601 E 21st Pl, Tulsa, OK 74129<br>4330 S Barnes Ave, Oklahoma City, OK 73119<br>5744 NW 16th St, Oklahoma City, OK 73127<br>5200 Oak St, Oklahoma City, OK 73112<br>2200 N. Classen Blvd. OKC, OK 73106<br>500 W Main St, Oklahoma City, OK 73102<br>3834 N Oak Grove Dr Midwest City, OK 73110<br>204 S Riverfront Dr, Jenks, OK 74037<br>6900 London Way, Oklahoma City, OK 73132<br>6630 S Zunis Ave, Tulsa, OK 74136<br>2001 E Skelly Dr, Tulsa, OK 74105<br>8641 E 61st St, Tulsa, OK 74133<br>7142 S 92nd E Ave, Tulsa, OK 74133<br>4401 NW 39th St, Oklahoma City, OK 73112"""""""" | |
| **51** | MBR Construction Electric Inc | Electrical services | 11327 E 23rd St, Tulsa, OK 74129, 7801 NE 10th St, Midwest City, OK 73110, 2400 NW 30th St, Oklahoma City, OK 73112, 8800 Drexel Ave, Oklahoma City, OK 73159, 8111 E 60th St, Tulsa, OK 74145, 7525 Knight Lake Dr, Oklahoma City, OK 73132 | |
| **52** | NIX LUMBER INC | Building materials | 1422 E. 71st St. Suite J Tulsa, Ok 74136 | |
| **53** | Patriot Sewer & Drain Services, Inc. | Sewer and drain services | 1815 N. Boomer Rd. Stillwater, Ok | |
| **54** | Property Doctor Services, LLC | Property maintenance services | 2400 NW 30th St, Oklahoma City, OK 73112, 7525 Knight Lake Dr, Oklahoma City, OK 73132, 7803 S Wheeling Ave, Tulsa, OK 74136, 6900 London Way, Oklahoma City, OK 73132, 4401 NW 39th St, Oklahoma City, OK 73112 | |

| | | | | |
|---|---|---|---|---|
| **55** | Sherwin Williams Company | Paint and supplies | 11327 E 23rd St, Tulsa, OK 74129<br>727 E Main Pl, Jenks, OK 74037<br>5160 S Yale Ave, Tulsa, OK 74135<br>7204 NW 36th St, Bethany, OK 73008<br>2400 NW 30th St, Oklahoma City, OK 73112<br>8800 Drexel Ave, Oklahoma City, OK 73159<br>8111 E 60th St, Tulsa, OK 74145<br>7801 NE 10th St, Midwest City, OK 73110<br>9601 E 21st Pl, Tulsa, OK 74129<br>5530 Colony Way, Bartlesville, OK 74006<br>15501 N Pennsylvania Ave, Edmond, OK 73013<br>3041 NW 41st St, Oklahoma City, OK 73112<br>8111 E 60th St, Tulsa, OK 74145<br>7525 Knight Lake Dr, Oklahoma City, OK 73132<br>1815 N Boomer Rd, Stillwater, OK 74075<br>7803 S Wheeling Ave, Tulsa, OK 74136<br>125 W I-240 Service Road, Oklahoma City, OK 73139<br>9601 E 21st Pl, Tulsa, OK 74129<br>4330 S Barnes Ave, Oklahoma City, OK 73119<br>5744 NW 16th St, Oklahoma City, OK 73127<br>5200 Oak St, Oklahoma City, OK 73112<br>2200 N. Classen Blvd. OKC, OK 73106<br>500 W Main St, Oklahoma City, OK 73102<br>3834 N Oak Grove Dr Midwest City, OK 73110<br>204 S Riverfront Dr, Jenks, OK 74037<br>6900 London Way, Oklahoma City, OK 73132<br>6630 S Zunis Ave, Tulsa, OK 74136<br>2001 E Skelly Dr, Tulsa, OK 74105<br>8641 E 61st St, Tulsa, OK 74133<br>7142 S 92nd E Ave, Tulsa, OK 74133<br>4401 NW 39th St, Oklahoma City, OK 73112""" | |
| **56** | Toval Ventures | | 7525 Knight Lake Dr Oklahoma City, OK 73132; 8641 E 61st St, Tulsa, OK 74133 ; 3834 N Oak Grove Dr. Midwest City, OK 73110; 125 W Interstate 240 Service Rd, Oklahoma City, OK 73139 | **Curtis D Clements**<br>SL Law Group, P.A.<br>P.O. Box 271<br>BENTONVILLE, AR 72712 |

| | | | | |
|---|---|---|---|---|
| **57** | Westlake Ace | Hardware and maintenance supplies | 11327 E 23rd St, Tulsa, OK 74129<br>727 E Main Pl, Jenks, OK 74037<br>5160 S Yale Ave, Tulsa, OK 74135<br>7204 NW 36th St, Bethany, OK 73008<br>2400 NW 30th St, Oklahoma City, OK 73112<br>8800 Drexel Ave, Oklahoma City, OK 73159<br>8111 E 60th St, Tulsa, OK 74145<br>7801 NE 10th St, Midwest City, OK 73110<br>9601 E 21st Pl, Tulsa, OK 74129<br>5530 Colony Way, Bartlesville, OK 74006<br>15501 N Pennsylvania Ave, Edmond, OK 73013<br>3041 NW 41st St, Oklahoma City, OK 73112<br>8111 E 60th St, Tulsa, OK 74145<br>7525 Knight Lake Dr, Oklahoma City, OK 73132<br>1815 N Boomer Rd, Stillwater, OK 74075<br>7803 S Wheeling Ave, Tulsa, OK 74136<br>125 W I-240 Service Road, Oklahoma City, OK 73139<br>9601 E 21st Pl, Tulsa, OK 74129<br>4330 S Barnes Ave, Oklahoma City, OK 73119<br>5744 NW 16th St, Oklahoma City, OK 73127<br>5200 Oak St, Oklahoma City, OK 73112<br>2200 N. Classen Blvd. OKC, OK 73106<br>500 W Main St, Oklahoma City, OK 73102<br>3834 N Oak Grove Dr Midwest City, OK 73110<br>204 S Riverfront Dr, Jenks, OK 74037<br>6900 London Way, Oklahoma City, OK 73132<br>6630 S Zunis Ave, Tulsa, OK 74136<br>2001 E Skelly Dr, Tulsa, OK 74105<br>8641 E 61st St, Tulsa, OK 74133<br>7142 S 92nd E Ave, Tulsa, OK 74133<br>4401 NW 39th St, Oklahoma City, OK 73112" | |
| **58** | Yeldell Electric LLC | Electrical services | 9601 E 21st Pl, Tulsa, OK 74129; 8111 E 60th St. Tulsa, Ok 74145 | |
| **59** | 12 Oak Lending, LLC | Inside Lender | 11327 E 23rd St, Tulsa, OK 74129<br>727 E Main Pl, Jenks, OK 74037<br>5160 S Yale Ave, Tulsa, OK 74135<br>7204 NW 36th St, Bethany, OK 73008<br>2400 NW 30th St, Oklahoma City, OK 73112<br>8800 Drexel Ave, Oklahoma City, OK 73159<br>8111 E 60th St, Tulsa, OK 74145<br>7801 NE 10th St, Midwest City, OK 73110<br>9601 E 21st Pl, Tulsa, OK 74129<br>5530 Colony Way, Bartlesville, OK 74006<br>15501 N Pennsylvania Ave, Edmond, OK 73013<br>3041 NW 41st St, Oklahoma City, OK 73112<br>8111 E 60th St, Tulsa, OK 74145<br>7525 Knight Lake Dr, Oklahoma City, OK 73132<br>1815 N Boomer Rd, Stillwater, OK 74075<br>7803 S Wheeling Ave, Tulsa, OK 74136<br>125 W I-240 Service Road, Oklahoma City, OK 73139<br>9601 E 21st Pl, Tulsa, OK 74129<br>4330 S Barnes Ave, Oklahoma City, OK 73119<br>5744 NW 16th St, Oklahoma City, OK 73127<br>5200 Oak St, Oklahoma City, OK 73112<br>2200 N. Classen Blvd. OKC, OK 73106<br>500 W Main St, Oklahoma City, OK 73102<br>3834 N Oak Grove Dr Midwest City, OK 73110<br>204 S Riverfront Dr, Jenks, OK 74037<br>6900 London Way, Oklahoma City, OK 73132<br>6630 S Zunis Ave, Tulsa, OK 74136<br>2001 E Skelly Dr, Tulsa, OK 74105<br>8641 E 61st St, Tulsa, OK 74133<br>7142 S 92nd E Ave, Tulsa, OK 74133<br>4401 NW 39th St, Oklahoma City, OK 73112 | **Stephen Q. Peters, OBA #11469**<br>**Jason A. McVicker, OBA #31150**<br>**Thomas M. Askew, OBA #13568**<br>**Sharon K. Parker, OBA #19010**<br>JPM LAW \| JAYNE PETERS McVICKER BURKE ASKEW & PARKER<br>401 S. Boston Avenue, Suite 2000<br>Tulsa, Oklahoma 74103<br><br>**Marc R. Greenberg (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071-2223<br><br>**Thomas R. Fawkes (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>233 S. Wacker Dr., Suite 6950<br>Chicago, IL 60606 |

| | | | | |
|---|---|---|---|---|
| **60** | Auerbach Opportunity Fund IV, LP and AuerPref III, LLC | Inside Lender | 204 S Riverfront Dr, Jenks, OK 74037<br>2186 S 129th E Ave, Tulsa, OK 74129<br>9601 East 21st Place, Tulsa, OK 74129<br>5530 Colony Way, Bartlesville, OK 74006<br>125 W Interstate 240 Service Rd, Oklahoma City, OK 73139<br>6900 London Way Oklahoma City, OK 73132<br>9201 Kanis Rd, Little Rock, AR 72205<br>5160 S Yale Ave Tulsa, Oklahoma, 74135<br>11321 E 23rd St Unit 1 Tulsa, OK 74129<br>2001 E Skelly Dr Tulsa, OK 74105<br>7525 Knight Lake Dr Oklahoma City, OK 73132<br>2200 N Classen Blvd Oklahoma City, OK 73106<br>7803 S Wheeling Ave Tulsa, OK 74136<br>8800 Drexel Ave, Oklahoma City, OK 73159<br>3834 N Oak Grove Dr. Midwest City, OK 73110<br>15501 N Pennsylvania Ave Edmond, OK 73013<br>6630 S Zunis Ave Tulsa, OK 74136<br>500 W Main St. Oklahoma City, OK 73102<br>727 E Main Pl Jenks, OK 74037<br>3041 NW 41st St Oklahoma City, OK 73112<br>7142 S 92nd East Ave Tulsa, OK 74133<br>7801 NE 10th St, Midwest City, OK 73110<br>7204 NW 36th St, Bethany, OK 73008<br>4330 S Barnes Ave Oklahoma City, OK 73119<br>5770 NW 16th St Oklahoma City, OK 73127<br>8111 E 60th St Tulsa, OK 74145<br>8641 E 61st St, Tulsa, OK 74133<br>517 E Douglas Ave, Wichita, KS 67202<br>4200 N Meridian Ave, Oklahoma City, OK 73112<br>2400 NW 30th St, Oklahoma City, OK 73112<br>215 NE 28th St, Oklahoma City, OK 73105<br>1815 N Boomer Road, Stillwater, OK 74075 | |
| **61** | Formentera Capital Group | Lender | 9601 East 21st Place, Tulsa, OK 74129; 5160 S Yale Ave Tulsa, Oklahoma, 74135; 9201 Kanis Rd, Little Rock, AR 72205; 204 S Riverfront Dr, Jenks, OK 74037; 7803 S Wheeling Ave Tulsa, OK 74136; 517 E Douglas Ave, Wichita, KS 67202; 8111 E 60th St Tulsa, OK 74145; 2400 NW 30th St, Oklahoma City, OK 73112; 4200 N Meridian Ave, Oklahoma City, OK 73112; 215 NE 28th St, Oklahoma City, OK 73105, 125 W Interstate 240 Service Rd, Oklahoma City, OK 73139; 2001 E Skelly Dr Tulsa, OK 74105; | **Michael Johnson, Esq. Jonathan M. K. Pryor, Esq.**<br>Piekarski Law PLLC<br>17 State Street, Suite 1800<br>New York, New York 10004 |
| **62** | Ibex Advance Group LLC D/b/a Ibex Advance Group (IAG) | Additional Funding | 5160 S Yale Ave Tulsa, Oklahoma, 74135 | |

| | | | | |
|---|---|---|---|---|
| **63** | Illini Holdings, LLC | Inside Lender | 11327 E 23rd St, Tulsa, OK 74129<br>727 E Main Pl, Jenks, OK 74037<br>5160 S Yale Ave, Tulsa, OK 74135<br>7204 NW 36th St, Bethany, OK 73008<br>2400 NW 30th St, Oklahoma City, OK 73112<br>8800 Drexel Ave, Oklahoma City, OK 73159<br>8111 E 60th St, Tulsa, OK 74145<br>7801 NE 10th St, Midwest City, OK 73110<br>9601 E 21st Pl, Tulsa, OK 74129<br>5530 Colony Way, Bartlesville, OK 74006<br>15501 N Pennsylvania Ave, Edmond, OK 73013<br>3041 NW 41st St, Oklahoma City, OK 73112<br>8111 E 60th St, Tulsa, OK 74145<br>7525 Knight Lake Dr, Oklahoma City, OK 73132<br>1815 N Boomer Rd, Stillwater, OK 74075<br>7803 S Wheeling Ave, Tulsa, OK 74136<br>125 W I-240 Service Road, Oklahoma City, OK 73139<br>9601 E 21st Pl, Tulsa, OK 74129<br>4330 S Barnes Ave, Oklahoma City, OK 73119<br>5744 NW 16th St, Oklahoma City, OK 73127<br>5200 Oak St, Oklahoma City, OK 73112<br>2200 N. Classen Blvd. OKC, OK 73106<br>500 W Main St, Oklahoma City, OK 73102<br>3834 N Oak Grove Dr Midwest City, OK 73110<br>204 S Riverfront Dr, Jenks, OK 74037<br>6900 London Way, Oklahoma City, OK 73132<br>6630 S Zunis Ave, Tulsa, OK 74136<br>2001 E Skelly Dr, Tulsa, OK 74105<br>8641 E 61st St, Tulsa, OK 74133<br>7142 S 92nd E Ave, Tulsa, OK 74133<br>4401 NW 39th St, Oklahoma City, OK 73112 | **Stephen Q. Peters, OBA #11469**<br>**Jason A. McVicker, OBA #31150**<br>**Thomas M. Askew, OBA #13568**<br>**Sharon K. Parker, OBA #19010**<br>JPM LAW \| JAYNE PETERS McVICKER BURKE ASKEW & PARKER<br>401 S. Boston Avenue, Suite 2000<br>Tulsa, Oklahoma 74103<br><br>**Marc R. Greenberg (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071-2223<br><br>**Thomas R. Fawkes (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>233 S. Wacker Dr., Suite 6950<br>Chicago, IL 60606 |
| **64** | John Alex Upperman | Inside Lender | 11327 E 23rd St, Tulsa, OK 74129<br>727 E Main Pl, Jenks, OK 74037<br>5160 S Yale Ave, Tulsa, OK 74135<br>7204 NW 36th St, Bethany, OK 73008<br>2400 NW 30th St, Oklahoma City, OK 73112<br>8800 Drexel Ave, Oklahoma City, OK 73159<br>8111 E 60th St, Tulsa, OK 74145<br>7801 NE 10th St, Midwest City, OK 73110<br>9601 E 21st Pl, Tulsa, OK 74129<br>5530 Colony Way, Bartlesville, OK 74006<br>15501 N Pennsylvania Ave, Edmond, OK 73013<br>3041 NW 41st St, Oklahoma City, OK 73112<br>8111 E 60th St, Tulsa, OK 74145<br>7525 Knight Lake Dr, Oklahoma City, OK 73132<br>1815 N Boomer Rd, Stillwater, OK 74075<br>7803 S Wheeling Ave, Tulsa, OK 74136<br>125 W I-240 Service Road, Oklahoma City, OK 73139<br>9601 E 21st Pl, Tulsa, OK 74129<br>4330 S Barnes Ave, Oklahoma City, OK 73119<br>5744 NW 16th St, Oklahoma City, OK 73127<br>5200 Oak St, Oklahoma City, OK 73112<br>2200 N. Classen Blvd. OKC, OK 73106<br>500 W Main St, Oklahoma City, OK 73102<br>3834 N Oak Grove Dr Midwest City, OK 73110<br>204 S Riverfront Dr, Jenks, OK 74037<br>6900 London Way, Oklahoma City, OK 73132<br>6630 S Zunis Ave, Tulsa, OK 74136<br>2001 E Skelly Dr, Tulsa, OK 74105<br>8641 E 61st St, Tulsa, OK 74133<br>7142 S 92nd E Ave, Tulsa, OK 74133<br>4401 NW 39th St, Oklahoma City, OK 73112 | **Stephen Q. Peters, OBA #11469**<br>**Jason A. McVicker, OBA #31150**<br>**Thomas M. Askew, OBA #13568**<br>**Sharon K. Parker, OBA #19010**<br>JPM LAW \| JAYNE PETERS McVICKER BURKE ASKEW & PARKER<br>401 S. Boston Avenue, Suite 2000<br>Tulsa, Oklahoma 74103<br><br>**Marc R. Greenberg (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071-2223<br><br>**Thomas R. Fawkes (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>233 S. Wacker Dr., Suite 6950<br>Chicago, IL 60606 |
| **65** | Kenneth Auerbach | Inside Lender | 11327 E 23rd St, Tulsa, OK 74129<br>727 E Main Pl, Jenks, OK 74037 | |

| | | | | |
|---|---|---|---|---|
| **66** | Oak Street Capital, LLC | Inside Lender | 11327 E 23rd St, Tulsa, OK 74129<br>727 E Main Pl, Jenks, OK 74037<br>5160 S Yale Ave, Tulsa, OK 74135<br>7204 NW 36th St, Bethany, OK 73008<br>2400 NW 30th St, Oklahoma City, OK 73112<br>8800 Drexel Ave, Oklahoma City, OK 73159<br>8111 E 60th St, Tulsa, OK 74145<br>7801 NE 10th St, Midwest City, OK 73110<br>9601 E 21st Pl, Tulsa, OK 74129<br>5530 Colony Way, Bartlesville, OK 74006<br>15501 N Pennsylvania Ave, Edmond, OK 73013<br>3041 NW 41st St, Oklahoma City, OK 73112<br>8111 E 60th St, Tulsa, OK 74145<br>7525 Knight Lake Dr, Oklahoma City, OK 73132<br>1815 N Boomer Rd, Stillwater, OK 74075<br>7803 S Wheeling Ave, Tulsa, OK 74136<br>125 W I-240 Service Road, Oklahoma City, OK 73139<br>9601 E 21st Pl, Tulsa, OK 74129<br>4330 S Barnes Ave, Oklahoma City, OK 73119<br>5744 NW 16th St, Oklahoma City, OK 73127<br>5200 Oak St, Oklahoma City, OK 73112<br>2200 N. Classen Blvd. OKC, OK 73106<br>500 W Main St, Oklahoma City, OK 73102<br>3834 N Oak Grove Dr Midwest City, OK 73110<br>204 S Riverfront Dr, Jenks, OK 74037<br>6900 London Way, Oklahoma City, OK 73132<br>6630 S Zunis Ave, Tulsa, OK 74136<br>2001 E Skelly Dr, Tulsa, OK 74105<br>8641 E 61st St, Tulsa, OK 74133<br>7142 S 92nd E Ave, Tulsa, OK 74133<br>4401 NW 39th St, Oklahoma City, OK 73112 | **Stephen Q. Peters, OBA #11469**<br>**Jason A. McVicker, OBA #31150**<br>**Thomas M. Askew, OBA #13568**<br>**Sharon K. Parker, OBA #19010**<br>JPM LAW \| JAYNE PETERS McVICKER BURKE ASKEW & PARKER<br>401 S. Boston Avenue, Suite 2000<br>Tulsa, Oklahoma 74103<br><br>**Marc R. Greenberg (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071-2223<br><br>**Thomas R. Fawkes (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>233 S. Wacker Dr., Suite 6950<br>Chicago, IL 60606 |
| **67** | The Douglas and Nina Healy Family Trust | Lender | all payment and performance duties, liabilities, and obligations of Borrower under the Note; and (ii) all reasonable costs incurred by Lender to obtain, preserve, and enforce this Agreement and security interest, collect the Obligations, and maintain, preserve, collect, and enforce the Collateral, including taxes, assessments, insurance premiums, attorneys' fees and legal expenses, and expenses of sale | |

