CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 17, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**727 LOFTS BEST LIVING, LLC**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§ | **Case No. 26-32779-SGJ11**<br>**(Jointly Administered)**<br><br>**Chapter 11** |
| **In re:**<br><br>**727 LOFTS HOLDINGS, LLC**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§ | **Case No. 26-32780-SGJ11**<br>**(Jointly Administered)**<br><br>**Chapter 11** |
| **In re:**<br><br>**REMINGTON RANCH'S BEST LIVING, LLC**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 26-32804-SGJ11**<br><br>**Chapter 11** |
| **In re:**<br><br>**LOFTS AT NORTH PENN BEST LIVING, LLC**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 26-32920-SGJ11**<br><br>**Chapter 11** |

| | | |
|---|---|---|
| **In re:**<br><br>**A-V VILLAGE CREEK OWNER, LLC**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 26-32922-SGJ11**<br><br><br><br>**Chapter 11** |
| **In re:**<br><br>**BARCELONA BEST LIVING, LLC**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§ | **Case No. 26-33093-SGJ11**<br><br><br>**Chapter 11** |
| **In re:**<br><br>**LOUIS INVESTMENTS, LLC**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§ | **Case No. 26-33110-SGJ11**<br><br><br>**Chapter 11** |
| **LOUIS INVESTMENTS, LLC,**<br>**Plaintiff,**<br>**v.**<br><br>**YSA INVESTMENTS 1, LLC,**<br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§ | **Adv. Pro. No. 26-03071-SGJ** |
| **LOUIS INVESTMENTS, LLC, *et al.*,**<br>**Plaintiff,**<br>**v.**<br><br>**YSA INVESTMENTS 1, LLC,**<br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§ | **Adv. Pro. No. 26-03074-SGJ** |
| **In re:**<br><br>**WOODLAND MANOR BEST LIVING, LLC**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 26-33167-SGJ11**<br>**(Jointly Administered)**<br><br><br>**Chapter 11** |
| **In re:**<br><br>**WOODLAND MANOR TIC 1, LLC**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§ | **Case No. 26-33168-SGJ11**<br>**(Jointly Administered)**<br><br>**Chapter 11** |
| **In re:**<br><br>**RIDGE BEST LIVING, LLC**<br><br>**Debtor.** | §<br>§<br>§<br>§<br>§ | **Case No. 26-33177-SGJ11**<br><br><br>**Chapter 11** |

**ORDER TRANSFERRING VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

On August 17th, 2026, this court held a show cause hearing (the "Hearing") on why the above-captioned cases should not be transferred to the United States Bankruptcy Court for the Western District of Oklahoma. The court received a written response from the Debtors unopposed to the transfer. At the Hearing, counsel for the Chapter 11 Trustee stated they were not opposed to the transfer. The court did not receive any opposition from any parties-in-interest. For the reasons stated by the court on the record at the Hearing, it is hereby:

**ORDERED** that the above-captioned Chapter 11 cases, along with all related proceedings and matters, including Adversary Proceeding No. 26-03071 and Adversary Proceeding No. 26-03074, are transferred to the United States Bankruptcy Court for the Western District of Oklahoma.

**### END OF ORDER ###**