| | | | | |
|---|---|---|---|---|
| **68** | Thrive Real Estate, LLC | Inside Lender | 11327 E 23rd St, Tulsa, OK 74129<br>727 E Main Pl, Jenks, OK 74037<br>5160 S Yale Ave, Tulsa, OK 74135<br>7204 NW 36th St, Bethany, OK 73008<br>2400 NW 30th St, Oklahoma City, OK 73112<br>8800 Drexel Ave, Oklahoma City, OK 73159<br>8111 E 60th St, Tulsa, OK 74145<br>7801 NE 10th St, Midwest City, OK 73110<br>9601 E 21st Pl, Tulsa, OK 74129<br>5530 Colony Way, Bartlesville, OK 74006<br>15501 N Pennsylvania Ave, Edmond, OK 73013<br>3041 NW 41st St, Oklahoma City, OK 73112<br>8111 E 60th St, Tulsa, OK 74145<br>7525 Knight Lake Dr, Oklahoma City, OK 73132<br>1815 N Boomer Rd, Stillwater, OK 74075<br>7803 S Wheeling Ave, Tulsa, OK 74136<br>125 W I-240 Service Road, Oklahoma City, OK 73139<br>9601 E 21st Pl, Tulsa, OK 74129<br>4330 S Barnes Ave, Oklahoma City, OK 73119<br>5744 NW 16th St, Oklahoma City, OK 73127<br>5200 Oak St, Oklahoma City, OK 73112<br>2200 N. Classen Blvd. OKC, OK 73106<br>500 W Main St, Oklahoma City, OK 73102<br>3834 N Oak Grove Dr Midwest City, OK 73110<br>204 S Riverfront Dr, Jenks, OK 74037<br>6900 London Way, Oklahoma City, OK 73132<br>6630 S Zunis Ave, Tulsa, OK 74136<br>2001 E Skelly Dr, Tulsa, OK 74105<br>8641 E 61st St, Tulsa, OK 74133<br>7142 S 92nd E Ave, Tulsa, OK 74133<br>4401 NW 39th St, Oklahoma City, OK 73112 | **Stephen Q. Peters, OBA #11469**<br>**Jason A. McVicker, OBA #31150**<br>**Thomas M. Askew, OBA #13568**<br>**Sharon K. Parker, OBA #19010**<br>JPM LAW \| JAYNE PETERS McVICKER BURKE ASKEW & PARKER<br>401 S. Boston Avenue, Suite 2000<br>Tulsa, Oklahoma 74103<br><br>**Marc R. Greenberg (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071-2223<br><br>**Thomas R. Fawkes (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>233 S. Wacker Dr., Suite 6950<br>Chicago, IL 60606 |
| **69** | TU Properties, LLC | Inside Lender | 11327 E 23rd St, Tulsa, OK 74129<br>727 E Main Pl, Jenks, OK 74037<br>5160 S Yale Ave, Tulsa, OK 74135<br>7204 NW 36th St, Bethany, OK 73008<br>2400 NW 30th St, Oklahoma City, OK 73112<br>8800 Drexel Ave, Oklahoma City, OK 73159<br>8111 E 60th St, Tulsa, OK 74145<br>7801 NE 10th St, Midwest City, OK 73110<br>9601 E 21st Pl, Tulsa, OK 74129<br>5530 Colony Way, Bartlesville, OK 74006<br>15501 N Pennsylvania Ave, Edmond, OK 73013<br>3041 NW 41st St, Oklahoma City, OK 73112<br>8111 E 60th St, Tulsa, OK 74145<br>7525 Knight Lake Dr, Oklahoma City, OK 73132<br>1815 N Boomer Rd, Stillwater, OK 74075<br>7803 S Wheeling Ave, Tulsa, OK 74136<br>125 W I-240 Service Road, Oklahoma City, OK 73139<br>9601 E 21st Pl, Tulsa, OK 74129<br>4330 S Barnes Ave, Oklahoma City, OK 73119<br>5744 NW 16th St, Oklahoma City, OK 73127<br>5200 Oak St, Oklahoma City, OK 73112<br>2200 N. Classen Blvd. OKC, OK 73106<br>500 W Main St, Oklahoma City, OK 73102<br>3834 N Oak Grove Dr Midwest City, OK 73110<br>204 S Riverfront Dr, Jenks, OK 74037<br>6900 London Way, Oklahoma City, OK 73132<br>6630 S Zunis Ave, Tulsa, OK 74136<br>2001 E Skelly Dr, Tulsa, OK 74105<br>8641 E 61st St, Tulsa, OK 74133<br>7142 S 92nd E Ave, Tulsa, OK 74133<br>4401 NW 39th St, Oklahoma City, OK 73112 | **Stephen Q. Peters, OBA #11469**<br>**Jason A. McVicker, OBA #31150**<br>**Thomas M. Askew, OBA #13568**<br>**Sharon K. Parker, OBA #19010**<br>JPM LAW \| JAYNE PETERS McVICKER BURKE ASKEW & PARKER<br>401 S. Boston Avenue, Suite 2000<br>Tulsa, Oklahoma 74103<br><br>**Marc R. Greenberg (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA 90071-2223<br><br>**Thomas R. Fawkes (pro hac vice pending)**<br>TUCKER ELLIS LLP<br>233 S. Wacker Dr., Suite 6950<br>Chicago, IL 60606 |

**Fill in this information to identify the case:**

Debtor Louis Investments, LLC

United States Bankruptcy Court for the: NORTHERN District of TX (State)

Case number (If known) 26-33110-sgj11

❑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ❑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>__________<br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $______ | $______ |
| **2.2** **Priority creditor's name and mailing address**<br>__________<br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $______ | $______ |
| **2.3** **Priority creditor's name and mailing address**<br>__________<br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | $______ | $______ |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
1-800-GOT-JUNK?
9851 WIDMER RD
LENEXA, KANSAS 66215-1239

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 13,811.00

**Basis for the claim:** Junk removal services

**Date or dates debt was incurred** 6/30/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
4 Seasons Cleaning
PO BOX 702225
TULSA, OKLAHOMA 74170-2225

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 200.00

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 6/29/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
A & J Property Maintenance Solutions
2720 SE 51ST ST
OKLAHOMA CITY, OKLAHOMA 73129-8826

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,000.00

**Basis for the claim:** Property maintenance services

**Date or dates debt was incurred** 1/27/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
AAA Glass & Mirror of Oklahoma, LLC
370115 E Old Highway 64
CLEVELAND, OKLAHOMA 74063

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 25,113.14

**Basis for the claim:** Glass and mirror services

**Date or dates debt was incurred** 11/13/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Aaron & Sons Remodeling
9263 E 58TH ST
TULSA, OKLAHOMA 74145-8327

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 86,515.00

**Basis for the claim:** Remodeling services

**Date or dates debt was incurred** 8/21/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Abdullah Junayed Khan
12556 NW 141st St.
OKLAHOMA CITY, OKLAHOMA 73078

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 2,100.00

**Basis for the claim:** Security Monitoring Services

**Date or dates debt was incurred** 6/18/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7** **Nonpriority creditor's name and mailing address**
Abernathy Roofing
1901 N Rangeline Rd
JOPLIN, MISSOURI 64801

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 25,053.72

**Basis for the claim:** Roofing services

**Date or dates debt was incurred** 2/4/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
Absolute Protection Inc
2900 E 33RD ST N
WICHITA, KANSAS 67219-4906

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 7,926.04

**Basis for the claim:** Security and alarm services

**Date or dates debt was incurred** 9/26/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
Accent Restoration, LLC
6972 E 38th St. Suite 200
TULSA, OKLAHOMA 74145

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 35,443.25

**Basis for the claim:** Restoration and remediation services

**Date or dates debt was incurred** 1/25/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
Ace Hardware
1230 S WOODLAWN BLVD
WICHITA, KANSAS 67218-3637

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 849.36

**Basis for the claim:** Maintenance supplies

**Date or dates debt was incurred** 5/14/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
Ace's Three Plumbing, INC
7224 S Bryant AVE
OKLAHOMA CITY, OKLAHOMA 73149

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 5,795.71

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 3/31/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.12 Nonpriority creditor's name and mailing address**
Adan Viloria
19501 N PENNSYLVANIA AVE
EDMOND, OKLAHOMA 73012-4813

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 825.00

**Basis for the claim:** Contracted maintenance services

**Date or dates debt was incurred** 7/14/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.13 Nonpriority creditor's name and mailing address**
Advance Alarms, Inc
PO Box 2257
BROKEN ARROW, OKLAHOMA 74013

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 235.00

**Basis for the claim:** Alarm and security services

**Date or dates debt was incurred** 3/1/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
Affordable Rooter Service
400 NW 4TH ST
BRYANT, ARKANSAS 72022

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 2,500.00

**Basis for the claim:** Drain and sewer services

**Date or dates debt was incurred** 3/17/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
Afordable Top Cleaning Services, LLC
2640 SW 30TH ST
OKLAHOMA CITY, OKLAHOMA 73119-1810

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 3,185.00

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 8/22/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**
Air Comfort Solutions OKC LLC DBA Hi Tech Plumbing, Leak Detect & Drains
1974 Monrose HWY
PINEVILLE, LOUISIANA 71360

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 26,562.59

**Basis for the claim:** Plumbing, leak, drain services

**Date or dates debt was incurred** 10/7/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.17 Nonpriority creditor's name and mailing address**

Airco Service
444 South 91st E Ave
TULSA, OKLAHOMA 74145

**As of the petition filing date, the claim is:** *Check all that apply.* $99.00

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** HVAC and plumbing services

**Date or dates debt was incurred** 8/7/2023

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**

Aire-Master of America, INC
PO Box 2310
NIXA, MISSOURI 65714

**As of the petition filing date, the claim is:** *Check all that apply.* $415.00

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Odor control and scent services

**Date or dates debt was incurred** 3/27/2024

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

**3.19 Nonpriority creditor's name and mailing address**

AirForce 1 A/C & Htg., LLC
P.O. Box 26
TECUMSEH, OKLAHOMA 74873

**As of the petition filing date, the claim is:** *Check all that apply.* $3,161.62

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 7/6/2023

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

AKA Cleaning LLC
12207 E 27TH PL
TULSA, OKLAHOMA 74169

**As of the petition filing date, the claim is:** *Check all that apply.* $12,420.00

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 7/5/2025

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

**3.21 Nonpriority creditor's name and mailing address**

All About Precise Maintenance
10712 NW 21ST ST
YUKON, OKLAHOMA 73099-5945

**As of the petition filing date, the claim is:** *Check all that apply.* $6,169.01

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Maintenance services

**Date or dates debt was incurred** 7/9/2023

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.22 Nonpriority creditor's name and mailing address**

All Copy Products, inc
1635 W 13TH AVE
DENVER, COLORADO 80204-2403

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 114.24

**Basis for the claim:** Office equipment and copier services

**Date or dates debt was incurred** 3/31/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.23 Nonpriority creditor's name and mailing address**

All Dry of OKC
921 S PLEASANT VALLEY ST
ORLANDO, OKLAHOMA 73073-2017

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 132,117.89

**Basis for the claim:** Water damage restoration services

**Date or dates debt was incurred** 12/29/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.24 Nonpriority creditor's name and mailing address**

All Star Carpet Cleaning, LLC
8805 SINOR
MABELVALE, ARKANSAS 72103-9287

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,691.96

**Basis for the claim:** Carpet cleaning services

**Date or dates debt was incurred** 1/14/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.25 Nonpriority creditor's name and mailing address**

Amazon.com Services LLC
PO Box 81207
SEATTLE, WASHINGTON 98108

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,463.33

**Basis for the claim:** Supplies and equipment

**Date or dates debt was incurred** 1/14/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.26 Nonpriority creditor's name and mailing address**

American Alarm Company of Arkansas
2391 W MAIN ST STE C
CABOT, ARKANSAS 72023-7670

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 516.00

**Basis for the claim:** Alarm and security services

**Date or dates debt was incurred** 10/15/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.27** **Nonpriority creditor's name and mailing address**
American Document Shredding
7254 E 38TH ST
TULSA, OKLAHOMA 74145-3230

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 465.00

**Basis for the claim:** Document shredding services

**Date or dates debt was incurred** 5/29/2024
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
American Elevator Co, Inc.
1905 S HARVARD DR
OKLAHOMA CITY, OKLAHOMA 73128-3049

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 13,043.50

**Basis for the claim:** Elevator maintenance services

**Date or dates debt was incurred** 1/30/2026
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
American Fence Company, Inc.
2909 S West Street
WICHIITA, KANSAS 67217

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 481.00

**Basis for the claim:** Fencing services

**Date or dates debt was incurred** 9/23/2024
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
American Leak Detection
PO BOX 310
JENKS, OKLAHOMA 74037-0310

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 4,231.25

**Basis for the claim:** Leak detection services

**Date or dates debt was incurred** 11/22/2024
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
American Marking, Inc.
846 5TH AVE
DES MOINES, IOWA 50309-1307

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 45.06

**Basis for the claim:** Marketing Materials

**Date or dates debt was incurred** 3/16/2023
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.**32** **Nonpriority creditor's name and mailing address**
American Society of Composers, Author and Publishers
PO BOX 331608
NASHVILLE, TENNESSEE 37203-7515

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 528.00

**Basis for the claim:** Music licensing services

**Date or dates debt was incurred** 9/20/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.**33** **Nonpriority creditor's name and mailing address**
American Waste Control, Inc
PO BOX 21054
TULSA, OKLAHOMA 74121-1054

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 52,612.31

**Basis for the claim:** Waste removal services

**Date or dates debt was incurred** 4/30/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.**34** **Nonpriority creditor's name and mailing address**
Anderson Wildlife Solutions LLC
515 N MAIN ST
MACKSVILLE, KANSAS 67557-9757

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 1,316.92

**Basis for the claim:** Wildlife/ Pest Control Services

**Date or dates debt was incurred** 5/28/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.**35** **Nonpriority creditor's name and mailing address**
Andy's Construction LLC
9 SE 55TH ST
OKLAHOMA CITY, OKLAHOMA 73129-3605

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 870.00

**Basis for the claim:** General Contruction/ Remodel Services

**Date or dates debt was incurred** 7/26/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.**36** **Nonpriority creditor's name and mailing address**
Answer Advantage
131 N Glendale
WICHITA, KANSAS 67208

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 14,373.60

**Basis for the claim:** Answering services

**Date or dates debt was incurred** 10/1/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.37 Nonpriority creditor's name and mailing address**

Apartment Association of Central Oklahoma
6501 BROADWAY EXT STE 240
OKLAHOMA CITY, OKLAHOMA 73116-8246

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 35.00

**Basis for the claim:** Membership and training services

**Date or dates debt was incurred** 6/27/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.38 Nonpriority creditor's name and mailing address**

Apartment Association of Greater Wichita
1115 S GLENDALE ST STE 208
WICHITA, KANSAS 67218-3231

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 350.75

**Basis for the claim:** Membership and training services

**Date or dates debt was incurred** 7/24/2026

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.39 Nonpriority creditor's name and mailing address**

Apartment Guardian Inc
34333 Champoux Ct
TEMECULA, CALIFORNIA 92592

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 9,973.81

**Basis for the claim:** Resident risk-management services

**Date or dates debt was incurred** 1/1/2022

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.40 Nonpriority creditor's name and mailing address**

Apartment List, Inc
PO BOX 737097
DALLAS, TEXAS 75373-7097

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 29,538.00

**Basis for the claim:** Apartment advertising services

**Date or dates debt was incurred** 2/1/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.41 Nonpriority creditor's name and mailing address**

APPLIANCE WAREHOUSE OF AMERICA
35 PINELAWN RD
MELVILLE, NEW YORK 11747

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 160,951.86

**Basis for the claim:** Appliance rental services

**Date or dates debt was incurred** 10/1/2022

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.42 Nonpriority creditor's name and mailing address**

Apprise By Walker & Dunlop
7272 WISCONSIN AVE STE 1300
BETHESDA, MARYLAND 20814-5007

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 4,500.00

**Basis for the claim:** Appraisal and valuation services

**Date or dates debt was incurred** 5/21/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.43 Nonpriority creditor's name and mailing address**

APS Fire Co
1601 SE 37TH ST
OKLAHOMA CITY, OKLAHOMA 73129-7912

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,738.40

**Basis for the claim:** Fire protection services

**Date or dates debt was incurred** 12/5/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.44 Nonpriority creditor's name and mailing address**

APS FireCo
PO Box 1939
LOWELL, ARKANSAS 72745

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 26,750.28

**Basis for the claim:** Fire protection services

**Date or dates debt was incurred** 7/7/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.45 Nonpriority creditor's name and mailing address**

Arcadia Printing
14956 S GRANT ST
BIXBY, OKLAHOMA 74008-3834

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 17,874.36

**Basis for the claim:** Printing services

**Date or dates debt was incurred** 10/13/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.46 Nonpriority creditor's name and mailing address**

Arkansas Mold and Water, Inc.
PO BOX 24438
LITTLE ROCK, ARKANSAS 72221-4438

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,593.16

**Basis for the claim:** Mold remediation and water restoration

**Date or dates debt was incurred** 11/29/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.47** **Nonpriority creditor's name and mailing address**
Arkansas One Call Systems, Inc.
2120 Maple Ridge Circle
CONWAY, ARKANSAS 72034

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 45.60

**Basis for the claim:** Utility locating services

**Date or dates debt was incurred** 1/2/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**
Armor Roofing & Fencing, LLC
13204 N 91st E Ave
COLLINSVILLE, OKLAHOMA 74021

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 71,878.22

**Basis for the claim:** Roofing and fencing services

**Date or dates debt was incurred** 9/25/2024
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
Artisent Floors
PO BOX 17526
MEMPHIS, TENNESSEE 38187-0526

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 14,083.37

**Basis for the claim:** Flooring services

**Date or dates debt was incurred** 1/7/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**
AT&T
PO BOX 105414
ATLANTA, GEORGIA 30348-5414

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 5,090.50

**Basis for the claim:** Telecommunications services

**Date or dates debt was incurred** 12/7/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
Atkinson Supply Company
4656 S 83RD EAST AVE
TULSA, OKLAHOMA 74145-6902

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 18.50

**Basis for the claim:** Maintenance supplies

**Date or dates debt was incurred** 2/15/2024
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.52** **Nonpriority creditor's name and mailing address**
Atlantic Fabrication and Design, LLC
4301 SW 44th Street
OKLAHOMA CITY, OKLAHOMA 73119

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 27,757.00

**Basis for the claim:** Fabrication and design services

**Date or dates debt was incurred** 2/6/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.53** **Nonpriority creditor's name and mailing address**
ATX JG&W Construction, LLC
13616 Ulysses s grant st
MANOR, TEXAS 78653

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 52,155.00

**Basis for the claim:** Construction services

**Date or dates debt was incurred** 7/22/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**
Audio Video Connections LLC
11063D S MEMORIAL DR # 480
TULSA, OKLAHOMA 74133-7362

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 675.00

**Basis for the claim:** Audio and video installation services

**Date or dates debt was incurred** 9/29/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.55** **Nonpriority creditor's name and mailing address**
AZ Partsmaster
7125 W SHERMAN ST
PHOENIX, ARIZONA 85043-4773

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 11,917.25

**Basis for the claim:** Maintenance supplies

**Date or dates debt was incurred** 9/7/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.56** **Nonpriority creditor's name and mailing address**
Backwoods Pest Service Inc.
PO BOX 1383
NEWCASTLE, OKLAHOMA 73065

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 875.00

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 10/26/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.57** **Nonpriority creditor's name and mailing address**
Baer & Timberlake, P.C.
PO BOX 18486
OKLAHOMA CITY, OKLAHOMA 73154-0486

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 1,579.81

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 10/24/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**
Bailey's Lumber Company
6549 E 46TH ST STE 15
TULSA, OKLAHOMA 74145-5827

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 0.20

**Basis for the claim:** Lumber and building supplies

**Date or dates debt was incurred** 12/27/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**
Barnett Electrical, LLC
1333 SE 25TH ST
OKLAHOMA CITY, OKLAHOMA 73129-6433

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 99.00

**Basis for the claim:** Electrical services

**Date or dates debt was incurred** 5/10/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**
Beetle Juice Pest Control
172443 N 2790 RD
DUNCAN, OKLAHOMA 73533-7201

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 4,450.00

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 7/9/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.61** **Nonpriority creditor's name and mailing address**
Bernal Turnkey Solutions SL, LLC
PO BOX 184
HOUSTON, TEXAS 77001-0184

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 116,935.16

**Basis for the claim:** Make-ready and renovation services

**Date or dates debt was incurred** 3/14/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.62 Nonpriority creditor's name and mailing address**

Bills Pavement Maintenance LLC
2121 GENERAL PERSHING BLVD
OKLAHOMA CITY, OKLAHOMA 73107-6977

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1,500.00

**Basis for the claim:** Pavement maintenance services

**Date or dates debt was incurred** 8/8/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.63 Nonpriority creditor's name and mailing address**

Birdeye, Inc.
2479 E BAYSHORE RD STE 188
PALO ALTO, CALIFORNIA 94303-3245

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 34,956.14

**Basis for the claim:** Marketing services

**Date or dates debt was incurred** 6/28/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.64 Nonpriority creditor's name and mailing address**

Blake Lawson
9113 NW 143RD ST
YUKON, OKLAHOMA 73099-8097

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 300.00

**Basis for the claim:** Contracted services

**Date or dates debt was incurred** 6/18/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.65 Nonpriority creditor's name and mailing address**

Body Language Gym
15101 LLEYTONS CT STE 105
EDMOND, OKLAHOMA 73013-2250

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 12,000.00

**Basis for the claim:** Fitness facility services

**Date or dates debt was incurred** 9/15/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.66 Nonpriority creditor's name and mailing address**

Boomar Remodeling LLC
3009 SW 54TH ST
OKLAHOMA CITY, OKLAHOMA 73119-5415

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 90,187.32

**Basis for the claim:** Remodeling services

**Date or dates debt was incurred** 4/23/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.67** **Nonpriority creditor's name and mailing address**
Boomerang Printing
3615 S HARVARD AVE
TULSA, OKLAHOMA 74135-2227

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 9,394.24

**Basis for the claim:** Printing services

**Date or dates debt was incurred** 12/12/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**
BPM Services, Inc.
4210 S Elwood Ave
TULSA, OKLAHOMA 74136-5823

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 101,080.08

**Basis for the claim:** Waste removal services

**Date or dates debt was incurred** 12/2/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.69** **Nonpriority creditor's name and mailing address**
Bravo! Building Services, Inc
1140 Rt 22 E, 2nd Floor, Suite 202
BRIDGEWATER, NEW JERSEY 08807

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 16,850.01

**Basis for the claim:** Janitorial and building services

**Date or dates debt was incurred** 8/1/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**
Breathe Easy / Clean Deans
10005 E 44TH PL
TULSA, OKLAHOMA 74146-4707

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 25,215.12

**Basis for the claim:** Cleaning and restoration services

**Date or dates debt was incurred** 1/28/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71** **Nonpriority creditor's name and mailing address**
Brewer Carpet & Design Center, Inc.
801 W 15TH ST
EDMOND, OKLAHOMA 73013-3739

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 450.00

**Basis for the claim:** Flooring and carpet services

**Date or dates debt was incurred** 5/4/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.72 Nonpriority creditor's name and mailing address**
Brinks Home
1990 WITTINGTON PL
FARMERS BRNCH, TEXAS 75234-1904

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 8,048.52

**Basis for the claim:** Security monitoring services

**Date or dates debt was incurred** 4/13/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.73 Nonpriority creditor's name and mailing address**
Brothers Interior Renovation Solutions
701 South Clinton St, Suite 218
FORT WAYNE, INDIANA 46802

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 128,224.55

**Basis for the claim:** Interior renovation services

**Date or dates debt was incurred** 2/25/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.74 Nonpriority creditor's name and mailing address**
Bureau Veritas Technical Assessments, LLC
PO BOX 74007289
CHICAGO, ILLINOIS 60674-7289

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 3,200.00

**Basis for the claim:** Property inspection and assessment services

**Date or dates debt was incurred** 9/14/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.75 Nonpriority creditor's name and mailing address**
C&F Carpet, LLC
2322 CANTRELL RD
LITTLE ROCK, ARKANSAS 72202-2112

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 16,538.89

**Basis for the claim:** Carpet and flooring services

**Date or dates debt was incurred** 7/1/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.76 Nonpriority creditor's name and mailing address**
C&W Painting Services, LLC
10707 E 30TH ST
TULSA, OKLAHOMA 74129-7809

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 75.00

**Basis for the claim:** Painting services

**Date or dates debt was incurred** 6/16/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.77 Nonpriority creditor's name and mailing address**

Caldera Law PLLC
7275 NW 1st Ct
MIAMI, FLORIDA 33150

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 12,915.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 5/7/2026

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.78 Nonpriority creditor's name and mailing address**

Calvert's Plant Interiors, Inc
5308 N CLASSEN BLVD
OKLAHOMA CITY, OKLAHOMA 73118-4224

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 2,531.24

**Basis for the claim:** Interior plant-maintenance services

**Date or dates debt was incurred** 7/20/2023

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.79 Nonpriority creditor's name and mailing address**

Camo Electric LLC
550 ILLINOIS ST
PAWNEE, OKLAHOMA 74058

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 428.00

**Basis for the claim:** Electrical services

**Date or dates debt was incurred** 12/20/2024

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.80 Nonpriority creditor's name and mailing address**

Canon Financial Services, Inc.
14904 COLLECTION CENTER DR
CHICAGO, ILLINOIS 60693-0149

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 5,089.25

**Basis for the claim:** Office equipment financing and leasing

**Date or dates debt was incurred** 9/11/2022

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.81 Nonpriority creditor's name and mailing address**

Capitol on 28th
3773 Richamond Ave
HOUSTON, TEXAS 77046

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 450.00

**Basis for the claim:** Property-related charges

**Date or dates debt was incurred** 1/29/2025

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.82 Nonpriority creditor's name and mailing address**
Cartridge Smart
5147 S Harvard Suite 311
TULSA, OKLAHOMA 74135

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 260.24

**Basis for the claim:** Printer and toner supplies

**Date or dates debt was incurred** 8/21/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.83 Nonpriority creditor's name and mailing address**
Cash Services
1815 N BOOMER RD APT I44
STILLWATER, OKLAHOMA 74075-3461

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 375.00

**Basis for the claim:** Cash-handling services

**Date or dates debt was incurred** 10/30/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.84 Nonpriority creditor's name and mailing address**
Cass Filhiol
12916 N 42ND EAST AVE
SKIATOOK, OKLAHOMA 74070-3768

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 28,297.60

**Basis for the claim:** Security Services

**Date or dates debt was incurred** 9/24/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.85 Nonpriority creditor's name and mailing address**
CC's Carpet Cleaning & Services
PO BOX 75223
WICHITA, KANSAS 67275-0223

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 8,910.45

**Basis for the claim:** Carpet cleaning services

**Date or dates debt was incurred** 2/2/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.86 Nonpriority creditor's name and mailing address**
Cedar Creek Farms
3051 N MARINE RD
STILLWATER, OKLAHOMA 74075-2229

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 5,600.00

**Basis for the claim:** Landscaping or grounds services

**Date or dates debt was incurred** 7/28/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.87 Nonpriority creditor's name and mailing address**

Central Glass and Mirror, Inc.
1722 E 2ND ST N STE 1
WICHITA, KANSAS 67214-4253

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 5,322.59

**Basis for the claim:** Glass and mirror services

**Date or dates debt was incurred** 3/18/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.88 Nonpriority creditor's name and mailing address**

Central Oklahoma Transportation and Parking Authority
PO BOX 2404
OKLAHOMA CITY, OKLAHOMA 73101-2404

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 790.80

**Basis for the claim:** Transportation and parking services

**Date or dates debt was incurred** 5/1/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.89 Nonpriority creditor's name and mailing address**

Central Oklahoma Winnelson Co Inc.
5037 NW 10TH ST
OKLAHOMA CITY, OKLAHOMA 73127-6765

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 17,300.87

**Basis for the claim:** Plumbing supplies

**Date or dates debt was incurred** 9/3/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.90 Nonpriority creditor's name and mailing address**

Chadwell Supply
PO BOX 105172
ATLANTA, GEORGIA 30348-5172

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 20,235.02

**Basis for the claim:** Maintenance supplies

**Date or dates debt was incurred** 2/26/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.91 Nonpriority creditor's name and mailing address**

Champion Service Experts LLC
324 S SYMES W
MUSTANG, OKLAHOMA 73064-9260

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 42,160.00

**Basis for the claim:** HVAC and plumbing services

**Date or dates debt was incurred** 4/28/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.92** **Nonpriority creditor's name and mailing address**
Champions Resurface and Paint
PO BOX 692069
TULSA, OKLAHOMA 74169-2069

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 29,707.30

**Basis for the claim:** Resurfacing and painting services

**Date or dates debt was incurred** 7/2/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.93** **Nonpriority creditor's name and mailing address**
Chapman HVAC
PO BOX 721
CLEVELAND, OKLAHOMA 74020-0721

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 2,657.45

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 2/14/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.94** **Nonpriority creditor's name and mailing address**
Chemsearch FE
2727 CHEMSEARCH BLVD
IRVING, TEXAS 75062-6454

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,413.15

**Basis for the claim:** Water-treatment and chemical services

**Date or dates debt was incurred** 10/15/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.95** **Nonpriority creditor's name and mailing address**
Cheney Door Co. Inc.
136 S LULU AVE
WICHITA, KANSAS 67211-1709

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 3,038.23

**Basis for the claim:** Door installation and repair services

**Date or dates debt was incurred** 3/12/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.96** **Nonpriority creditor's name and mailing address**
Chilton Billiards
700 S BROADWAY ST
WICHITA, KANSAS 67211-2224

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,849.00

**Basis for the claim:** Recreational equipment and services

**Date or dates debt was incurred** 4/17/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.97 Nonpriority creditor's name and mailing address**
Cintas Fire Protection
PO BOX 636525
CINCINNATI, OHIO 45263-6525

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 18,590.26

**Basis for the claim:** Fire-protection services

**Date or dates debt was incurred** 1/30/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98 Nonpriority creditor's name and mailing address**
City of Bartlesville
401 S JOHNSTONE AVE
BARTLESVILLE, OKLAHOMA 74003-6656

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 33,424.80

**Basis for the claim:** Municipal utility and service charges

**Date or dates debt was incurred** 6/9/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99 Nonpriority creditor's name and mailing address**
City of Bethany
PO BOX 219
BETHANY, OKLAHOMA 73008-0219

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 25,954.58

**Basis for the claim:** Municipal utility and service charges

**Date or dates debt was incurred** 6/11/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.100 Nonpriority creditor's name and mailing address**
City of Little Rock
723 W MARKHAM ST
LITTLE ROCK, ARKANSAS 72201-1303

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 2,300.00

**Basis for the claim:** Municipal utility and service charges

**Date or dates debt was incurred** 2/19/2021
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.101 Nonpriority creditor's name and mailing address**
City of Midwest City
100 N Midwest Blvd
MIDWEST CITY, OKLAHOMA 73110

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 26,929.20

**Basis for the claim:** Municipal utility and service charges

**Date or dates debt was incurred** 6/21/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.102 **Nonpriority creditor's name and mailing address**
City of Oklahoma City
PO BOX 26570
OKLAHOMA CITY, OKLAHOMA 73126-0570

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 506,921.56

**Basis for the claim:** Municipal utility and service charges

**Date or dates debt was incurred** 8/29/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.103 **Nonpriority creditor's name and mailing address**
City of Oklahoma City - Development Services
100 N WALKER AVE STE 200
OKLAHOMA CITY, OKLAHOMA 73102-2230

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 6,104.87

**Basis for the claim:** Permit, inspection, and development fees

**Date or dates debt was incurred** 4/28/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.104 **Nonpriority creditor's name and mailing address**
City of Tulsa Utilities
175 E 2ND ST
TULSA, OKLAHOMA 74103

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 340,893.15

**Basis for the claim:** Municipal utility services

**Date or dates debt was incurred** 5/12/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.105 **Nonpriority creditor's name and mailing address**
Cleanwater Restoration, LLC
526 E Lakeview Road
STILLWATER, OKLAHOMA 74075

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 20,938.96

**Basis for the claim:** Water restoration services

**Date or dates debt was incurred** 8/6/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.106 **Nonpriority creditor's name and mailing address**
Clear Creek Golf Car
9300 S 1-35 Service Rd
OKLAHOMA CITY, OKLAHOMA 73160

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 540.84

**Basis for the claim:** Golf cart equipment and services

**Date or dates debt was incurred** 1/9/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.107 **Nonpriority creditor's name and mailing address**

Clearwater Enterprises
ID# 3109 P.O. Box 659506
SAN ANTONIO, TEXAS 78265-9506

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 3,768.90

**Basis for the claim:** Natural gas supply services

**Date or dates debt was incurred** 6/15/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.108 **Nonpriority creditor's name and mailing address**

Cogency Global, Inc.
1601 ELM ST STE 4360
DALLAS, TEXAS 75201-4701

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 8,434.75

**Basis for the claim:** Registered-agent and corporate services

**Date or dates debt was incurred** 5/10/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.109 **Nonpriority creditor's name and mailing address**

ColorBrite Carpet LLC
PO Box 20881
WICHITA, KANSAS 67208

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 920.00

**Basis for the claim:** Carpet cleaning services

**Date or dates debt was incurred** 3/19/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.110 **Nonpriority creditor's name and mailing address**

Comfort Class
4629 W ROGERS BLVD
SKIATOOK, OKLAHOMA 74070-3922

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,145.00

**Basis for the claim:** HVAC or property services

**Date or dates debt was incurred** 1/9/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.111 **Nonpriority creditor's name and mailing address**

Commercial Door LLC
2700 WASHINGTON DR STE 100
NORMAN, OKLAHOMA 73069-1010

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,274.62

**Basis for the claim:** Commercial door services

**Date or dates debt was incurred** 6/6/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.112 Nonpriority creditor's name and mailing address**

Common Energy Solutions, Inc.
6904 NW 57TH ST
BETHANY, OKLAHOMA 73008-2018

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 9,519.28

**Basis for the claim:** Energy consulting and utility services

**Date or dates debt was incurred** 6/15/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.113 Nonpriority creditor's name and mailing address**

Community Coffee Company, LLC
PO BOX 679510
DALLAS, TEXAS 75267-9510

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 2,460.32

**Basis for the claim:** Coffee and beverage supplies

**Date or dates debt was incurred** 11/14/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.114 Nonpriority creditor's name and mailing address**

Comtec Electronic Systems Inc
2515 Main St
CHOCTAW, OKLAHOMA 73020

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 432.00

**Basis for the claim:** Electronic and security-system services

**Date or dates debt was incurred** 1/9/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.115 Nonpriority creditor's name and mailing address**

Conservice LLC
PO BOX 4696
LOGAN, UTAH 84323-4696

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 56,475.51

**Basis for the claim:** Utility billing services

**Date or dates debt was incurred** 8/29/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.116 Nonpriority creditor's name and mailing address**

Converged Telephony Networks Inc
2700 NW 62ND ST STE D140
FT LAUDERDALE, FLORIDA 33309-1753

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 886.38

**Basis for the claim:** Telephone and network services

**Date or dates debt was incurred** 7/2/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.117 Nonpriority creditor's name and mailing address**

Convergint Technologies, LLC
35257 EAGLE WAY
CHICAGO, ILLINOIS 60678-0352

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,081.55

**Basis for the claim:** Security and building-system services

**Date or dates debt was incurred** 4/30/2025

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.118 Nonpriority creditor's name and mailing address**

Coral Swimming Pool Supply Co
2315 E 69TH ST
TULSA, OKLAHOMA 74136-3924

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,132.65

**Basis for the claim:** Pool supplies and equipment

**Date or dates debt was incurred** 10/1/2024

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.119 Nonpriority creditor's name and mailing address**

Corinthian Solutions, Inc.
12003 S TAMARACK ST
JENKS, OKLAHOMA 74037-4396

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,470.00

**Basis for the claim:** Contracted professional services

**Date or dates debt was incurred** 3/6/2026

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.120 Nonpriority creditor's name and mailing address**

Cornerstone Fence, LLC
7408 N 150TH EAST AVE
OWASSO, OKLAHOMA 74055-7062

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,875.00

**Basis for the claim:** Fencing services

**Date or dates debt was incurred** 4/14/2026

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.121 Nonpriority creditor's name and mailing address**

CORT Business Services Corp
PO BOX 70518
PHILADELPHIA, PENNSYLVANIA 19176

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 386.32

**Basis for the claim:** Furniture rental services

**Date or dates debt was incurred** 2/4/2025

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.122 Nonpriority creditor's name and mailing address**
Costar - Apartments.com
2563 Collection Center Dr
CHICAGO, ILLINOIS 60693

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 185,922.83

**Basis for the claim:** Apartment advertising and market-data services

**Date or dates debt was incurred** 7/1/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.123 Nonpriority creditor's name and mailing address**
Countertop and Cabinet Solutions
27018 BLANCO RD
SAN ANTONIO, TEXAS 78260-5166

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 217,645.53

**Basis for the claim:** Countertop and cabinet services

**Date or dates debt was incurred** 1/6/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.124 Nonpriority creditor's name and mailing address**
Covington Carpet Care
8621 CHICKAMAUGA CT
MABELVALE, ARKANSAS 72103-2164

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 6,636.92

**Basis for the claim:** Carpet cleaning services

**Date or dates debt was incurred** 4/26/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.125 Nonpriority creditor's name and mailing address**
Cox Business
PO BOX 650963
DALLAS, TEXAS 75265-0963

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 61,373.85

**Basis for the claim:** Internet and telecommunications services

**Date or dates debt was incurred** 7/5/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.126 Nonpriority creditor's name and mailing address**
Craig A Bernstein
3500 MAPLE AVE STE 1220
DALLAS, TEXAS 75219-3906

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,805.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 1/17/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.127 Nonpriority creditor's name and mailing address**
Crawford Pest Management LLC
2908 W 93RD ST S
OKTAHA, OKLAHOMA 74450-9233

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,998.00

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 5/7/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.128 Nonpriority creditor's name and mailing address**
Cristino Martinez
3060 NW 41ST ST
OKLAHOMA CITY, OKLAHOMA 73112-6253

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,230.00

**Basis for the claim:** Contracted maintenance services

**Date or dates debt was incurred** 10/7/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.129 Nonpriority creditor's name and mailing address**
CSC
251 LITTLE FALLS DR
WILMINGTON, DELAWARE 19808-1674

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 306.90

**Basis for the claim:** Registered-agent and corporate services

**Date or dates debt was incurred** 11/8/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.130 Nonpriority creditor's name and mailing address**
CSC Serviceworks Inc.
PO BOX 85319
CHICAGO, ILLINOIS 60689-5319

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 19,254.44

**Basis for the claim:** Laundry equipment and service

**Date or dates debt was incurred** 7/8/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.131 Nonpriority creditor's name and mailing address**
CT Corporation System
28 Liberty St
NEW YORK, NEW YORK 10005

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,678.18

**Basis for the claim:** Registered-agent and corporate services

**Date or dates debt was incurred** 10/1/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.132 Nonpriority creditor's name and mailing address**
Culligan of Oklahoma City
PO BOX 95247
OKLAHOMA CITY, OKLAHOMA 73143-5247

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 617.36

**Basis for the claim:** Water treatment and delivery services

**Date or dates debt was incurred** 8/19/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.133 Nonpriority creditor's name and mailing address**
Curry's Termite, Pest & Animal Control LLC
202 BISHOP ST
LITTLE ROCK, ARKANSAS 72201-1821

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 6,125.57

**Basis for the claim:** Pest, termite, and wildlife-control services

**Date or dates debt was incurred** 10/31/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.134 Nonpriority creditor's name and mailing address**
Custom Technologies Plus Electric
2421 N ASPEN AVE
BROKEN ARROW, OKLAHOMA 74012-1142

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 412.50

**Basis for the claim:** Electrical and technology services

**Date or dates debt was incurred** 10/31/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.135 Nonpriority creditor's name and mailing address**
D&K Interior and Exterior Renovations LLC
4920 NW 163RD ST
EDMOND, OKLAHOMA 73013-3291

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 5,770.00

**Basis for the claim:** Interior and exterior renovation services

**Date or dates debt was incurred** 9/6/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.136 Nonpriority creditor's name and mailing address**
D.N Solutions, LLC
5609 S 92nd E Ave
TULSA, OKLAHOMA 74145

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,500.00

**Basis for the claim:** Property maintenance services

**Date or dates debt was incurred** 6/21/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.137 Nonpriority creditor's name and mailing address**

Danna's Cleaning
11 SOUTHERN OAKS DR
LITTLE ROCK, ARKANSAS 72209-2244

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 240.00

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 6/16/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.138 Nonpriority creditor's name and mailing address**

Dearinger
605 S LEWIS ST
STILLWATER, OKLAHOMA 74074-4028

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,505.58

**Basis for the claim:** Contracted services

**Date or dates debt was incurred** 9/26/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.139 Nonpriority creditor's name and mailing address**

Del Castillo Flooring LLC
2936 NW 30TH ST
OKLAHOMA CITY, OKLAHOMA 73112-6906

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 22,740.00

**Basis for the claim:** Flooring services

**Date or dates debt was incurred** 1/15/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.140 Nonpriority creditor's name and mailing address**

Delaware Secretary of State
PO BOX 5509
BINGHAMTON, NEW YORK 13902-5509

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 300.00

**Basis for the claim:** Corporate filing services

**Date or dates debt was incurred** 6/3/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.141 Nonpriority creditor's name and mailing address**

Design Source Flooring LLC
10645 LACKMAN RD
LENEXA, KANSAS 66219-1225

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,671.74

**Basis for the claim:** Flooring services

**Date or dates debt was incurred** 1/20/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Louis Investments, LLC (Name) Case number (if known) 26-33110-sgj11

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.**142** **Nonpriority creditor's name and mailing address**

DETCO INDUSTRIES
PO BOX 430
CONWAY, ARKANSAS 72033-0430

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,511.79

**Basis for the claim:** Cleaning and maintenance chemicals

**Date or dates debt was incurred** 7/14/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.**143** **Nonpriority creditor's name and mailing address**

Diakrit USA Inc
420 S ORANGE AVE STE 500
ORLANDO, FLORIDA 32801-3399

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,177.00

**Basis for the claim:** Property photography and marketing services

**Date or dates debt was incurred** 11/30/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.**144** **Nonpriority creditor's name and mailing address**

Divine Landscaping LLP
1924 N GLENWOOD DR
STILLWATER, OKLAHOMA 74075-3718

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,625.00

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 8/4/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.**145** **Nonpriority creditor's name and mailing address**

Dodd CG LLC
7263 ENVOY CT
DALLAS, TEXAS 75247-5103

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 42,536.09

**Basis for the claim:** Construction services

**Date or dates debt was incurred** 1/2/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.**146** **Nonpriority creditor's name and mailing address**

Don's Plumbing Inc.
PO Box 300104
MIDWEST CITY, OKLAHOMA 73140

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 17,201.14

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 4/6/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.**147** **Nonpriority creditor's name and mailing address**
Doorking, Inc.
120 S GLASGOW AVE
INGLEWOOD, CALIFORNIA 90301-1502

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,617.40

**Basis for the claim:** Gate access control services

**Date or dates debt was incurred** 3/23/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.**148** **Nonpriority creditor's name and mailing address**
Doortec, LLC
PO BOX 720859
OKLAHOMA CITY, OKLAHOMA 73172-0859

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,513.40

**Basis for the claim:** Door services

**Date or dates debt was incurred** 10/3/2020

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.**149** **Nonpriority creditor's name and mailing address**
DOTCOM LEASING, LLC
7633 E 63RD PL STE 110
TULSA, OKLAHOMA 74133-1212

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,675.44

**Basis for the claim:** Apartment marketing services

**Date or dates debt was incurred** 5/20/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.**150** **Nonpriority creditor's name and mailing address**
DRW Cleaning LLC
14300 N Ave Apt 5201
OKLAHOMA CITY, OKLAHOMA 73134

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 80.00

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 9/16/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.**151** **Nonpriority creditor's name and mailing address**
Eck Services Corporation
810 E D AVE
KINGMAN, KANSAS 67068

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,507.68

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 6/16/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.152 Nonpriority creditor's name and mailing address**

Ecoturf LLC
30235 SANTA FE AVE
NORMAN, OKLAHOMA 73072-8715

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 13,770.50

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 9/1/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.153 Nonpriority creditor's name and mailing address**

EKA Consulting and Construction
3524 E 67TH PL
TULSA, OKLAHOMA 74136-2639

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 29,507.96

**Basis for the claim:** Consulting and construction services

**Date or dates debt was incurred** 2/7/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.154 Nonpriority creditor's name and mailing address**

Electrical Solutions of Central Arkansas LLC
8030 Counts Massie Road, Suite B
MAUMELLE, ARKANSAS 72113

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 1,207.93

**Basis for the claim:** Electrical services

**Date or dates debt was incurred** 1/14/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.155 Nonpriority creditor's name and mailing address**

Elite Guard Services and Security, LLC
3918 INDIANA ST
BARTLESVILLE, OKLAHOMA 74006-1705

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 1,300.00

**Basis for the claim:** Security services

**Date or dates debt was incurred** 3/4/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.156 Nonpriority creditor's name and mailing address**

Encino 360 LLC
10133 E 33RD ST
TULSA, OKLAHOMA 74146-1522

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 12,000.00

**Basis for the claim:** Property management services

**Date or dates debt was incurred** 5/15/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.157 Nonpriority creditor's name and mailing address**

Entergy Arkansas, LLC
PO Box 8101
BATON ROUGE, LOUISIANA 70891

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 15,174.71

**Basis for the claim:** Electric utility services

**Date or dates debt was incurred** 8/11/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.158 Nonpriority creditor's name and mailing address**

Entrata Inc.
PO BOX 30015
SALT LAKE CITY, UTAH 84130

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 5,256.96

**Basis for the claim:** Property management software

**Date or dates debt was incurred** 10/1/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.159 Nonpriority creditor's name and mailing address**

EnviroDispose, LLC
7220 NW 63RD ST
BETHANY, OKLAHOMA 73008-5002

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 15,542.00

**Basis for the claim:** Waste disposal services

**Date or dates debt was incurred** 10/24/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.160 Nonpriority creditor's name and mailing address**

EPS Services, Inc.
211 N COWAN AVE
LEWISVILLE, TEXAS 75057-3739

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 82,117.92

**Basis for the claim:** Property maintenance services

**Date or dates debt was incurred** 6/26/2020

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.161 Nonpriority creditor's name and mailing address**

Eureka Water Company
PO BOX 26730
OKLAHOMA CITY, OKLAHOMA 73126-0730

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 491.11

**Basis for the claim:** Water delivery services

**Date or dates debt was incurred** 4/25/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.162 Nonpriority creditor's name and mailing address**

EvenTemp of Wichita, Inc
216 S COMMERCE ST
WICHITA, KANSAS 67202-4604

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 457.99

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 8/20/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.163 Nonpriority creditor's name and mailing address**

Everest Plumbing, LLC
2517 S GOFF AVE
OKLAHOMA CITY, OKLAHOMA 73108-5034

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 8,765.00

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 11/23/2021

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.164 Nonpriority creditor's name and mailing address**

Evergy
818 S Kansas Ave
TOPEKA, KANSAS 66612

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 19,616.66

**Basis for the claim:** Electric utility services

**Date or dates debt was incurred** 4/15/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.165 Nonpriority creditor's name and mailing address**

FC Painting, LLC
13203 E 38TH ST
TULSA, OKLAHOMA 74134-5205

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 600.00

**Basis for the claim:** Painting services

**Date or dates debt was incurred** 11/14/2003

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.166 Nonpriority creditor's name and mailing address**

Felner Family LLC
7284 W Palmetto Park Rd
BOCA RATON, FLORIDA 33433

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 35,344.90

**Basis for the claim:** Contractual obligation

**Date or dates debt was incurred** 12/23/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.167 Nonpriority creditor's name and mailing address**

Ferguson Enterprises LLC
751 LAKEFRONT CMNS
NEWPORT NEWS, VIRGINIA 23606-3322

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 196,754.36

**Basis for the claim:** Plumbing and maintenance supplies

**Date or dates debt was incurred** 10/6/2025
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.168 Nonpriority creditor's name and mailing address**

Field Electric, Inc.
109 South Main Street
STILLWATER, OKLAHOMA 74074

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 14,000.00

**Basis for the claim:** Electrical services

**Date or dates debt was incurred** 5/26/2026
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.169 Nonpriority creditor's name and mailing address**

Fire Suppression Specialist LLC
1715 NORTHCREST DR
NORMAN, OKLAHOMA 73071-7417

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 2,063.13

**Basis for the claim:** Fire suppression services

**Date or dates debt was incurred** 5/16/2022
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.170 Nonpriority creditor's name and mailing address**

Firetrol Protection Systems, Inc.
108 NW 132ND ST
OKLAHOMA CITY, OKLAHOMA 73114-2308

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 36,916.92

**Basis for the claim:** Fire protection services

**Date or dates debt was incurred** 4/2/2025
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.171 Nonpriority creditor's name and mailing address**

Flood Rescue of Oklahoma LLC
601 S MARGENE DR
MIDWEST CITY, OKLAHOMA 73130-4226

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 33,110.63

**Basis for the claim:** Water restoration services

**Date or dates debt was incurred** 5/6/2026
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.172 **Nonpriority creditor's name and mailing address**
FluentStream Technologies LLC
1580 N Logan St Ste 660
DENVER, COLORADO 80203

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 217.43

**Basis for the claim:** Telecommunications services

**Date or dates debt was incurred** 6/1/2026
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.173 **Nonpriority creditor's name and mailing address**
FPS Technologies, Inc
PO BOX 14780
OKLAHOMA CITY, OKLAHOMA 73113-0780

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 1,325.00

**Basis for the claim:** Technology services

**Date or dates debt was incurred** 4/17/2024
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.174 **Nonpriority creditor's name and mailing address**
Frazier Fire, LLC
PO Box 69
ROSWELL, GEORGIA 30077

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 15,065.00

**Basis for the claim:** Fire protection services

**Date or dates debt was incurred** 9/10/2024
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.175 **Nonpriority creditor's name and mailing address**
Freshworks Inc.
2950 S DELAWARE ST STE 201
SAN MATEO, CALIFORNIA 94403-2578

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 472.80

**Basis for the claim:** Software services

**Date or dates debt was incurred** 1/17/2024
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.176 **Nonpriority creditor's name and mailing address**
Frontier Fire Protection, LLC
PO Box 1086
STILLWATER, OKLAHOMA 74076

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 491.64

**Basis for the claim:** Fire protection services

**Date or dates debt was incurred** 7/2/2024
**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.177 **Nonpriority creditor's name and mailing address**

Frost Brown Todd, LLP
142 W 57TH ST FL 3
NEW YORK, NEW YORK 10019-3300

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 6,500.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 2/6/2025

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

3.178 **Nonpriority creditor's name and mailing address**

Fryar's Lawncare and Landscaping, LLC
701 JET DR
MIDWEST CITY, OKLAHOMA 73110-2717

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 2,000.00

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 4/3/2023

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

3.179 **Nonpriority creditor's name and mailing address**

Furniture Options
116 N CLEVELAND AVE
WICHITA, KANSAS 67214-4022

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 650.86

**Basis for the claim:** Furniture rental services

**Date or dates debt was incurred** 5/31/2024

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

3.180 **Nonpriority creditor's name and mailing address**

Gary's Electric Services LLC
2021 CHURCH AVE
HARRAH, OKLAHOMA 73045-5812

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 6,593.63

**Basis for the claim:** Electrical services

**Date or dates debt was incurred** 5/15/2026

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

3.181 **Nonpriority creditor's name and mailing address**

Gas Innovation Solutions LLC
10155 MATWOOD OAK DR
LAKELAND, TENNESSEE 38002-8306

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 650.00

**Basis for the claim:** Gas utility services

**Date or dates debt was incurred** 2/20/2025

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.182 Nonpriority creditor's name and mailing address**
GC Plumbing Inc.
5 Sheraton Drive
LITTLE ROCK, ARKANSAS 72209

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 391.80

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 12/4/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.183 Nonpriority creditor's name and mailing address**
General Services L&C, LLC
1810 NW 14TH ST
OKLAHOMA CITY, OKLAHOMA 73106-2016

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 500.00

**Basis for the claim:** Property maintenance services

**Date or dates debt was incurred** 5/17/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.184 Nonpriority creditor's name and mailing address**
Glass Man Wade, LLC
505 W PINE ST
COWETA, OKLAHOMA 74429-2141

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 41,409.00

**Basis for the claim:** Glass services

**Date or dates debt was incurred** 6/13/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.185 Nonpriority creditor's name and mailing address**
Global Gate Controls, Inc
7830 W ALAMEDA AVE UNIT 103
LAKEWOOD, COLORADO 80226-3094

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,634.90

**Basis for the claim:** Gate services

**Date or dates debt was incurred** 11/1/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.186 Nonpriority creditor's name and mailing address**
Globelink LLC
P.O. Boc 3326
OKLAHOMA CITY, OKLAHOMA 73101

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 575.88

**Basis for the claim:** Technology services

**Date or dates debt was incurred** 7/23/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.187 Nonpriority creditor's name and mailing address**
Goldman Law, PLLC
222 NW 13TH ST
OKLAHOMA CITY, OKLAHOMA 73103-3703

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 755.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 3/12/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.188 Nonpriority creditor's name and mailing address**
Gorilla Gate Systems
3525 MACDONNELL DR
NORMAN, OKLAHOMA 73069-8287

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 400.00

**Basis for the claim:** Gate services

**Date or dates debt was incurred** 4/10/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.189 Nonpriority creditor's name and mailing address**
Gotta Guy Plumbing and Home Services
621 N KESSLER ST STE A
WICHITA, KANSAS 67203-5042

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,416.34

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 3/10/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.190 Nonpriority creditor's name and mailing address**
Great American Business Products
PO BOX 4422
HOUSTON, TEXAS 77210-4422

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,422.69

**Basis for the claim:** Office supplies

**Date or dates debt was incurred** 10/31/2024
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.191 Nonpriority creditor's name and mailing address**
GreatAmerica Financial Services Corporation
PO BOX 660831
DALLAS, TEXAS 75266-0831

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,700.78

**Basis for the claim:** Equipment financing and leasing

**Date or dates debt was incurred** 8/17/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.192 Nonpriority creditor's name and mailing address**

Green Gardens General Contractors LLC
PO BOX 18981
OKLAHOMA CITY, OKLAHOMA 73154-0981

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 74,205.85

**Basis for the claim:** General contracting services

**Date or dates debt was incurred** 4/30/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.193 Nonpriority creditor's name and mailing address**

Groundworks FRS, LLC d/b/a Foundation Recovery Systems
2940 S MINNEAPOLIS AVE
WICHITA, KANSAS 67216-2423

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 83,039.47

**Basis for the claim:** Foundation repair services

**Date or dates debt was incurred** 5/23/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.194 Nonpriority creditor's name and mailing address**

H&A Investments LLC
801 W ABI RD
WASHINGTON, OKLAHOMA 73093-9704

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 180,855.00

**Basis for the claim:** General contracting services

**Date or dates debt was incurred** 3/9/2005

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.195 Nonpriority creditor's name and mailing address**

HandyTrac Systems, LLC
510 Staghorn Court
ALPHARETTA, GEORGIA 30004

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 7,544.05

**Basis for the claim:** Key management services

**Date or dates debt was incurred** 10/31/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.196 Nonpriority creditor's name and mailing address**

Happy Home Contracting LLC
1308 W FULTZ ST
WICHITA, KANSAS 67217-2472

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 4,158.38

**Basis for the claim:** General contracting services

**Date or dates debt was incurred** 3/21/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.197 Nonpriority creditor's name and mailing address**

Haynes and Boone, LLP
2801 N. Harwood Street
DALLAS, TEXAS 75201

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 31,054.74

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 12/15/2025

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.198 Nonpriority creditor's name and mailing address**

Hero General Contracting LLC
5120 N SANTA FE AVE STE A
OKLAHOMA CITY, OKLAHOMA 73118-7501

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 18,815.71

**Basis for the claim:** General contracting services

**Date or dates debt was incurred** 4/2/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.199 Nonpriority creditor's name and mailing address**

Holly Mechanical Services
8448 S PEORIA AVE STE H
TULSA, OKLAHOMA 74132-2824

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 19,622.56

**Basis for the claim:** Mechanical services

**Date or dates debt was incurred** 6/4/2025

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.200 Nonpriority creditor's name and mailing address**

Home Comfort Solutions, LLC
2220 POLE RD
MOORE, OKLAHOMA 73160-4212

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 353.92

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 6/6/2023

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**3.201 Nonpriority creditor's name and mailing address**

Home Depot
PO BOX 404284
ATLANTA, GEORGIA 30384-4284

**As of the petition filing date, the claim is:** *Check all that apply.*

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,715.51

**Basis for the claim:** Building materials and supplies

**Date or dates debt was incurred** 5/1/2026

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.202 Nonpriority creditor's name and mailing address**

HP Services, LLC
1209 N Fulton Ave
TULSA, OKLAHOMA 74115

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 420.00

**Basis for the claim:** Property maintenance services

**Date or dates debt was incurred** 4/1/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.203 Nonpriority creditor's name and mailing address**

ImageNet Consulting, LLC
Department 960655
OKLAHOMA CITY, OKLAHOMA 73196

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 10,133.68

**Basis for the claim:** IT services

**Date or dates debt was incurred** 9/27/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.204 Nonpriority creditor's name and mailing address**

Imperial, LLC
2020 N MINGO RD
TULSA, OKLAHOMA 74116-1220

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 5,372.65

**Basis for the claim:** Contracted services

**Date or dates debt was incurred** 4/2/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.205 Nonpriority creditor's name and mailing address**

Industrial Chem Labs & Svcs
55 BROOK AVE STE G
DEER PARK, NEW YORK 11729-7200

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 629.60

**Basis for the claim:** Cleaning chemicals and supplies

**Date or dates debt was incurred** 1/8/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.206 Nonpriority creditor's name and mailing address**

Inspections Plus, LLC
3334 W MAIN ST PMB 354
NORMAN, OKLAHOMA 73072-4805

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 129.60

**Basis for the claim:** Inspection services

**Date or dates debt was incurred** 1/21/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.207 Nonpriority creditor's name and mailing address**

InterSolutions LLC
3 EXECUTIVE CAMPUS STE 570
CHERRY HILL, NEW JERSEY 08002-4119

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$377.97

**Basis for the claim:** Staffing services

**Date or dates debt was incurred** 1/22/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.208 Nonpriority creditor's name and mailing address**

iPlumb Co LLC
5913 GLEN DEAN CIR
OKLAHOMA CITY, OKLAHOMA 73119-5830

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$10,567.50

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 2/1/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.209 Nonpriority creditor's name and mailing address**

Irwin Business Machines, Inc
811 W SHERIDAN AVE
OKLAHOMA CITY, OKLAHOMA 73106-7828

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$364.76

**Basis for the claim:** Office equipment services

**Date or dates debt was incurred** 10/12/2023

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.210 Nonpriority creditor's name and mailing address**

J&J Cleaning
1417 S 122nd E Ave
TULSA, OKLAHOMA 74128

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$6,245.00

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 6/26/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.211 Nonpriority creditor's name and mailing address**

Jackson Mechanical Service Inc
2600 N OKLAHOMA AVE
OKLAHOMA CITY, OKLAHOMA 73105-3021

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$3,869.50

**Basis for the claim:** Mechanical services

**Date or dates debt was incurred** 6/21/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.212 Nonpriority creditor's name and mailing address**

James River Insurance Company
6641 W BROAD ST STE 300
RICHMOND, VIRGINIA 23230-1728

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 5,000.00

**Basis for the claim:** Insurance services

**Date or dates debt was incurred** 2/28/2024

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.213 Nonpriority creditor's name and mailing address**

Jani-King of Wichita
14821 W 95TH ST
LENEXA, KANSAS 66215-5220

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 5,792.70

**Basis for the claim:** Janitorial services

**Date or dates debt was incurred** 8/1/2024

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.214 Nonpriority creditor's name and mailing address**

Jas and Josh Cleaning Remodeling, LLC
11601 WOODCREST DR
GUTHRIE, OKLAHOMA 73044-8546

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 69,665.00

**Basis for the claim:** Cleaning and remodeling services

**Date or dates debt was incurred** 8/29/2022

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.215 Nonpriority creditor's name and mailing address**

JB Pools & Landscaping
1352 SW 61st
OKLAHOMA CITY, OKLAHOMA 73159

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 14,450.95

**Basis for the claim:** Pool and landscaping services

**Date or dates debt was incurred** 8/1/2023

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.216 Nonpriority creditor's name and mailing address**

JCM Specialty Services, LLC
PO BOX 50008
MIDWEST CITY, OKLAHOMA 73140-5008

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 379.00

**Basis for the claim:** Specialty maintenance services

**Date or dates debt was incurred** 1/20/2022

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.217 Nonpriority creditor's name and mailing address**

Jenks Chamber of Commerce
PO BOX 902
JENKS, OKLAHOMA 74037-0902

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 990.00

**Basis for the claim:** Membership dues

**Date or dates debt was incurred** 10/1/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.218 Nonpriority creditor's name and mailing address**

Jenks Water Authority
PO BOX 2007
JENKS, OKLAHOMA 74037-2007

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 24,067.63

**Basis for the claim:** Water utility services

**Date or dates debt was incurred** 7/1/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.219 Nonpriority creditor's name and mailing address**

Jeremy's Asphalt Maintenance and Striping LLC
321 E KENOSHA ST
BROKEN ARROW, OKLAHOMA 74012-1918

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 12,000.00

**Basis for the claim:** Asphalt maintenance services

**Date or dates debt was incurred** 3/12/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.220 Nonpriority creditor's name and mailing address**

Jindal & Siomos, LLC
561 W Morse Ave
BARLETT, ILLINOIS 60103

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 2,100.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 3/18/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.221 Nonpriority creditor's name and mailing address**

Joe's A Plus HVAC, LLC
10200 JETTY CT
OKLAHOMA CITY, OKLAHOMA 73159-6030

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 11,521.72

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 5/24/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.222 Nonpriority creditor's name and mailing address**

Johnson Controls Building Efficiency
PO Box 730068
DALLAS, TEXAS 75373

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 4,924.12

**Basis for the claim:** Building automation services

**Date or dates debt was incurred** 7/12/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.223 Nonpriority creditor's name and mailing address**

Johnstone Supply of Stillwater
318 E THOMAS AVE
STILLWATER, OKLAHOMA 74075-2635

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 250.64

**Basis for the claim:** HVAC supplies

**Date or dates debt was incurred** 4/22/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.224 Nonpriority creditor's name and mailing address**

Johnstone Supply of Tulsa, Inc.
9955 E 55th Pl
TULSA, OKLAHOMA 74146

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 31,413.45

**Basis for the claim:** HVAC supplies

**Date or dates debt was incurred** 7/17/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.225 Nonpriority creditor's name and mailing address**

Johnstone Supply of Wichita
1320 E 2nd Street N
WICHITA, KANSAS 67214

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 563.95

**Basis for the claim:** HVAC supplies

**Date or dates debt was incurred** 2/18/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.226 Nonpriority creditor's name and mailing address**

JP Cleaning Services LLC
9916 GLASCOW TER
YUKON, OKLAHOMA 73099-7717

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 51,401.00

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 8/17/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.227 Nonpriority creditor's name and mailing address**
Jukeboxy
3301 NE 1ST AVE APT H1610
MIAMI, FLORIDA 33137-4162

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 24.95

**Basis for the claim:** Music services

**Date or dates debt was incurred** 7/1/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.228 Nonpriority creditor's name and mailing address**
Just Two Kings, LLC
930 Tahoe Blvd #802-744
INCLINE VILLAGE, NEVADA 89451

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,834.37

**Basis for the claim:** ______

**Date or dates debt was incurred** 4/2/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.229 Nonpriority creditor's name and mailing address**
Justin Van Brunt
1229 NW 138TH ST
EDMOND, OKLAHOMA 73013-1649

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,425.00

**Basis for the claim:** Security Services

**Date or dates debt was incurred** 7/14/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.230 Nonpriority creditor's name and mailing address**
Kahn Berman Soloman Taibel & Mogol P.A.
307 INTERNATIONAL CIR STE 620
HUNT VALLEY, MARYLAND 21030-1487

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 76,400.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 11/12/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.231 Nonpriority creditor's name and mailing address**
Kansas Gas Service
15 E 5th St
TULSA, OKLAHOMA 74103

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 2,223.70

**Basis for the claim:** Natural gas utility services

**Date or dates debt was incurred** 5/18/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.232 Nonpriority creditor's name and mailing address**

Katherine Lonthair
1829 NW 38TH ST
OKLAHOMA CITY, OKLAHOMA 73118-2820

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 2,700.00

**Basis for the claim:** Security Services

**Date or dates debt was incurred** 6/18/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.233 Nonpriority creditor's name and mailing address**

Kathyann Slemp
2305 W Oakridge St
BROKEN ARROW, OKLAHOMA 74012

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 400.00

**Basis for the claim:** Resident Event Services

**Date or dates debt was incurred** 9/5/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.234 Nonpriority creditor's name and mailing address**

KBE Cleaning, LLC
46 S 104TH EAST AVE
TULSA, OKLAHOMA 74128-1200

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 27,779.99

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 11/2/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.235 Nonpriority creditor's name and mailing address**

Kelley Clarke PC
603 E BROADWAY ST
PROSPER, TEXAS 75078-2943

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 350.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 8/14/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.236 Nonpriority creditor's name and mailing address**

Kentral L. Castillo DBA Trails Construction & Remodel & Residential Maintenance
4409 MEADOWPARK DR
MIDWEST CITY, OKLAHOMA 73110-7026

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 1,700.00

**Basis for the claim:** Construction and maintenance services

**Date or dates debt was incurred** 1/30/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.237 Nonpriority creditor's name and mailing address**
KevDev Cleaning Company, LLC
4521 SE 27TH ST
DEL CITY, OKLAHOMA 73115-4125

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 280.00

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 6/23/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.238 Nonpriority creditor's name and mailing address**
Keytrak
PO Box 4346
HOUSTON, TEXAS 77210

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 2,430.36

**Basis for the claim:** Key management services

**Date or dates debt was incurred** 4/22/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.239 Nonpriority creditor's name and mailing address**
Kings III of America
751 Canyon Drive Suite 100
COPPELL, TEXAS 75019

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 30,625.13

**Basis for the claim:** Emergency phone monitoring services

**Date or dates debt was incurred** 4/1/2024
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.240 Nonpriority creditor's name and mailing address**
KJ Cleaning & Remodeling, LLC
3312 CHEEK PL
DEL CITY, OKLAHOMA 73115-1628

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 462.00

**Basis for the claim:** Cleaning and remodeling services

**Date or dates debt was incurred** 4/8/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.241 Nonpriority creditor's name and mailing address**
KL SIPLE CPA, PLLC
PO BOX 2019
MANSFIELD, TEXAS 76063-0018

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 4,150.00

**Basis for the claim:** Accounting services

**Date or dates debt was incurred** 4/29/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.242 Nonpriority creditor's name and mailing address**
Knight & Day Plumbing
2447 S WASHINGTON AVE
WICHITA, KANSAS 67216-1138

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,340.00

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 9/19/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.243 Nonpriority creditor's name and mailing address**
Kurt A. Holmes, PA
PO BOX 3266
WICHITA, KANSAS 67201-3266

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,217.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 11/19/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.244 Nonpriority creditor's name and mailing address**
Lakeshore Plumbing, Heating, & Air
7300 NW 164th St Ste 7
EDMOND, OKLAHOMA 73013

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 158.00

**Basis for the claim:** Plumbing and HVAC services

**Date or dates debt was incurred** 4/25/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.245 Nonpriority creditor's name and mailing address**
Landscapes USA
11849 Rim Rock Trail
AUSTIN, OKLAHOMA 78737

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 35,310.71

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 7/1/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.246 Nonpriority creditor's name and mailing address**
Laurie & Brennan, LLP
2 N RIVERSIDE PLZ STE 1750
CHICAGO, ILLINOIS 60606-2615

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,040.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 8/19/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.**247** **Nonpriority creditor's name and mailing address**

LCP Media
6601 N AVONDALE AVE STE 200
CHICAGO, ILLINOIS 60631-1567

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 2,400.00

**Basis for the claim:** Property marketing services

**Date or dates debt was incurred** 3/16/2024

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.**248** **Nonpriority creditor's name and mailing address**

Lee's HVAC Services LLC
8018 LEE SUMMIT DR
LITTLE ROCK, ARKANSAS 72204-8325

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 327.78

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 3/1/2025

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.**249** **Nonpriority creditor's name and mailing address**

Legacy Tree & Crane
8651 E SIMPSON RD
GUTHRIE, OKLAHOMA 73044-8351

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 5,000.00

**Basis for the claim:** Tree services

**Date or dates debt was incurred** 7/7/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.**250** **Nonpriority creditor's name and mailing address**

Leslie's Swimming Pool Supplies
PO BOX 501162
SAINT LOUIS, MISSOURI 63150-1162

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 6,943.43

**Basis for the claim:** Pool supplies

**Date or dates debt was incurred** 11/29/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.**251** **Nonpriority creditor's name and mailing address**

Lewis Street Glass Co., Inc.
743 S MARKET ST
WICHITA, KANSAS 67211-2208

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 1,913.51

**Basis for the claim:** Glass services

**Date or dates debt was incurred** 3/28/2025

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.252 Nonpriority creditor's name and mailing address**
Liberty Disposal Inc
3801 S EASTERN AVE
OKLAHOMA CITY, OKLAHOMA 73129

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 1,155.00

**Basis for the claim:** Waste disposal services

**Date or dates debt was incurred** 10/31/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.253 Nonpriority creditor's name and mailing address**
Lincoln Construction
12720 Arrowhead Dr
OKLAHOMA CITY, OKLAHOMA 73120

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 23,650.00

**Basis for the claim:** Construction services

**Date or dates debt was incurred** 1/2/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.254 Nonpriority creditor's name and mailing address**
Line Quest, LLC
PO BOX 2658
FRISCO, TEXAS 75034-0049

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 9,123.75

**Basis for the claim:** Utility locating services

**Date or dates debt was incurred** 2/28/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.255 Nonpriority creditor's name and mailing address**
Linktree
1-9 Sackville St
COLLINGWOOD, VIC 3066

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 195.03

**Basis for the claim:** Marketing services

**Date or dates debt was incurred** 5/1/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.256 Nonpriority creditor's name and mailing address**
Locke Supply Co
PO Box 24980
OKLAHOMA CITY, OKLAHOMA 73124

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 8,943.75

**Basis for the claim:** Plumbing and HVAC supplies

**Date or dates debt was incurred** 5/31/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.257 Nonpriority creditor's name and mailing address**
Lopez Heating and Air Conditioning
PO BOX 486
MUSTANG, OKLAHOMA 73064-0486

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$68,080.00

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 7/23/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.258 Nonpriority creditor's name and mailing address**
Lowe's Pro MSH
PO BOX 301451
DALLAS, TEXAS 75303-1451

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$329,057.47

**Basis for the claim:** Building materials and supplies

**Date or dates debt was incurred** 5/3/2023
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.259 Nonpriority creditor's name and mailing address**
Lucky 13 Carpet Cleaning
2369 S 65TH WEST AVE
TULSA, OKLAHOMA 74107-2350

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$6,465.00

**Basis for the claim:** Carpet cleaning services

**Date or dates debt was incurred** 8/15/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.260 Nonpriority creditor's name and mailing address**
LushLuxe Cleaning Co
15201 SE 57TH ST
CHOCTAW, OKLAHOMA 73020-4067

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$1,030.00

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 1/11/2024
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.261 Nonpriority creditor's name and mailing address**
LV Landcare Service LLC
14909 E 99th St N
OWASSO, OKLAHOMA 74055

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$4,663.24

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 12/5/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Louis Investments, LLC Case number (if known) 26-33110-sgj11

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.262 Nonpriority creditor's name and mailing address**

Lynn's Painting Service
42 N Stratford Rd
WICHITA, KANSAS 67206

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 5,645.00

**Basis for the claim:** Painting services

**Date or dates debt was incurred** 2/20/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.263 Nonpriority creditor's name and mailing address**

M Group
187 S OLD WOODWARD AVE STE 200
BIRMINGHAM, MICHIGAN 48009-6132

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 30,021.82

**Basis for the claim:** Professional services

**Date or dates debt was incurred** 2/13/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.264 Nonpriority creditor's name and mailing address**

M&M Painting and Construction
27018 BLANCO RD
SAN ANTONIO, TEXAS 78260-5166

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 909,067.75

**Basis for the claim:** Painting and construction services

**Date or dates debt was incurred** 8/9/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.265 Nonpriority creditor's name and mailing address**

Madison SPECS, LLC
1125 OCEAN AVE
LAKEWOOD, NEW JERSEY 08701-4577

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 3,500.00

**Basis for the claim:** Engineering and consulting services

**Date or dates debt was incurred** 9/4/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.266 Nonpriority creditor's name and mailing address**

Maldonado & Hernandez Manley, PLLC
3801 N CLASSEN BLVD STE 250
OKLAHOMA CITY, OKLAHOMA 73118-2883

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 33,925.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 9/12/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.267 Nonpriority creditor's name and mailing address**

Marco Technologies LLC
4510 HEATHERWOOD RD
SAINT CLOUD, MINNESOTA 56301-9500

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 730.31

**Basis for the claim:** Remote IT Services

**Date or dates debt was incurred** 1/3/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.268 Nonpriority creditor's name and mailing address**

MarksNelson Advisory, LLC
6800 W 115th St., Suite 3511
OVERLAND PARK, KANSAS 66211

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,620.64

**Basis for the claim:** Accounting and advisory services

**Date or dates debt was incurred** 9/24/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.269 Nonpriority creditor's name and mailing address**

Massey Services, Inc
315 GROVELAND ST
ORLANDO, FLORIDA 32804-4052

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 858.92

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 7/14/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.270 Nonpriority creditor's name and mailing address**

MasterPro Lighting LLC
1970 NW 129TH AVE STE 108
MIAMI, FLORIDA 33182-2399

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 995.00

**Basis for the claim:** Lighting services

**Date or dates debt was incurred** 4/18/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.271 Nonpriority creditor's name and mailing address**

Matlock Security Services
PO Box 428
BEDFORD PARK, ILLINOIS 60499

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 90.00

**Basis for the claim:** Security services

**Date or dates debt was incurred** 3/28/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.272 Nonpriority creditor's name and mailing address**
McDaniel Co., Inc.
4301 W HARRY ST
WICHITA, KANSAS 67209-2731

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 4,647.73

**Basis for the claim:** Construction services

**Date or dates debt was incurred** 2/17/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.273 Nonpriority creditor's name and mailing address**
McDonald Tinker PA
300 W Douglas Suite 500
WICHITA, KANSAS 67202

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 890.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 1/31/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.274 Nonpriority creditor's name and mailing address**
Metro Appliances & More
7400 W Reno Ave
OKLAHOMA CITY, OKLAHOMA 73127

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 11,338.66

**Basis for the claim:** Appliance sales and service

**Date or dates debt was incurred** 11/15/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.275 Nonpriority creditor's name and mailing address**
Metro Glass, LLC
8025 N ROCKWELL AVE
OKLAHOMA CITY, OKLAHOMA 73132-4213

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 18,030.13

**Basis for the claim:** Glass services

**Date or dates debt was incurred** 3/11/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.276 Nonpriority creditor's name and mailing address**
Middlebrooks Electric Service, Inc.
718 S EAST ST
BENTON, ARKANSAS 72015-4322

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 17,934.47

**Basis for the claim:** Electrical services

**Date or dates debt was incurred** 5/16/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.277 Nonpriority creditor's name and mailing address**
Midsouth Distributing USA, Inc.
7501 ENMAR DR
LITTLE ROCK, ARKANSAS 72209-3507

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 3,322.61

**Basis for the claim:** Maintenance supplies

**Date or dates debt was incurred** 6/12/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.278 Nonpriority creditor's name and mailing address**
Miracle Method of Tulsa Southeast
4105 S 72ND EAST AVE
TULSA, OKLAHOMA 74145-4608

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 2,550.00

**Basis for the claim:** Surface refinishing services

**Date or dates debt was incurred** 1/12/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.279 Nonpriority creditor's name and mailing address**
Mister Sparky
801 SE 84TH ST
OKLAHOMA CITY, OKLAHOMA 73149-3031

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 8,830.00

**Basis for the claim:** Electrical services

**Date or dates debt was incurred** 7/20/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.280 Nonpriority creditor's name and mailing address**
Modern Glass Structures
1301 E HARRY ST
WICHITA, KANSAS 67211-4538

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 2,087.67

**Basis for the claim:** Glass services

**Date or dates debt was incurred** 8/5/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.281 Nonpriority creditor's name and mailing address**
Mood Media
PO BOX 71070
CHARLOTTE, NORTH CAROLINA 28272-1070

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 409.14

**Basis for the claim:** Music and media services

**Date or dates debt was incurred** 8/15/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.282 **Nonpriority creditor's name and mailing address**
Moore Precision Cut Lawns & Cleaning Service LLC
18 SOUTHERN OAKS DR
LITTLE ROCK, ARKANSAS 72209-2232

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 7,600.00

**Basis for the claim:** Landscaping and cleaning services

**Date or dates debt was incurred** 3/12/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.283 **Nonpriority creditor's name and mailing address**
Morales Remodeling and Maintenance
1425 NW 43rd St
OKLAHOMA CITY, OKLAHOMA 73118

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 148,215.00

**Basis for the claim:** Remodeling and maintenance services

**Date or dates debt was incurred** 2/4/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.284 **Nonpriority creditor's name and mailing address**
Murray Electric and Plumbing
1801 W Detroit St
BROKEN ARROWN, OKLAHOMA 74012

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 4,825.70

**Basis for the claim:** Electrical and plumbing services

**Date or dates debt was incurred** 4/8/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.285 **Nonpriority creditor's name and mailing address**
Murrell Heat and Air
PO BOX 481126
TULSA, OKLAHOMA 74148-1126

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 320.00

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 8/14/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.286 **Nonpriority creditor's name and mailing address**
Nelson Landscaping
PO BOX 5636
EDMOND, OKLAHOMA 73083-5636

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 59,360.80

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 7/14/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.287 Nonpriority creditor's name and mailing address**

Nelson Mullins Riley & Scarborough LLP
1320 MAIN ST FL 17
COLUMBIA, SOUTH CAROLINA 29201-3268

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 9,240.50

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 12/9/2024

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.288 Nonpriority creditor's name and mailing address**

Neuman, Pollak & Assoc., PA
124 SLADE AVE STE 110
BALTIMORE, MARYLAND 21208-4900

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 27,290.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 1/22/2025

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.289 Nonpriority creditor's name and mailing address**

Nevada Associates LLC
1910 1st St.
HIGHLAND PARK, ILLINOIS 60035-3282

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 89,262.59

**Basis for the claim:** Contractual obligation

**Date or dates debt was incurred** 12/23/2025

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.290 Nonpriority creditor's name and mailing address**

New York State Department of Taxation and Finance
PO BOX 4127
BINGHAMTON, NEW YORK 13902-4127

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,031.99

**Basis for the claim:** State tax obligation

**Date or dates debt was incurred** 11/25/2025

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.291 Nonpriority creditor's name and mailing address**

Newmark
3194 SOLUTIONS CTR # 773194
CHICAGO, ILLINOIS 60677-3001

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 556,793.66

**Basis for the claim:** Commercial real estate services

**Date or dates debt was incurred** 8/20/2025

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.292 Nonpriority creditor's name and mailing address**
ODP Business Solutions
PO BOX 660113
DALLAS, TEXAS 75266-0113

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,199.94

**Basis for the claim:** Office supplies

**Date or dates debt was incurred** 12/6/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.293 Nonpriority creditor's name and mailing address**
OG&E
PO BOX 24990
OKLAHOMA CITY, OKLAHOMA 73124-0990

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 353,548.46

**Basis for the claim:** Electric utility services

**Date or dates debt was incurred** 12/4/2024

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.294 Nonpriority creditor's name and mailing address**
Okie Construction and Plumbing
304 E Thomas Ave
STILLWATER, OKLAHOMA 74075-2635

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 31,465.00

**Basis for the claim:** Construction and plumbing services

**Date or dates debt was incurred** 5/8/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.295 Nonpriority creditor's name and mailing address**
Okie's Pavement Maintenance LLC
PO BOX 1193
NICOMA PARK, OKLAHOMA 73066-1193

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,330.70

**Basis for the claim:** Pavement maintenance services

**Date or dates debt was incurred** 2/10/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.296 Nonpriority creditor's name and mailing address**
Oklahoma City-County Health Department
2400 NW 36TH ST
OKLAHOMA CITY, OKLAHOMA 73112-7844

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 490.00

**Basis for the claim:** Health department fees

**Date or dates debt was incurred** 2/26/2025

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.297 Nonpriority creditor's name and mailing address**
Oklahoma Corporation Commission
PO BOX 52000
OKLAHOMA CITY, OKLAHOMA 73152-2000

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 400.00

**Basis for the claim:** Regulatory fees

**Date or dates debt was incurred** 7/1/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.298 Nonpriority creditor's name and mailing address**
Oklahoma County Treasurer
320 Robert S Kerr Room 307
OKLAHOMA CITY, OKLAHOMA 73102

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 170,532.15

**Basis for the claim:** Property tax obligation

**Date or dates debt was incurred** 11/18/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.299 Nonpriority creditor's name and mailing address**
Oklahoma Department of Labor
409 NE 28TH ST FL 3
OKLAHOMA CITY, OKLAHOMA 73105-4215

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 350.00

**Basis for the claim:** Labor-related fees

**Date or dates debt was incurred** 7/31/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.300 Nonpriority creditor's name and mailing address**
Oklahoma Electrical Supply Company
4901 N SEWELL AVE
OKLAHOMA CITY, OKLAHOMA 73118-7822

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 22,526.10

**Basis for the claim:** Electrical supplies

**Date or dates debt was incurred** 7/10/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.301 Nonpriority creditor's name and mailing address**
Oklahoma Housing Finance Agency
PO BOX 26720
OKLAHOMA CITY, OKLAHOMA 73126-0720

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 5,970.00

**Basis for the claim:** Housing compliance services

**Date or dates debt was incurred** 11/21/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.302 Nonpriority creditor's name and mailing address**
Oklahoma Natural Gas Company
15 E 5th St
TULSA, OKLAHOMA 74103

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 80,632.46

**Basis for the claim:** Natural gas utility services

**Date or dates debt was incurred** 10/16/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.303 Nonpriority creditor's name and mailing address**
Oklahoma Secretary of State
421 NW 13TH ST STE 210
OKLAHOMA CITY, OKLAHOMA 73103-3759

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 50.00

**Basis for the claim:** Corporate filing services

**Date or dates debt was incurred** 6/23/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.304 Nonpriority creditor's name and mailing address**
Oklahoma State Department of Health
PO BOX 268815
OKLAHOMA CITY, OKLAHOMA 73126-8815

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 487.50

**Basis for the claim:** Health department fees

**Date or dates debt was incurred** 2/12/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.305 Nonpriority creditor's name and mailing address**
Old Republic Title Company of Oklahoma
4040 N TULSA AVE
OKLAHOMA CITY, OKLAHOMA 73112-2461

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,255.00

**Basis for the claim:** Title services

**Date or dates debt was incurred** 10/20/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.306 Nonpriority creditor's name and mailing address**
OPA Chemicals LLC
120 W HILLS RD
HUNTINGTN STA, NEW YORK 11746-3120

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,335.92

**Basis for the claim:** Cleaning chemicals and supplies

**Date or dates debt was incurred** 9/8/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.307 Nonpriority creditor's name and mailing address**

Optimum
PO BOX 70340
PHILADELPHIA, PENNSYLVANIA 19176-0340

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 52,770.14

**Basis for the claim:** Internet and telecommunications services

**Date or dates debt was incurred** 4/1/2025

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.308 Nonpriority creditor's name and mailing address**

Opus Restoration LLC
12200 DEL NORTE WAY
YUKON, OKLAHOMA 73099-1711

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 24,130.00

**Basis for the claim:** Restoration services

**Date or dates debt was incurred** 8/17/2023

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.309 Nonpriority creditor's name and mailing address**

Orkin, LLC
2170 Piedmont Road NE
ATLANTA, GEORGIA 30324

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 6,475.00

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 6/12/2025

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.310 Nonpriority creditor's name and mailing address**

Otis Elevator Company
PO Box 730400
DALLAS, TEXAS 75373

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 47,633.68

**Basis for the claim:** Elevator maintenance services

**Date or dates debt was incurred** 12/25/2025

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.311 Nonpriority creditor's name and mailing address**

Overhead Door of Tulsa
34 N Lakewood Ave
TULSA, OKLAHOMA 74115

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 1,072.37

**Basis for the claim:** Garage and overhead door services

**Date or dates debt was incurred** 9/4/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.312 Nonpriority creditor's name and mailing address**
P & G Painting and Construction
1420 JOHNSTON DR
OKLAHOMA CITY, OKLAHOMA 73119-3808

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 12,695.00

**Basis for the claim:** Painting and construction services

**Date or dates debt was incurred** 9/16/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.313 Nonpriority creditor's name and mailing address**
P&C Painting and Cleaning LLC
5101 GAINES ST
OKLAHOMA CITY, OKLAHOMA 73135-1229

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,535.00

**Basis for the claim:** Painting and cleaning services

**Date or dates debt was incurred** 7/2/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.314 Nonpriority creditor's name and mailing address**
P.I. Roofing and Home Solutions
6109 REMOUNT RD
N LITTLE ROCK, ARKANSAS 72118-2209

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 499.00

**Basis for the claim:** Roofing services

**Date or dates debt was incurred** 4/1/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.315 Nonpriority creditor's name and mailing address**
Package Concierge, Inc.
PO BOX 77016
CLEVELAND, OHIO 44194-0015

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 6,843.16

**Basis for the claim:** Package management services

**Date or dates debt was incurred** 1/1/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.316 Nonpriority creditor's name and mailing address**
Paperboy Print and Mail
13161 S Memorial Drive Suite A109
BIXBY, OKLAHOMA 74008

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 678.77

**Basis for the claim:** Printing and mailing services

**Date or dates debt was incurred** 1/6/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.317 Nonpriority creditor's name and mailing address**

Paragon Tree Care, LLC
10321 S Lynn Lane Rd
BROKEN ARROW, OKLAHOMA 74011

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 10,800.00

**Basis for the claim:** Tree services

**Date or dates debt was incurred** 1/14/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.318 Nonpriority creditor's name and mailing address**

Parks Coffee
PO BOX 110209
CARROLLTON, TEXAS 75011

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 27,244.74

**Basis for the claim:** Coffee services

**Date or dates debt was incurred** 1/1/2004

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.319 Nonpriority creditor's name and mailing address**

Patriot Security Systems, Inc.
PO BOX 702473
TULSA, OKLAHOMA 74170-2473

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 2,779.00

**Basis for the claim:** Security services

**Date or dates debt was incurred** 4/27/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.320 Nonpriority creditor's name and mailing address**

Patton Termite & Pest Control, Inc
7920 W KELLOGG DR STE 201
WICHITA, KANSAS 67209-2159

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 2,490.81

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 8/2/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.321 Nonpriority creditor's name and mailing address**

PC Carpet Cleaning
3910 W 6TH AVE # 292
STILLWATER, OKLAHOMA 74074-1745

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 5,963.00

**Basis for the claim:** Carpet cleaning services

**Date or dates debt was incurred** 10/4/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.**322** **Nonpriority creditor's name and mailing address**
PCC Cleaning & Restoration, Inc.
1124 N MINGO RD
TULSA, OKLAHOMA 74116-5615

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 925.00

**Basis for the claim:** Cleaning and restoration services

**Date or dates debt was incurred** 7/17/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.**323** **Nonpriority creditor's name and mailing address**
Peak Janitorial LLC
723 KIMBALL ST
LITTLE ROCK, ARKANSAS 72202-2954

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 45,970.38

**Basis for the claim:** Janitorial services

**Date or dates debt was incurred** 7/25/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.**324** **Nonpriority creditor's name and mailing address**
Peak RES, LLC
10221 SW 23RD ST
YUKON, OKLAHOMA 73099-1330

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 850.00

**Basis for the claim:** Property services

**Date or dates debt was incurred** 6/20/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.**325** **Nonpriority creditor's name and mailing address**
Peloton Interactive, Inc.
441 9TH AVE FL 6
NEW YORK, NEW YORK 10001-1663

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,056.00

**Basis for the claim:** Fitness services

**Date or dates debt was incurred** 12/17/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.**326** **Nonpriority creditor's name and mailing address**
Performance Fire Systems LLC
11425 W 59TH ST S
SAND SPRINGS, OKLAHOMA 74063-3737

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 3,700.00

**Basis for the claim:** Fire protection services

**Date or dates debt was incurred** 2/12/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.327 Nonpriority creditor's name and mailing address**
Phoenix Plumbing Works
PO BOX 448
BROKEN ARROW, OKLAHOMA 74013-0448

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 38,193.00

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 5/20/2026
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.328 Nonpriority creditor's name and mailing address**
Pipeline Regulatory Consultants, Inc.
PO BOX 1388
CUSHING, OKLAHOMA 74023-1388

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 4,150.00

**Basis for the claim:** Regulatory consulting services

**Date or dates debt was incurred** 8/29/2022
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.329 Nonpriority creditor's name and mailing address**
Plan-It Fire, LLC
2676 NW 4TH ST
NEWCASTLE, OKLAHOMA 73065-5940

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,307.54

**Basis for the claim:** Fire protection services

**Date or dates debt was incurred** 1/1/2026
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.330 Nonpriority creditor's name and mailing address**
Plante & Morgan, PLLC
3000 TOWN CTR
SOUTHFIELD, MICHIGAN 48075-1120

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 5,500.00

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 4/29/2026
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.331 Nonpriority creditor's name and mailing address**
Playa Pools Plaster & Tile LLC
532 SE 69th St
OKLAHOMA CITY, OKLAHOMA 73107-6539

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 46,819.50

**Basis for the claim:** Pool services

**Date or dates debt was incurred** 6/16/2025
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.332 Nonpriority creditor's name and mailing address**
Plumb-Struction Plumbing, Drain Cleaning & Construction LLC
8117 PRAIRIE RIDGE RD
OKLAHOMA CITY, OKLAHOMA 73135-7015

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$105.00

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 2/16/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.333 Nonpriority creditor's name and mailing address**
Poolwerx Oklahoma
9324 S SHIELDS BLVD
MOORE, OKLAHOMA 73160-3111

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$466.17

**Basis for the claim:** Pool maintenance services

**Date or dates debt was incurred** 4/18/2022

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.334 Nonpriority creditor's name and mailing address**
Potter Fire Protection LLC
1000 CORNELL PKWY STE 700
OKLAHOMA CITY, OKLAHOMA 73108-1800

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$1,285.23

**Basis for the claim:** Fire protection services

**Date or dates debt was incurred** 4/27/2024

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.335 Nonpriority creditor's name and mailing address**
Prater Law Firm, PLLC
4700 Edgemere
N LITTLE ROCK, ARKANSAS 72116

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$27,897.98

**Basis for the claim:** Legal services

**Date or dates debt was incurred** 4/15/2025

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.336 Nonpriority creditor's name and mailing address**
Preferred Business Systems, LLC
7633 E 63RD PL STE 110
TULSA, OKLAHOMA 74133-1212

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$145.10

**Basis for the claim:** Office equipment services

**Date or dates debt was incurred** 6/20/2024

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.337 Nonpriority creditor's name and mailing address**
Preferred Resurfacing LLC
12710 ARBOR MEADOWS LN
OKLAHOMA CITY, OKLAHOMA 73165-6543

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1,500.00

**Basis for the claim:** Resurfacing services

**Date or dates debt was incurred** 11/29/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.338 Nonpriority creditor's name and mailing address**
Prime Cleaning, LLC
9830 S Oswego Ave
TULSA, OKLAHOMA 74137

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 8,750.00

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 10/24/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.339 Nonpriority creditor's name and mailing address**
Primetime Carpet & Tile Cleaning
1018 KING DR
BARTLESVILLE, OKLAHOMA 74006-7711

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 375.00

**Basis for the claim:** Carpet and tile cleaning services

**Date or dates debt was incurred** 7/7/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.340 Nonpriority creditor's name and mailing address**
Primo Water North America
PO BOX 660579
DALLAS, TEXAS 75266-0579

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 373.96

**Basis for the claim:** Water delivery services

**Date or dates debt was incurred** 7/14/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.341 Nonpriority creditor's name and mailing address**
PrintWithMe
1556 W CARROLL AVE STE 103
CHICAGO, ILLINOIS 60607-1030

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 3,648.97

**Basis for the claim:** Printing services

**Date or dates debt was incurred** 11/4/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.342 Nonpriority creditor's name and mailing address**

Priority Roofing
3500 S Blvd, Suite B11
EDMOND, OKLAHOMA 73013

**As of the petition filing date, the claim is:** *Check all that apply.* — $55,000.00

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Roofing services

**Date or dates debt was incurred** 3/19/2025

**Last 4 digits of account number** ___

**Is the claim subject to offset?** ☑ No ☐ Yes

**3.343 Nonpriority creditor's name and mailing address**

Pristine Cleaning Concepts LLC
526 W 6th
STILLWATER, OKLAHOMA 74074

**As of the petition filing date, the claim is:** *Check all that apply.* — $3,570.00

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 5/18/2026

**Last 4 digits of account number** ___

**Is the claim subject to offset?** ☑ No ☐ Yes

**3.344 Nonpriority creditor's name and mailing address**

Pro Flooring
71070 S 4769 RD
WESTVILLE, OKLAHOMA 74965-5118

**As of the petition filing date, the claim is:** *Check all that apply.* — $560,886.46

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Flooring services

**Date or dates debt was incurred** 1/19/2025

**Last 4 digits of account number** ___

**Is the claim subject to offset?** ☑ No ☐ Yes

**3.345 Nonpriority creditor's name and mailing address**

Pro Serve Process Serving
PO BOX 47064
WICHITA, KANSAS 67205-7064

**As of the petition filing date, the claim is:** *Check all that apply.* — $115.00

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Process serving services

**Date or dates debt was incurred** 6/3/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?** ☑ No ☐ Yes

**3.346 Nonpriority creditor's name and mailing address**

Professional Landscaping Services, LLC
1347 S Washington
WICHITA, KANSAS 67211

**As of the petition filing date, the claim is:** *Check all that apply.* — $519.32

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 1/14/2025

**Last 4 digits of account number** ___

**Is the claim subject to offset?** ☑ No ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.347 Nonpriority creditor's name and mailing address**
Protech Pest Specialist LLC
11951 N 168TH EAST PL
COLLINSVILLE, OKLAHOMA 74021-5857

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 720.00

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 4/1/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.348 Nonpriority creditor's name and mailing address**
Public Service Company of Oklahoma
PO BOX 371496
PITTSBURGH, PENNSYLVANIA 15250-7496

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 175,524.62

**Basis for the claim:** Electric utility services

**Date or dates debt was incurred** 2/11/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.349 Nonpriority creditor's name and mailing address**
Public Works & Utilities
455 N MAIN ST
WICHITA, KANSAS 67202-1600

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,461.71

**Basis for the claim:** Municipal utility services

**Date or dates debt was incurred** 3/10/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.350 Nonpriority creditor's name and mailing address**
Push Pedal Pull, Inc.
2306 W 41st St
SIOUX FALLS, SOUTH DAKOTA 57105

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 6,892.51

**Basis for the claim:** Fitness equipment services

**Date or dates debt was incurred** 9/16/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.351 Nonpriority creditor's name and mailing address**
PwC US Tax LLP
4040 W Boy Scout Blvd.
TAMPA, FLORIDA 33607

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 475,778.00

**Basis for the claim:** Tax advisory services

**Date or dates debt was incurred** 3/10/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.352 Nonpriority creditor's name and mailing address**

Quill
PO Box 37600
LINCOLNSHIRE, ILLINOIS 60069

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1,438.84

**Basis for the claim:** Office supplies

**Date or dates debt was incurred** 10/10/2024

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.353 Nonpriority creditor's name and mailing address**

R.K. Black, Inc.
Lockbox
OKLAHOMA CITY, OKLAHOMA 73126-8984

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 2,286.13

**Basis for the claim:** Office technology services

**Date or dates debt was incurred** 8/10/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.354 Nonpriority creditor's name and mailing address**

Rapid Fire Safety & Security LLC d/b/a Wiring Solutions
2312 POLE RD
MOORE, OKLAHOMA 73160-4189

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 1,594.83

**Basis for the claim:** Fire and security services

**Date or dates debt was incurred** 6/20/2025

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.355 Nonpriority creditor's name and mailing address**

RAW CONSTRUCTION
1401 SW 133RD ST
OKLAHOMA CITY, OKLAHOMA 73170-5033

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 30,349.45

**Basis for the claim:** Construction services

**Date or dates debt was incurred** 8/8/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.356 Nonpriority creditor's name and mailing address**

Ray Lusk Plumbing
921 RUSHING CIR
LITTLE ROCK, ARKANSAS 72204-2489

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 5,700.71

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 5/7/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.357 Nonpriority creditor's name and mailing address**

RECHECK, INC.
PO Box 782438
WICHITA, KANSAS 67278

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1,820.00

**Basis for the claim:** Inspection services

**Date or dates debt was incurred** 6/10/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.358 Nonpriority creditor's name and mailing address**

REFIT Services, LLC
2220 N Classen Blvd
OKLAHOMA CITY, OKLAHOMA 73106

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 398,211.72

**Basis for the claim:** Renovation services

**Date or dates debt was incurred** 9/25/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.359 Nonpriority creditor's name and mailing address**

Regional Protective Services LLC
9205 Lolly LN
OKLAHOMA CITY, OKLAHOMA 73160

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 16,802.00

**Basis for the claim:** Security services

**Date or dates debt was incurred** 8/4/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.360 Nonpriority creditor's name and mailing address**

Rembrandt Group, LLC
5528 S 49TH WEST AVE
TULSA, OKLAHOMA 74107-8815

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 4,375.00

**Basis for the claim:** Property services

**Date or dates debt was incurred** 7/30/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.361 Nonpriority creditor's name and mailing address**

Rent Dynamics
PO Box 30015
SALT LAKE CITY, UTAH 84130

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 48,183.35

**Basis for the claim:** Resident screening services

**Date or dates debt was incurred** 12/10/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.362 Nonpriority creditor's name and mailing address**
Rentable
PO BOX 7640
MADISON, WISCONSIN 53707-7640

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 6,940.43

**Basis for the claim:** Apartment advertising services

**Date or dates debt was incurred** 9/1/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.363 Nonpriority creditor's name and mailing address**
Rentokil North America Inc.
150 Peabody Place
MEMPHIS, TENNESSEE 38103

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 51,531.91

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 5/30/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.364 Nonpriority creditor's name and mailing address**
RESE - Republic Services, Inc.
PO BOX 713502
CHICAGO, ILLINOIS 60677

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 26,647.75

**Basis for the claim:** Waste disposal services

**Date or dates debt was incurred** 3/25/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.365 Nonpriority creditor's name and mailing address**
ResMan, LLC
2901 Dallas Pkwy Ste 200
PLANO, TEXAS 75093

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 9,339.00

**Basis for the claim:** Property management software

**Date or dates debt was incurred** 8/5/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.366 Nonpriority creditor's name and mailing address**
Restoration Kings LLC
8449 S College Ave
TULSA, OKLAHOMA 74137

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 25,000.00

**Basis for the claim:** Restoration services

**Date or dates debt was incurred** 3/27/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.367 Nonpriority creditor's name and mailing address**

Restoration Logic, LLC
PO Box 720948
OKLAHOMA CITY, OKLAHOMA 73172

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 8,784.67

**Basis for the claim:** Restoration services

**Date or dates debt was incurred** 10/29/2025

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.368 Nonpriority creditor's name and mailing address**

Revive Turnkey, LLC
3105 NE 11TH ST STE 1
BENTONVILLE, ARKANSAS 72712-9127

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 10,900.00

**Basis for the claim:** Turnkey renovation services

**Date or dates debt was incurred** 3/11/2024

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.369 Nonpriority creditor's name and mailing address**

Reybi Carpentry, LLC
6024 NW 84TH PL
OKLAHOMA CITY, OKLAHOMA 73132-4705

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 400.00

**Basis for the claim:** Carpentry services

**Date or dates debt was incurred** 8/28/2023

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.370 Nonpriority creditor's name and mailing address**

Reyes Painting and Remodeling LLC
4012 W QUEENS ST
BROKEN ARROW, OKLAHOMA 74012-9153

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 9,760.00

**Basis for the claim:** Painting and remodeling services

**Date or dates debt was incurred** 8/23/2024

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.371 Nonpriority creditor's name and mailing address**

RG Remodeling LLC
5241 S 41st W Ave
TULSA, OKLAHOMA 74107

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 16,791.34

**Basis for the claim:** Remodeling services

**Date or dates debt was incurred** 4/2/2026

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.372 Nonpriority creditor's name and mailing address**
Riverbend Air Conditioning Inc.
2009 HIGHWAY 38 W
DES ARC, ARKANSAS 72040-3122

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 9,829.13

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 5/22/2024
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.373 Nonpriority creditor's name and mailing address**
Riverside Exterior Cleaning (Riverside Lawns LLC)
34 WINTERFERN CV
LITTLE ROCK, ARKANSAS 72211-4470

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 216.16

**Basis for the claim:** Exterior cleaning services

**Date or dates debt was incurred** 2/5/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.374 Nonpriority creditor's name and mailing address**
RLL, Renters Legal Liability
101 E Washington Blvd, 10th floor
FORT WAYNE, INDIANA 46804

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 29,908.91

**Basis for the claim:** Insurance services

**Date or dates debt was incurred** 7/2/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.375 Nonpriority creditor's name and mailing address**
Roark Landscaping Corporation
PO Box 200315
DALLAS, TEXAS 75320

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 104,345.18

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 4/6/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.376 Nonpriority creditor's name and mailing address**
Robinson Glass
7240 E 46TH ST
TULSA, OKLAHOMA 74145-5902

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 3,565.08

**Basis for the claim:** Glass services

**Date or dates debt was incurred** 5/11/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.377 Nonpriority creditor's name and mailing address**

Rochel Concrete LLC
2129 N HOMESTEAD ST
WICHITA, KANSAS 67208-1866

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 20,340.00

**Basis for the claim:** Concrete services

**Date or dates debt was incurred** 3/13/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.378 Nonpriority creditor's name and mailing address**

Rojo Construction Co.
11712 TETON RD
OKLAHOMA CITY, OKLAHOMA 73162-1539

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 22,600.00

**Basis for the claim:** Construction services

**Date or dates debt was incurred** 6/2/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.379 Nonpriority creditor's name and mailing address**

Roto-Rooter Plumbing
5700 S 107TH EAST AVE
TULSA, OKLAHOMA 74146-6733

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 22,740.34

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 8/27/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.380 Nonpriority creditor's name and mailing address**

Roto-Rooter Sewer Service
PO BOX 1491
BARTLESVILLE, OKLAHOMA 74005-1491

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 928.73

**Basis for the claim:** Sewer and drain services

**Date or dates debt was incurred** 2/21/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.381 Nonpriority creditor's name and mailing address**

Rush Overhead Door Service, Inc.
4008 NOWATA RD
BARTLESVILLE, OKLAHOMA 74006-5117

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,197.60

**Basis for the claim:** Overhead door services

**Date or dates debt was incurred** 6/5/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.382 Nonpriority creditor's name and mailing address**

SafePro Pest Control, LLC
11100 MOCKINGBIRD LN
CLAREMORE, OKLAHOMA 74017-0485

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$26,057.50

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 5/15/2025

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.383 Nonpriority creditor's name and mailing address**

Saldierna Remodeling
PO BOX 582061
TULSA, OKLAHOMA 74158-2061

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$233,010.00

**Basis for the claim:** Remodeling services

**Date or dates debt was incurred** 6/19/2025

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.384 Nonpriority creditor's name and mailing address**

Santos Services, LLC
7609 NW 12TH ST
OKLAHOMA CITY, OKLAHOMA 73127-4120

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$44,429.00

**Basis for the claim:** Property maintenance services

**Date or dates debt was incurred** 3/16/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.385 Nonpriority creditor's name and mailing address**

SC Roofing and Renovations
8616 SW 36th Terr
OKLAHOMA CITY, OKLAHOMA 73179

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$20,300.00

**Basis for the claim:** Roofing and renovation services

**Date or dates debt was incurred** 1/30/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.386 Nonpriority creditor's name and mailing address**

Scarlet Cleaning Service LLC
2909 N Tulsa Dr
OKLAHOMA CITY, OKLAHOMA 73107

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$410.00

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 11/21/2023

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.387 Nonpriority creditor's name and mailing address**
ScentAir Technologies, LLC
3810 Shutterfly Road
CHARLOTTE, NORTH CAROLINA 28217

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 544.82

**Basis for the claim:** Scenting services

**Date or dates debt was incurred** 8/13/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.388 Nonpriority creditor's name and mailing address**
Scents Plus LLC
1122 BURROUGHS RD
SAPULPA, OKLAHOMA 74066-5820

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 860.00

**Basis for the claim:** Odor control services

**Date or dates debt was incurred** 3/27/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.389 Nonpriority creditor's name and mailing address**
Schindler Elevator Corporation DBA Boesen Plumb Elevator Solutions
PO BOX 1935
MORRISTOWN, NEW JERSEY 07962

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 21,948.08

**Basis for the claim:** Elevator maintenance services

**Date or dates debt was incurred** 6/19/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.390 Nonpriority creditor's name and mailing address**
Secure Title & Escrow LLC
4200 E SKELLY DR STE 225
TULSA, OKLAHOMA 74135-3200

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 170.00

**Basis for the claim:** Title and escrow services

**Date or dates debt was incurred** 3/27/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.391 Nonpriority creditor's name and mailing address**
Service Solutions, LLC
7508 HIGHWAY 167 N
SHERIDAN, ARKANSAS 72150-8230

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,998.74

**Basis for the claim:** Property maintenance services

**Date or dates debt was incurred** 10/22/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.392 Nonpriority creditor's name and mailing address**

Servpro of South Tulsa County
14690 E PINE ST
TULSA, OKLAHOMA 74116-2205

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 10,262.53

**Basis for the claim:** Restoration services

**Date or dates debt was incurred** 2/28/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.393 Nonpriority creditor's name and mailing address**

SFS Security Fire Systems, Inc.
196 N FREEPORT PKWY
COPPELL, TEXAS 75019-4279

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,517.12

**Basis for the claim:** Fire and security services

**Date or dates debt was incurred** 11/12/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.394 Nonpriority creditor's name and mailing address**

Sherwood Glass & Mirror
8603 HIGHWAY 107
SHERWOOD, ARKANSAS 72120-2901

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 2,049.03

**Basis for the claim:** Glass services

**Date or dates debt was incurred** 5/27/2025

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.395 Nonpriority creditor's name and mailing address**

Signal 88, LLC
PO BOX 8246
OMAHA, NEBRASKA 68108-0246

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 8,787.73

**Basis for the claim:** Security services

**Date or dates debt was incurred** 4/30/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.396 Nonpriority creditor's name and mailing address**

Silver Shadow Remodeling
10147 E 32ND ST APT B
TULSA, OKLAHOMA 74146-1423

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 430.00

**Basis for the claim:** Remodeling services

**Date or dates debt was incurred** 7/23/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Louis Investments, LLC Case number (if known) 26-33110-sgj11

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.397 Nonpriority creditor's name and mailing address**

Singer Family Trust
21026 Pacific Coast Hwy
MALIBU, CALIFORNIA 90265

Date or dates debt was incurred: 4/2/2026
Last 4 digits of account number: ____

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: ____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,834.37

**3.398 Nonpriority creditor's name and mailing address**

Sooners Flooring and Carpet Cleaning
3751 S 73RD EAST AVE
TULSA, OKLAHOMA 74145-3217

Date or dates debt was incurred: 10/6/2025
Last 4 digits of account number: ____

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Flooring and carpet cleaning services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 385.00

**3.399 Nonpriority creditor's name and mailing address**

Spartan Pool and Patio LLC
1400 24TH AVE SW
NORMAN, OKLAHOMA 73072-5705

Date or dates debt was incurred: 1/27/2025
Last 4 digits of account number: ____

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Pool services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 4,699.09

**3.400 Nonpriority creditor's name and mailing address**

Specialized Service Heat and Air LLC
350 N INDIANA AVE
WICHITA, KANSAS 67214-4035

Date or dates debt was incurred: 5/6/2026
Last 4 digits of account number: ____

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: HVAC services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 2,660.23

**3.401 Nonpriority creditor's name and mailing address**

Staley Electric Services, LLC DBA Staley Electric
3400 JE DAVIS DR
LITTLE ROCK, ARKANSAS 72209-5564

Date or dates debt was incurred: 6/25/2025
Last 4 digits of account number: ____

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Electrical services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 268.85

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.402 Nonpriority creditor's name and mailing address**

State Public Safety & Investigations LLC
PO BOX 94
HOLDEN, MISSOURI 64040-0094

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 4,485.00

**Basis for the claim:** Security and investigation services

**Date or dates debt was incurred** 5/27/2025

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.403 Nonpriority creditor's name and mailing address**

Stewart Management Company
301 N Market Street. Suite 1410
WILMINGTON, DELAWARE 19801

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 8,060.00

**Basis for the claim:** Property management services

**Date or dates debt was incurred** 10/1/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.404 Nonpriority creditor's name and mailing address**

Strong Realty, LLC
6502 S Clarington Rd
Baltimore, MD 21209

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 4,700,000.00

**Basis for the claim:** Private lending

**Date or dates debt was incurred** 9/9/2025

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.405 Nonpriority creditor's name and mailing address**

Summit Fire & Security, LLC
1250 Northland Ave
MENDOTA HEIGHTS, MINNESOTA 55120

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 16,120.25

**Basis for the claim:** Fire and security services

**Date or dates debt was incurred** 2/6/2024

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.406 Nonpriority creditor's name and mailing address**

Summit Heat and Air LLC
2300 E 14th St, Suite 303
TULSA, OKLAHOMA 74104

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 1,270.40

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 5/18/2026

**Last 4 digits of account number** ___

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.407 Nonpriority creditor's name and mailing address**

Summit Utilities Arkansas, Inc
PO BOX 676344
DALLAS, TEXAS 75267-6344

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 4,818.68

**Basis for the claim:** Natural gas utility services

**Date or dates debt was incurred** 2/26/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.408 Nonpriority creditor's name and mailing address**

Sunbelt Rentals, Inc.
1799 Innovation Point
FORT MILL, SOUTH CAROLINA 29715

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 21,468.96

**Basis for the claim:** Equipment rental services

**Date or dates debt was incurred** 1/29/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.409 Nonpriority creditor's name and mailing address**

Sunrise Elevator, Inc.
3836 N Cypress Drive, Suite 700
WICHITA, KANSAS 67226

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 1,005.33

**Basis for the claim:** Elevator services

**Date or dates debt was incurred** 7/16/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.410 Nonpriority creditor's name and mailing address**

Super Clean Cleaning Services LLC
4425 NW 11TH ST
OKLAHOMA CITY, OKLAHOMA 73107-5015

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 13,992.50

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 2/27/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.411 Nonpriority creditor's name and mailing address**

Superior Fence and Rail of Central OK
14814 Bristol Park Blvd
EDMOND, OKLAHOMA 73013

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 40,000.00

**Basis for the claim:** Fencing services

**Date or dates debt was incurred** 1/5/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.412 Nonpriority creditor's name and mailing address**
Superior Office Systems
1324 S FRETZ AVE STE 100
EDMOND, OKLAHOMA 73003-5873

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 138.55

**Basis for the claim:** Office equipment services

**Date or dates debt was incurred** 3/10/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.413 Nonpriority creditor's name and mailing address**
Surface Experts OKC South, LLC
4600 HARROGATE DR
NORMAN, OKLAHOMA 73072-3957

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 8,041.50

**Basis for the claim:** Resurfacing Services

**Date or dates debt was incurred** 7/31/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.414 Nonpriority creditor's name and mailing address**
Surface Restoration
P.O. Box 737437
DALLAS, TEXAS 75373-7437

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,105.00

**Basis for the claim:** Restoration services

**Date or dates debt was incurred** 9/5/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.415 Nonpriority creditor's name and mailing address**
Surpro Specoat, LLC
1304 MADDEN RD
JACKSONVILLE, ARKANSAS 72076-2545

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 4,300.00

**Basis for the claim:** Concrete coating services

**Date or dates debt was incurred** 9/12/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.416 Nonpriority creditor's name and mailing address**
Swift Flooring Services, LLC
4 NE 10th Street #473
OKLAHOMA CITY, OKLAHOMA 73104

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 111,736.95

**Basis for the claim:** Flooring services

**Date or dates debt was incurred** 9/12/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.417 Nonpriority creditor's name and mailing address**

Swift Lawns LLC
PO BOX 8171
EDMOND, OKLAHOMA 73083-8171

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 16,018.98

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 9/1/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.418 Nonpriority creditor's name and mailing address**

Swift Pest Services, LLC
4 NE 10TH ST # 473
OKLAHOMA CITY, OKLAHOMA 73104-1402

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 104,903.75

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 5/13/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.419 Nonpriority creditor's name and mailing address**

T's Cleaning Services
3136 N IROQUOIS AVE
TULSA, OKLAHOMA 74106-1910

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 3,470.00

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 9/5/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.420 Nonpriority creditor's name and mailing address**

Taylor Sandfur
3109 GRAPEVINE ST
EDMOND, OKLAHOMA 73034-0029

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 225.00

**Basis for the claim:** Security and investigation services

**Date or dates debt was incurred** 6/18/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.421 Nonpriority creditor's name and mailing address**

Taylored Industries
26604 E 121ST ST S
COWETA, OKLAHOMA 74429-6182

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 19,100.00

**Basis for the claim:** Construction supplies

**Date or dates debt was incurred** 10/14/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.422 **Nonpriority creditor's name and mailing address**
Tech-Lock OKC, LLC
1900 N Classen
OKLAHOMA CITY, OKLAHOMA 73106

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 1,200.30

**Basis for the claim:** Locksmith services

**Date or dates debt was incurred** 1/29/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.423 **Nonpriority creditor's name and mailing address**
Terry's American HVAC, Inc.
8200 GLADE AVE
OKLAHOMA CITY, OKLAHOMA 73132-4273

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 760.80

**Basis for the claim:** HVAC services

**Date or dates debt was incurred** 3/25/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.424 **Nonpriority creditor's name and mailing address**
TexOk
PO BOX 892154
OKLAHOMA CITY, OKLAHOMA 73189-2154

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 35,665.00

**Basis for the claim:** Professional services

**Date or dates debt was incurred** 8/15/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.425 **Nonpriority creditor's name and mailing address**
The City of Oklahoma City
2300 GENERAL PERSHING BLVD
OKLAHOMA CITY, OKLAHOMA 73107-6420

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 2,002.00

**Basis for the claim:** Municipal utility and service charges

**Date or dates debt was incurred** 3/3/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.426 **Nonpriority creditor's name and mailing address**
The City of Oklahoma City - Downtown Business Improvement District
420 W MAIN ST STE 120 # 3
OKLAHOMA CITY, OKLAHOMA 73102-4435

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 25,903.48

**Basis for the claim:** Municipal assessment

**Date or dates debt was incurred** 9/25/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.427 **Nonpriority creditor's name and mailing address**
The City of Stillwater
PO BOX 1449
STILLWATER, OKLAHOMA 74076-1449

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 365,052.38

**Basis for the claim:** Municipal utility and service charges

**Date or dates debt was incurred** 3/9/2025
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.428 **Nonpriority creditor's name and mailing address**
Thomas Elite Lawn Care, LLC
8021 WOODHAVEN DR
LITTLE ROCK, ARKANSAS 72209-7260

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 3,585.00

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 9/12/2024
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.429 **Nonpriority creditor's name and mailing address**
Thrasher, Inc.
8853 E 37th St N
WICHITA, KANSAS 67226

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 3,167.22

**Basis for the claim:** Foundation repair services

**Date or dates debt was incurred** 8/20/2024
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.430 **Nonpriority creditor's name and mailing address**
TMT Construction
3930 NW 13th St
OKLAHOMA CITY, OKLAHOMA 73107

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 500.00

**Basis for the claim:** Construction services

**Date or dates debt was incurred** 10/29/2025
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.431 **Nonpriority creditor's name and mailing address**
TNT Pest Control LLC
5933 W 35TH ST S
WICHITA, KANSAS 67215-1777

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 645.00

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 6/23/2026
**Last 4 digits of account number** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.432 Nonpriority creditor's name and mailing address**
Toner Refill, Inc.
1525 N BROADWAY AVE
OKLAHOMA CITY, OKLAHOMA 73103-4609

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 117.33

**Basis for the claim:** Printer supplies

**Date or dates debt was incurred** 7/19/2022
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.433 Nonpriority creditor's name and mailing address**
Torch Service Company, LLC
107 W 4TH AVE
OWASSO, OKLAHOMA 74055-3435

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 10,011.50

**Basis for the claim:** Mechanical services

**Date or dates debt was incurred** 6/13/2022
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.434 Nonpriority creditor's name and mailing address**
Total MakeReady & Remodel, LLC
17707 E ARCHER ST
CATOOSA, OKLAHOMA 74015-2822

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 4,450.00

**Basis for the claim:** Make-ready and remodeling services

**Date or dates debt was incurred** 6/2/2022
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.435 Nonpriority creditor's name and mailing address**
Total Mechanical Services
3234 NW 26TH ST
OKLAHOMA CITY, OKLAHOMA 73107-1918

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 13,299.11

**Basis for the claim:** Mechanical services

**Date or dates debt was incurred** 3/1/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.436 Nonpriority creditor's name and mailing address**
Touchpoint Markets LLC
1185 AVENUE OF THE AMERICAS FL 39
NEW YORK, NEW YORK 10036-2603

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 19,500.00

**Basis for the claim:** Breakroom services

**Date or dates debt was incurred** 2/28/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.437 Nonpriority creditor's name and mailing address**
Tower Solutions, Inc.
1456 BAY BRIDGE CT
EDMOND, OKLAHOMA 73034-0863

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 13,436.00

**Basis for the claim:** Technology services

**Date or dates debt was incurred** 10/18/2024
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.438 Nonpriority creditor's name and mailing address**
Trademark Exteriors Restoration LLC
36 NE 52ND ST
OKLAHOMA CITY, OKLAHOMA 73105-1826

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 373,950.00

**Basis for the claim:** Exterior restoration services

**Date or dates debt was incurred** 4/30/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.439 Nonpriority creditor's name and mailing address**
TRC Roofing & Construction
8101 SILVER XING STE 150
OKLAHOMA CITY, OKLAHOMA 73132-3318

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 31,392.80

**Basis for the claim:** Roofing and construction services

**Date or dates debt was incurred** 3/20/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.440 Nonpriority creditor's name and mailing address**
Tree Top Nursery & Landscape, Inc.
5910 E 37TH ST N
WICHITA, KANSAS 67220-1924

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 28,124.58

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 4/8/2024
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.441 Nonpriority creditor's name and mailing address**
Trek Electric, LLC
201 NW 142ND ST STE A
EDMOND, OKLAHOMA 73013-1986

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 693.50

**Basis for the claim:** Electrical services

**Date or dates debt was incurred** 9/15/2022
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.442 Nonpriority creditor's name and mailing address**
Tulsa Abstract Title Company
612 S DENVER AVE
TULSA, OKLAHOMA 74119-1028

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 200.00

**Basis for the claim:** Title services

**Date or dates debt was incurred** 10/7/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.443 Nonpriority creditor's name and mailing address**
Tulsa County Court Clerk
500 S DENVER AVE
TULSA, OKLAHOMA 74103-3838

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,298.00

**Basis for the claim:** Court fees

**Date or dates debt was incurred** 11/21/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.444 Nonpriority creditor's name and mailing address**
Tulsa County Treasurer - John M. Fothergill
218 W 6TH ST FL 8
TULSA, OKLAHOMA 74119-1004

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 222,401.00

**Basis for the claim:** Property tax obligation

**Date or dates debt was incurred** 3/12/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.445 Nonpriority creditor's name and mailing address**
Tulsa Evictions, LLC
624 S DENVER AVE STE 300
TULSA, OKLAHOMA 74119-1075

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 1,500.00

**Basis for the claim:** Eviction services

**Date or dates debt was incurred** 11/29/2024
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.446 Nonpriority creditor's name and mailing address**
Tulsa Health Department
5051 S 129TH EAST AVE
TULSA, OKLAHOMA 74134-7004

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 500.00

**Basis for the claim:** Health department fees

**Date or dates debt was incurred** 2/27/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.447 Nonpriority creditor's name and mailing address**
Tulsa Wildlife and Pest
4005 E 96TH ST N
SPERRY, OKLAHOMA 74073-4507

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$58,464.00

**Basis for the claim:** Pest and wildlife control services

**Date or dates debt was incurred** 1/8/2024
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.448 Nonpriority creditor's name and mailing address**
Tulsa Winnelson Co
3015 W ALBANY ST
BROKEN ARROW, OKLAHOMA 74012-1104

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$3,475.68

**Basis for the claim:** Plumbing supplies

**Date or dates debt was incurred** 9/3/2024
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.449 Nonpriority creditor's name and mailing address**
Tyler Evershed
6900 London Way
OKLAHOMA CITY, OKLAHOMA 73132

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$2,850.00

**Basis for the claim:** Contracted services

**Date or dates debt was incurred** 6/18/2026
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.450 Nonpriority creditor's name and mailing address**
Unifirst First Aid Corp
3499 Rider Trail S
ST LOUIS, MISSOURI 63045

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$2,548.78

**Basis for the claim:** First aid supplies

**Date or dates debt was incurred** 2/22/2022
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.451 Nonpriority creditor's name and mailing address**
US Acquisition Property XIII, LLC
8110 E UNION AVE STE 700
DENVER, COLORADO 80237-2966

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$2,045.75

**Basis for the claim:** Contractual obligation

**Date or dates debt was incurred** 4/28/2025
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.452 **Nonpriority creditor's name and mailing address**
V Painting and Remodeling
14923 SW 156TH TER
ROSE HILL, KANSAS 67133-7821

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 11,522.30

**Basis for the claim:** Painting and remodeling services

**Date or dates debt was incurred** 2/10/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.453 **Nonpriority creditor's name and mailing address**
Valet Living
PO Box 850001
ORLANDO, FLORIDA 32885-9792

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 7,753.71

**Basis for the claim:** Valet trash services

**Date or dates debt was incurred** 5/1/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.454 **Nonpriority creditor's name and mailing address**
Vesta Holdings, LLC
1422 E 71st Street Ste. J
TULSA, OKLAHOMA 74136

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 759,969.35

**Basis for the claim:** Consulting services

**Date or dates debt was incurred** 11/1/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.455 **Nonpriority creditor's name and mailing address**
Vesta Landscaping Services, LLC
1422 E 71st Street Ste. J
TULSA, OKLAHOMA 74136

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 984,481.00

**Basis for the claim:** Landscaping services

**Date or dates debt was incurred** 3/1/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.456 **Nonpriority creditor's name and mailing address**
Vesta Realty, LLC
1422 E 71st Street Ste. J
TULSA, OKLAHOMA 74136

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 1,630,986.01

**Basis for the claim:** Property management services

**Date or dates debt was incurred** 2/25/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.457 **Nonpriority creditor's name and mailing address**
Vintek Pest Solutions
PO BOX 171
CENTERTON, ARKANSAS 72719-0171

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

$ 7,207.32

**Basis for the claim:** Pest control services

**Date or dates debt was incurred** 3/18/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.458 **Nonpriority creditor's name and mailing address**
VIP Plumbing OK LLC
9292 N Hiwassee Rd
JONES, OKLAHOMA 73049

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 17,459.47

**Basis for the claim:** Plumbing services

**Date or dates debt was incurred** 5/8/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.459 **Nonpriority creditor's name and mailing address**
VSC Fire & Security, Inc.
PO BOX 71207
CHARLOTTE, NORTH CAROLINA 28272-1207

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 20,845.90

**Basis for the claim:** Fire and security services

**Date or dates debt was incurred** 8/26/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.460 **Nonpriority creditor's name and mailing address**
Washer Specialties Company
224 N INDIANA AVE
WICHITA, KANSAS 67214-4033

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 2,232.58

**Basis for the claim:** Laundry equipment services

**Date or dates debt was incurred** 9/3/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

3.461 **Nonpriority creditor's name and mailing address**
Waste Connections of Kansas, Inc.
3 Waterway Square Place Ste 110
THE WOODLANDS, TEXAS 77380

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 2,223.51

**Basis for the claim:** Waste disposal services

**Date or dates debt was incurred** 7/1/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.462 Nonpriority creditor's name and mailing address**
Waste Connections of Oklahoma, Inc
PO BOX 679859
DALLAS, TEXAS 75267-9859

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 12,709.95

**Basis for the claim:** Waste disposal services

**Date or dates debt was incurred** 3/1/2026

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.463 Nonpriority creditor's name and mailing address**
Waste Management of Oklahoma, Inc.
800 Capitol St., Suite 3000
HOUSTON, TEXAS 77002

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 70,840.34

**Basis for the claim:** Waste disposal services

**Date or dates debt was incurred** 3/24/2026

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.464 Nonpriority creditor's name and mailing address**
WD-Geophy CRE Valuation LLC
PO BOX 773002
CHICAGO, ILLINOIS 60677-0009

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 9,000.00

**Basis for the claim:** Property valuation services

**Date or dates debt was incurred** 5/21/2024

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.465 Nonpriority creditor's name and mailing address**
WESTERN STATES FIRE PROTECTION
1233 E 60TH ST STE F
TULSA, OKLAHOMA 74105

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 20,278.00

**Basis for the claim:** Fire protection services

**Date or dates debt was incurred** 11/27/2024

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.466 Nonpriority creditor's name and mailing address**
Western Valet Maintenance LLC
1909 S NYSSA AVE
BROKEN ARROW, OKLAHOMA 74012-9091

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 14,622.50

**Basis for the claim:** Valet and maintenance services

**Date or dates debt was incurred** 10/1/2025

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.467 **Nonpriority creditor's name and mailing address**
Window World of Oklahoma City
3408 S MERIDIAN AVE
OKLAHOMA CITY, OKLAHOMA 73119-2416

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 1,435.00

**Basis for the claim:** Window services

**Date or dates debt was incurred** 10/3/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.468 **Nonpriority creditor's name and mailing address**
Windstream
PO BOX 9001013
LOUISVILLE, KENTUCKY 40290-1013

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 737.62

**Basis for the claim:** Telecommunications services

**Date or dates debt was incurred** 6/1/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.469 **Nonpriority creditor's name and mailing address**
Winstar Marketing
PO BOX 7231
WACO, TEXAS 76714

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 237.17

**Basis for the claim:** Marketing services

**Date or dates debt was incurred** 4/23/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.470 **Nonpriority creditor's name and mailing address**
Woodside Construction Services LLC
117 W 11TH ST
BARTLESVILLE, OKLAHOMA 74003-4712

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 170.58

**Basis for the claim:** Construction services

**Date or dates debt was incurred** 10/13/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.471 **Nonpriority creditor's name and mailing address**
Xerox Financial Services LLC
PO BOX 202882
DALLAS, TEXAS 75320-2882

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ 1,482.76

**Basis for the claim:** Office equipment financing and leasing

**Date or dates debt was incurred** 7/30/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.472 Nonpriority creditor's name and mailing address**

Yeo & Yeo PC
5300 BAY RD STE 100
SAGINAW, MICHIGAN 48604-2517

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 1,860.00

**Basis for the claim:** Accounting services

**Date or dates debt was incurred** 4/24/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.473 Nonpriority creditor's name and mailing address**

Zeffert & Associates, Inc.
PO BOX 16792
ATLANTA, GEORGIA 30321-0792

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 4,296.00

**Basis for the claim:** Affordable housing compliance services

**Date or dates debt was incurred** 5/31/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.474 Nonpriority creditor's name and mailing address**

Zen Cleaners
110 Hickory St
CABOT, ARKANSAS 72023

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 477.97

**Basis for the claim:** Cleaning services

**Date or dates debt was incurred** 12/16/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.475 Nonpriority creditor's name and mailing address**

Zerorez Oklahoma City
14300 N Lincoln Blvd. Suite 108
OKLAHOMA CITY, OKLAHOMA 73013

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 3,185.20

**Basis for the claim:** Carpet cleaning services

**Date or dates debt was incurred** 7/17/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.476 Nonpriority creditor's name and mailing address**

Zillow Rentals
1301 2ND AVE FL 36
SEATTLE, WASHINGTON 98101-3800

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

$ 25,528.96

**Basis for the claim:** Apartment advertising services

**Date or dates debt was incurred** 4/30/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.477 Nonpriority creditor's name and mailing address**
Zion Services, LLC
PO BOX 721325
NORMAN, OKLAHOMA 73070-8019

**As of the petition filing date, the claim is:** $ 1,715.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Property maintenance services

**Date or dates debt was incurred** 6/29/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.478 Nonpriority creditor's name and mailing address**
Zumper, Inc.
PO Box 120354
DALLAS, TEXAS 75312-0354

**As of the petition filing date, the claim is:** $ 25,789.79
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Apartment advertising services

**Date or dates debt was incurred** 12/4/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.__ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $______
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.__ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $______
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.__ Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $______
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Jeffery Spatz<br>Pratt Street Capital, LLC<br>233 E Redwood St, Baltimore, MD 21202 | Line 3.404<br>❑ Not listed. Explain | |
| 4.2. | | Line<br>❑ Not listed. Explain | |
| 4.3. | | Line<br>❑ Not listed. Explain | |
| 4.4. | | Line<br>❑ Not listed. Explain | |
| 4.5. | | Line<br>❑ Not listed. Explain | |
| 4.6. | | Line<br>❑ Not listed. Explain | |
| 4.7. | | Line<br>❑ Not listed. Explain | |
| 4.8. | | Line<br>❑ Not listed. Explain | |
| 4.9. | | Line<br>❑ Not listed. Explain | |
| 4.10. | | Line<br>❑ Not listed. Explain | |
| 4.11. | | Line<br>❑ Not listed. Explain | |
| 4.12. | | Line<br>❑ Not listed. Explain | |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 20,155,805.33 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 20,155,805.33 |

**Fill in this information to identify the case:**

Debtor name Louis Investments, LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-33110-SWE Chapter 11

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Office Agreement-100% | Jules Slim<br>PO Box 140307<br>Irving, TX 75014-0307 |
| | State the term remaining | | |
| | List the contract number of any government contract | Annual Renews on 06/01/2027 | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name Louis Investments, LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-33110-SWE

☐ Check if this is an amended filing

# Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | See Attachment | Street<br>City State ZIP Code | Attachment 2.1 | ☑ D<br>☑ E/F<br>☐ G |
| 2.2 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Attachment 2.1

| Codebtor Name | Mailing Address | Schedule D | Schedule E/F | Schedule G |
|---|---|---|---|---|
| MARC KULICK | | TOVAL, EVOLVED, UPPERMAN , STRONG REALTY, Dover, YSA Investments, Jules Slim | See Attachment 2H | |
| ASSET HOLDER, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | UPPERMAN | | |
| VESTA CAPITAL, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | UPPERMAN, STRONG REALTY, Dover, YSA Investments | | |
| VESTA HOLDINGS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | UPPERMAN, STRONG REALTY, Dover, YSA Investments | | |
| VESTA REALTY, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | UPPERMAN, STRONG REALTY, Dover, YSA Investments | | |
| 727 LOFTS BEST LIVIING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover | See Attachment 2H | |
| 727 LOFTS HOLDINGS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| 727- CLASSEN BEST LIVING INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| AUERBACH- VESTA, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | TOVAL, EVOLVED | | |
| AUERBACH- VESTA ONE ETON SQUARE, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| A-V 23 EAST OWNER LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| A-V CLASSEN OWNER LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| A-V VILLAGE CREEK OWNER, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| BARTLESVILLES BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| BARCELONA BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments , STRONG REALTY | See Attachment 2H | |
| B&J WOODSCAPEOKLAHOMA CITY LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | YSA Investments, STRONG REALTY | See Attachment 2H | |
| BRYAN HILLS BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| CANOPY BEST LIVING, LLC AND NORTHBORO QN, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| CAPITAL SALE MEMBER, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| COPPERFIELD APARTMENTS LIMITED PARTNERSHIP | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| COPPERFIELD INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| DREXEL FLATS AQUISITION, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | , STRONG REALTY | See Attachment 2H | |
| DREXEL FLATS SPONSOR, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| CAPITOL ON 28TH INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | , STRONG REALTY | See Attachment 2H | |
| EATON PLACE BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | , STRONG REALTY | See Attachment 2H | |
| EATON PLACE TIC 1, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| ESPLANADE APARTMENTS ACQUISITION LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| ETON INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | , STRONG REALTY | | |
| ETON TIC 1, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| FAIRFAX BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| FAIRFAX HOLDING COMPANY, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| FAIRFAX INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| JOHN ALEX UPPERMAN | | Dover, YSA Investments | | |
| KULICK VESTA REALTY, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| LAKESIDE BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| LOFTS AT NORTH PENN BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |

| | | | | |
|---|---|---|---|---|
| LOFTS VESTA INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| MANSION WEST APARTMENTS ACQUISITION LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| MONTGOMERY APARTMENT HOLDINGS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| MONTGOMERY BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| MONTGOMERY BEST LIVING INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| MUNTAGE BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| MUNTAGE HOLDINGS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| OKC 3 INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| ONE ETON SQUARE, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| PG OWNER, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| PUTNAM GREEN APARTMENTS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | TOVAL, EVOLVED, UPPERMAN , STRONG REALTY, Dover, YSA Investments | See Attachment 2H | |
| PUTNAM GREEN TIC INTEREST, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | TOVAL, EVOLVED, UPPERMAN , STRONG REALTY, Dover, YSA Investments | See Attachment 2H | |
| REGENCY HOLDINGS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| REMINGTON RANCH INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| REMINGTON RANCHES BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| RIDGE BEST LIVING INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| RIVERPARK BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | TOVAL, EVOLVED, UPPERMAN , STRONG REALTY, Dover, YSA Investments | See Attachment 2H | |
| RIVERPARK BEST LIVING INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| RIVER WALK BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| SALEM WEST APARTMENTS ACQUISITION LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| SEMINOLE RIDGE APARTMENTS HOLDINGS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| SEMINOLE RIDGE SPONSOR, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| SPRINGDALE VILLAGES BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| SHORELINES BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | TOVAL, EVOLVED, UPPERMAN , STRONG REALTY, Dover, YSA Investments | See Attachment 2H | |
| SUMMER OAKS BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| THRIVE ARGENTA OWNER, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| TRDWIND CAPITOL, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| TULSA & OKC LANDSCAPING | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Upperman | | |
| TUSCANY VILLAGE BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| TUSCANY VILLAGE HOLDINGS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| VILLAGE CREEK BEST LIVING INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| VILLAS AT MIDTOWN BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| VESTA COPPERFIELD, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| VESTA- SEMINOLE RIDGE, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| WELLSFORD OAKS LP | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| WEDGEWOOD APARTMENTS ACQUISITION LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |

| | | | | |
|---|---|---|---|---|
| WOODLAND MANOR'S BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| WOODLAND MANOR BEST LIVING OWNER, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | TOVAL, EVOLVED, UPPERMAN , STRONG REALTY, Dover, YSA Investments | | |
| WOODLAND MANOR TIC 1, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | TOVAL, EVOLVED, UPPERMAN , STRONG REALTY, Dover, YSA Investments | See Attachment 2H | |
| WOODLAND MANOR TIC 1 OWNER , LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| WOODLAND OAKS BEST LIVING, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| WOODLAND OAKS INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| WOODSCAPE INVESTORS, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | See Attachment 2H | |
| WOODSCAPE PROMOTE, LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| WOODSCAPE SOLE MEMBER LLC | 1422 E 71st St., Suite J Tulsa, Ok 74136 | Dover, YSA Investments | | |
| YSA HOLDINGS, LLC | 848 Brickell Ave, STE PH5, Miami, FL 33131 | TERM FUND III | | |

23 East Apartments

- Aaron & Sons Remodeling
- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- Chemsearch FE
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Jeremy's Asphalt Maintenance and Striping LLC
- Kings III of America
- Lowe's Pro MSH
- MBR Construction Electric Inc
- Oklahoma State Department of Health
- Pro Flooring
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rasa Floors
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

727 Lofts

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Barcelona Apartments

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.

- Boomerang Printing
- BPM Services, Inc.
- Chemsearch FE
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Bryan Hill

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Capitol On 28Th

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH

- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Copperfield Apartments

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Drexel Flats

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Eaton Place

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Lakeside Place

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Lexington Commons

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.

- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

One Eton Square

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Putnam Green

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill

- Tulsa Wildlife and Pest
- Zumper, Inc.

Remington Ranch Apartments

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Riverpark At Kensington

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Sandhill Apartments

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities

- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Seminole Ridge Apartments

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Shoreline Apartments

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP

- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Springdale Village

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Summer Oaks

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

The Lofts At North Penn

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.

- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

The Muntage

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

The Ridge

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH

- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Thrive Jenks

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Tuscany Village

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Village Creek At 67Th

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Villas At Midtown

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Woodland Manor

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.

- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

Woodscape Apartments

- Accent Restoration, LLC
- Aire-Master of America, INC
- Alert Plumbing LLC
- American Waste Control, Inc.
- Answer Advantage
- Birdeye, Inc.
- Boomerang Printing
- BPM Services, Inc.
- City of Tulsa Utilities
- Costar - Apartments.com
- Cox Business
- CSC
- CT Corporation System
- Empire Protection Services
- Employee Reimbursement
- Entrata Inc.
- H&A Investments LLC
- Hy.Ly
- Kings III of America
- Lowe's Pro MSH
- Oklahoma State Department of Health
- Public Service Company of Oklahoma
- PwC US Tax LLP
- Rent Group Inc
- ResMan, LLC
- RLL, Renters Legal Liability
- Roark Landscaping Corporation
- SafePro Pest Control, LLC
- Tulsa County Treasurer - John M. Fothergill
- Tulsa Wildlife and Pest
- Zumper, Inc.

**Fill in this information to identify the case:**

Debtor name Louis Investments, LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-33110-SWE

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........ $ ____________

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........ $ 642,623.87

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........ $ 642,623.87

**Part 2:** Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ........ $ 10,929,225,639

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........ $ ____________

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........ + $ 20,155,805.33

4. **Total liabilities** ........
   Lines 2 + 3a + 3b ........ $ 31,085,030.96

Fill in this information to identify the case:

Debtor name **Louis Investments, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): **26-33110**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* ______
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/31/2026**
MM/ DD/ YYYY

✗ **/s/ Marc Kulick**
Signature of individual signing on behalf of debtor

**Marc Kulick**
Printed name

**Authorized Signer**
Position or relationship to debtor